UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

IN RE: )
)
JOHN Q. HAMMONS FALL 2006, LLC ) Case No.
) Chapter 11
Debtor. )
)

## DECLARATION REGARDING AUTHORITY TO SIGN AND FILE PETITION AND RELATED MATTERS

We, Jacqueline A. Dowdy and Greggory D. Groves, declare under penalty of perjury that:

1. We are the Successor Trustees of the Revocable Trust of John Q. Hammons dated December 28, 1989, as amended, sole Member and Manager of John Q. Hammons Fall 2006, LLC ("Company").

2. Attached is a true and correct copy of the resolutions ("Resolutions") adopted by the Company on the 25th day of June, 2016.

3. The Resolutions are the only resolutions adopted by the Company relating to the matters referred to therein.

4. Since their adoption and execution, the Resolutions have not been modified, rescinded or amended, and are in full force and effect as of the date hereof

Date: June 25, 2016

Name: Jacqueline A. Dowdy
Title: Successor Trustee

Date: June 25, 2016

Name: Greggory D. Groves
Title: Successor Trustee

Unanimous Resolution of Member and Manager
of
**JOHN Q. HAMMONS FALL 2006, LLC**

The undersigned Member and Manager does hereby unanimously consent to the adoption of, and does hereby adopt, the following resolutions as of June 25, 2016:

WHEREAS, it is desirable and in the best interest of John Q. Hammons Fall 2006, LLC ("Company") and its creditors to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Company file or cause to be filed a voluntary petition for relief commencing a case ("Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and

BE IT FURTHER RESOLVED that Jacqueline A. Dowdy, and Greggory D. Groves, Successor Trustees of the Revocable Trust of John Q. Hammons dated December 28, 1989, as amended, sole Member and Manager of Company, and any other officer, member, manager, or employee of the Company (collectively, the "Authorized Officers"), and employees, agents, attorneys, accountants, advisors and other professionals designated or directed by the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence and pursue the Chapter 11 Case and obtain chapter 11 relief, and to appear in the Chapter 11 Case and related proceedings and take any and all further acts and deeds that the Authorized Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 11 Case or any related proceedings; and

BE IT FURTHER RESOLVED, that that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Stinson Leonard Street LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Stinson Leonard Street LLP; and

BE IT FURTHER RESOLVED, that that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Merrick Baker & Strauss, PC, as general bankruptcy counsel for matters for which SLS may have potential conflicts of interest to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Merrick Baker & Strauss, PC; and

2

BE IT FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

BE IT FURTHER RESOLVED, that each signatory below has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

BE IT FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects approved and ratified;

BE IT FURTHER RESOLVED, that this Unanimous Resolution may be executed by facsimile, telecopy, or other electronic means or reproduction, and such execution in one or more counterparts shall be considered valid, binding and effective as an original signature for all purposes.

Revocable Trust of John Q. Hammons dated December 28, 1989, as amended

Date: June 25, 2016

Name: Jacqueline A. Dowdy
Title: Successor Trustee

Revocable Trust of John Q. Hammons dated December 28, 1989, as amended

Date: June 25, 2016

Name: Greggory D. Groves
Title: Successor Trustee

the above being the sole Member and Manager of John Q. Hammons Fall 2006, LLC

3

Date: June 25, 2016

Name: Michelle A. Dreyer
Title: Independent Manager

Date: June 25, 2016

Name: William Popeo
Title: Independent Manager

4