```
              U.S. Bankruptcy Court - District of Kansas
                       Court Room Minute Sheet
                              6/28/2016
                   Hon. Robert D. Berger, Presiding
```

10:30 AM
_____
Case Information:
       16-21142 John Q. Hammons Fall 2006, LLC    Chapter: 11

Judge: RDB  Filed: 06/26/2016   Pln Confirmed:
_____

Appearances:
      XX Bruce E. Strauss and XX Mark S. Carder and XX Mark A. Shaiken
and XX Victor F Weber representing  John Q. Hammons Fall 2006, LLC
(Debtor)
      XX Brian Fenimore representing Hawthorn Bank and Midland Loan
Services, a division of PNC Bank
      XX Dan Nelson (telephonic) representing Hawthorn Bank
      XX Jed Schwartz and XX Catherine Singer representing JD Holdings
      XX Jordan Sickman representing US Trustee
      XX Scott Goldstein and XX Peter Siddiqui (telephonic) representing
SFI-Belmont LLC
      XX William Maloney representing Great Southern Bank
      XX Leib Lerner (telephonic) representing Holiday Hospitality
Franchising
      XX Darek Bushnaq (telephonic) and XX Frederick Carter (telephonic)
representing LNR Partners
      XX Jerry Frederickson (telephonic) representing City of La Vista NE
      XX Chris Smith Sr. Vice President of Debtor
      XX Gregory Groves as General Counsel for Debtor
_____
Issue(s):

      [3]  Motion for Joint Administration Lead Case 16-21142 and Filed
on behalf of Debtor John Q. Hammons Fall 2006, LLC.

      [6] DEBTORS MOTION FOR AUTHORIZATION TO (A) PREPARE A
CONSOLIDATEDLIST OF CREDITORS IN LIEU OF SUBMITTING INDIVIDUAL MAILING
MATRICES, (B) FILE A CONSOLIDATED LIST OF DEBTORS' 40 LARGEST UNSECURED
CREDITORS AND (C) MAIL INITIAL NOTICES Filed on behalf of Debtor John Q.
Hammons Fall 2006, LLC.

      [7]  DEBTORS MOTION FOR AUTHORIZATIONTO MAINTAIN PREPETITION
INSURANCE POLICIES AND PAY ALL PREPETITION OBLIGATIONS IN RESPECT THEREOF
Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.


      [8]  DEBTORS MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO
PAYPREPETITION SALES, USE, AND OTHER TAX OBLIGATIONS Filed on behalf of
Debtor John Q. Hammons Fall 2006, LLC.




Courtroom Deputy: Judy     Cowger
ECRO Reporter:  Shawna     Taylor

[9]    DEBTORS MOTION PURSUANT TO 11 U.S.C. 363, 507(a)(7), 1107, AND 1108 FOR ORDER AUTHORIZING CONTINUATION OF CERTAIN CUSTOMER PRACTICES Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[10]   MOTION FOR ORDER AUTHORIZING DEBTORS TO (A) PAY PREPETITION EMPLOYEE OBLIGATIONS, (B) CONTINUE ADMINISTRAION OF EMPLOYEE BENEFIT PLANS AND (C) DIRECT ALL BANKS TO HONOR PREPETITION CHECKS Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[11]   MOTION FOR ORDER APPROVING DEBTORS' METHOD OF FURNISHING ADEQUATE ASSURANCES OF PAYMENT FOR POST-PETITION UTILITY SERVICES Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[12]   MOTION FOR ENTRY OF ORDER AUTHORIZING, BUT NOT DIRECTING, PAYMENTS OF PREPETITION CLAIMS OF CERTAIN CRITICAL VENDORS Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[13]   Motion for DEBTORS APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING RETENTION AND APPOINTMENT OF BMC GROUP, INC. AS NOTICE, CLAIMS, AND BALLOTING AGENT FOR DEBTORS EFFECTIVE NUNC PRO TUNC TO THE COMMENCEMENT DATE Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[14]   Motion for DEBTORS MOTION TO APPROVE PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND OFFICIAL COMMITTEE MEMBERS Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.

[15]   Motion to Expedite Hearing.

[17]   MOTION FOR AUTHORIZATION TO CONTINUE TO USE EXISTING BANK ACCOUNTS, CHECK STOCK, EXISTING BUSINESS FORMS AND CASH MANAGEMENT SYSTEMS AS OF THE COMMENCEMENT DATE Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC (Attachments: # 1 Exhibit B).

[18]   Motion to Use Cash Collateral. AND GRANT ADEQUATE PROTECTION Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC (Attachments: # 1 Exhibit C - PART 1 # 2 Exhibit C - PART 2 # 3 Exhibit C - PART 3 # 4 Exhibit C - PART 4 # 5 Exhibit C - PART 5 # 6 Exhibit C - PART 6).

[19]   Application to Employ Merrick Baker and Strauss, PC as Conflicts Counsel for the Debtors  Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC (Attachments: # 1 Exhibit A Declaration in Support of Application), with Certificate of Service.


Courtroom Deputy: Judy    Cowger
ECRO Reporter:  Shawna    Taylor

```
                U.S. Bankruptcy Court - District of Kansas
                         Court Room Minute Sheet
                                6/28/2016
                       Hon. Robert D. Berger, Presiding
```

        [20]   Motion for APPLICATION OF THE DEBTORS AND DEBTORS IN
POSSESSION, PURSUANT TO SECTIONS 327(a) AND 329(a) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 2014 (a) AND 2016(b) AND LOCAL BANKRUPTCY RULES
2014.0 AND 2016.1, FOR AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN
POSSESSION TO RETAIN AND EMPLOY STINSON LEONARD STREET LLP AS LEAD
BANKRUPTCY COUNSEL, EFFECTIVE AS OF THE COMMENCEMENT DATE Filed on behalf
of Debtor John Q. Hammons Fall 2006, LLC (Attachments: # 1 Affidavit IN
SUPPORT).

        [25]   Motion to Limit Notice of Applications, Motions, Notices and
Other Pleadings, and Establishing a Regular Recurring Omnibus Hearing
Date for Non-Evidentiary Matters, and for Related Relief Filed on behalf
of Debtor John Q. Hammons Fall 2006, LLC.

Notes/Decision:
_____

[3] Motion for joint administration granted.
[6] Motion to consolidate matrices and 40 largest unsecured list granted
subject to coordination and possible modification by the Clerk's Office.
[7] Motion to maintain insurance policies granted.
[8] Motion to pay prepetition taxes granted.
[9] Motion to continue certain customer practices granted.
[10] Motion to pay employee obligations granted.  Obligations regarding
employees are to be timely met.
[11] Motion to pay utilities granted.
[12] Motion to allow payments to certain critical vendors continued to
July 15, 2016, at 9:30 a.m.  Motion will be amended.
[13] Application to employ BMC Group granted subject to coordination and
possible modification by the Clerk's Office.
[14] Application to approve interim compensation procedures to be noticed
with a change from 80% to 90%.  Matter to be set July 15, 2016, at 9:30
a.m.
[15] Motion to expedite hearing granted.
[17] Motion to continue existing bank accounts preliminarily granted.
Final hearing to be set for July 15, 2016, at 9:30 a.m.
[18] Motion to use cash collateral granted in the interim. Final hearing
to be set for July 15, 2016, at 9:30 a.m.  Mr. Shaiken to notice.
[19] Application to employ Merrick Baker and Strauss granted on an
interim basis.  Application to be noticed and set for hearing on July 15,
2016, at 9:30 a.m.
[20] Application to employ Stinson Leonard Street granted on an interim
basis.  Application to be noticed and set for hearing on July 15, 2016,
at 9:30 a.m.
[25] Motion to establish case management procedures granted subject to
coordination and possible modification by the Clerk's Office.  Omnibus
hearing dates to be coordinated with the Clerk's Office.


Courtroom Deputy: Judy     Cowger
ECRO Reporter:  Shawna     Taylor

[16] Debtor's Affidavit. The major players to the Delaware litigation may, but are not required to, file a comment to debtor's affidavit. The comment is to provide a broad overview without violating any protective orders. The comments will be submitted without prejudice to future arguments, proceedings, or allegations.
_____

Courtroom Deputy: Judy     Cowger
ECRO Reporter:    Shawna   Taylor

**Hammons – List of Parties Appearing by Telephone at the June 28, 2016 First Day Hearing**

| | | | | | |
|---|---|---|---|---|---|
| SFI-Belmont, LLC | Peter Siddiqui | Katten Muchin Rosenbaum LLP | 525 W. Monroe Street Chicago, IL 60661-3693 | 312.902.5455 | Peter.siddiqui@kattenlaw.com |
| Holiday Hospitality Franchising, LLC | Leib M. Lerner | Alston & Bird, LLP | 333 S. Hope Street, 16th Floor Los Angeles, CA 90071 | 213.576.1193 | Leib.lerner@alston.com |
| LNR Partners as servicer for U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-LDP7 | Darek Bushnaq and Frederick W.H. Carter | Venable LLP | 750 E. Pratt Street, Suite 900 Baltimore, MD 21202 | Darek: 410.244.7867 Frederick: 410.244.7446 | dsbushnaq@venable.com gacross@venable.com fwhcarter@venable.com |
| Hawthorn Bank | Dan Nelson | Lathrop & Gage LLP | 910 East St. Louis Street, Suite 100 Springfield, MO 65806-2523 | 417.877.5907 | dnelson@lathropgage.com |
| City of La Vista NE | Jerry Frederickson | | 10050 Regency Cir #200 Omaha NE 68114 | 402.348.3936 | |