| | Fill in this information to identify the case: |
|---|---|
| | Debtor name  John Q. Hammons Fall 2006, LLC, *et al.* |
| | United States Bankruptcy Court for the:  District of Kansas at Kansas City |
| | Case number (If known):  16-21142 |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders                    12/15

**A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SFI Belmont, LLC<br>1114 Avenue of the Americas<br>New York, NY  10036 | | Security Interest/Pledge Agreement | Unliquidated Disputed | Unknown | | Unknown |
| 2 | Sysco<br>24500 Northwest Freeway<br>Cypress, TX  77429 | | Trade Debt | | | | $712,007.65 |
| 3 | LG Fulfillment Inc.<br>1102 A1A N, Suite 205<br>Ponte Vedra Beach, FL  32082 | | Trade Debt | | | | $125,373.22 |
| 4 | Ruth`s Chris Steakhouse<br>812 HILLARY ST<br>New Orleans, LA  70118 | | Trade Debt | | | | $63,599.72 |
| 5 | Murfreesboro Electric<br>PO Box 9<br>Murfreesboro, TN  37133 | | Trade Debt | | | | $60,362.22 |
| 6 | Brown`s Communication, Inc.<br>PO Box 6506<br>Siloam Springs, AR  72761 | | Trade Debt | | | | $59,939.43 |
| 7 | Edward Don<br>2562 Paysphere Circle<br>Chicago, IL  60674 | | Trade Debt | | | | $53,025.50 |
| 8 | Guest Supply - Sysco<br>PO Box 910<br>Monmouth Junction, NJ  08852-0910 | | Trade Debt | | | | $47,515.79 |
| 9 | USTT Inc.<br>300 Clanton Road<br>Charlotte, NC  28217 | | Trade Debt | | | | $43,580.90 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims**          **page 1**

| | Debtor | John Q. Hammons Fall 2006, LLC, *et al.* | | Case number *(if known)* 16-21142 | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | PSAV Presentation Srv , Inc.<br>23918 Network Place<br>Chicago, IL  60673 | | Trade Debt | | | | $39,031.07 |
| 11 | Freshpoint<br>3100 N I-35 Service Road<br>Oklahoma City, OK  73111 | | Trade Debt | | | | $27,098.64 |
| 12 | Tumi Staffing Inc.<br>PO Box 592715<br>San Antonio, TX  78259 | | Trade Debt | | | | $25,364.47 |
| 13 | SRP<br>PO Box 80062<br>Prescott, AZ  86304 | | Trade Debt | | | | $20,622.53 |
| 14 | Constellation Energy Services<br>PO Box 19046<br>Green Bay, WI  54307-9046 | | Utility Service | | | | $19,573.00 |
| 15 | American Valet<br>8902 N Central Avenue<br>Phoenix, AZ  85020 | | Trade Debt | | | | $18,037.43 |
| 16 | Amarko Staff - Payable to<br>Riviera Finance<br>PO Box 202485<br>Dallas, TX  75320-2485 | | Trade Debt | | | | $16,840.64 |
| 17 | Seacoast Business Funding<br>Xclusive Staffing<br>PO Box 206210<br>Dallas, TX  75320-6210 | | Trade Debt | | | | $16,451.44 |
| 18 | Bay View Funding<br>For Romo Staffing LLC<br>PO Box 204703<br>Dallas, TX  75320-4703 | | Trade Debt | | | | $16,210.77 |
| 19 | City of Glendale<br>PO Box 500<br>Glendale, AZ  85311-0500 | | Trade Debt | | | | $16,127.94 |
| 20 | JRI Staffing Service, LLC<br>104 Chattaroy Ct<br>La Vergne, TN  37086 | | Trade Debt | | | | $14,608.00 |
| 21 | American Hotel Register<br>PO Box 71299<br>Chicago, IL  60694 | | Trade Debt | | | | $14,597.95 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Loffredo Produce Co. Inc.<br>4001 SW 63rd Street<br>Des Moines, IA  50321 | | Trade Debt | | | | $10,976.75 |
| 23 | Royal Paper Corp<br>10232 Palm Dr<br>Santa Fe Springs, CA  90670 | | Trade Debt | | | | $10,479.40 |
| 24 | Command Center<br>PO Box 951753<br>Dallas, TX  75395-1753 | | Trade Debt | | | | $10,454.28 |
| 25 | Young Women`s College Prep Academy<br>1906 Cleburne Street<br>Houston, TX  77004 | | Trade Debt | | | | $10,271.62 |
| 26 | Starbucks Coffee Co.<br>PO Box 74008016<br>Chicago, IL  60674-8016 | | Trade Debt | | | | $9,188.07 |
| 27 | Pepsi-Cola<br>PO Box 75948<br>Chicago, IL  60675-5948 | | Trade Debt | | | | $9,185.62 |
| 28 | Staffing Plus Inc.<br>314 W COMMERCIAL ST<br>Springfield, MO  65803 | | Trade Debt | | | | $9,050.35 |
| 29 | Cintas Corp<br>97627 Eagle Way<br>Chicago, IL  60678 | | Trade Debt | | | | $8,509.32 |
| 30 | Express Services, Inc.<br>PO Box 203901<br>Dallas, TX  75320-3901 | | Trade Debt | | | | $8,458.89 |
| 31 | OG&E<br>PO Box 24990<br>Oklahoma City, OK  73124-0990 | | Utility Service | | | | $7,754.51 |
| 32 | Hiland Dairy Co.<br>PO Box 2270<br>Springfield, MO  65801 | | Trade Debt | | | | $7,349.57 |
| 33 | Hanwood OK<br>WF Operations Center<br>PO Box 79632<br>City of Industry, CA  91716 | | Trade Debt | | | | $7,272.74 |
| 34 | Elite Resources Inc<br>PO Box 410302<br>Charlotte, NC  28241 | | Trade Debt | | | | $7,206.24 |

Debtor John Q. Hammons Fall 2006, LLC, *et al.*
Name

Case number (*if known*) 16-21142

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 35 Moyer Lawncare & Landscaping<br>PO Box 12458<br>Oklahoma City, OK 73157 | | Trade Debt | | | | $7,170.42 |
| 36 Rogers Water Utilities<br>PO Box 338<br>Rogers, AR 72757-0338 | | Utility Service | | | | $7,073.13 |
| 37 Hunzeker Serv Agency Inc.<br>8720 N University St.<br>Peoria, IL 61615 | | Trade Debt | | | | $6,818.00 |
| 38 Executemps Southwest Inc<br>2929 N 44TH ST<br>Suite 228<br>Phoenix, AZ 85018 | | Trade Debt | | | | $6,783.25 |
| 39 Legacy Carpet Cleaning<br>PO Box 42<br>Yutan, NE 68073 | | Trade Debt | | | | $6,614.27 |
| 40 Unique Tile<br>1364 N Kelly<br>Nixa, MO 65714 | | Trade Debt | | | | $6,507.50 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims**      page **4**

Case 16-21142    Doc# 88    Filed 07/07/16    Page 4 of 4