

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

July 20, 2016

**John Q Hammons Revocable Trust**  Invoice No: 40014641
Attn Jacqueline A Dowdy  Ben Hobert
300 John Q Hammons Pkwy, Ste 900
Springfield, MO 65806

Re:  General Legal Counsel
  File No:  0836979.0002

## Invoice Summary

Professional services and disbursements rendered through June 30, 2016

| | |
|---|---:|
| Current Professional Services | $49,547.50 |
| Current Disbursements | $99,632.94 |
| **Total Current Invoice** | **$149,180.44** |

Additional Information:
Remaining Trust Balance        $1,276,365.15

# Stinson Leonard Street LLP                                                    Invoice Detail

File No. 0836979.0002                                                           Page 2
Invoice No: 40014641

| | | **Professional Services** | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 06/27/16 | Ben Hobert | Confer with Mr. Iba and Ms. Tomes regarding CMBS deals (.4). | 550.00 | 0.40 | 220.00 |
| 06/27/16 | Mark Carder | Conference with Mr Shaiken on first-day motions presentation (1.0); organize items for disposition during cases (1.0); call from counsel for Great Southern Bank on loans to debtors (0.4); report to Mr Shaiken (0.2); attention to order regarding taxes (0.2); work with Mr Zluticky on lender list for cash collateral motion and order (0.8); review letter from JS D Holdings to Delaware court with respect to commencement of bankruptcy cases and discuss with Mr Shaiken (0.5); attention to email from counsel to Marriott and confer with Mr Shaiken regarding joinder in opposition to stay relief and support for rejection of ROFR (0.6); discuss call from SFI counsel with Mr Shaiken (0.2); review first day motions and prepare for hearing and conferences with Mr Shaiken regarding same (3.9). | 535.00 | 8.80 | 4,708.00 |
| 06/27/16 | Mark Shaiken | Call with client regarding press conference (.2); watch video of same (.3); emails with court regarding filings (.2); determine course of action regarding employment application (.2); review news articles regarding filings (.2); call with Brian Fenimore, counsel for Midland regarding Branson loan and cash collateral (.3); review cash | 560.00 | 8.00 | 4,480.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | collateral order for lenders listed (.2); 2nd call with Brian Fenimore regarding Hawthorn bank and cash collateral (.1); review bank's that failed to file UCC-1s and therefore are not perfect in hotel receipts (.3); call with Marriott attorney regarding filing (.3); review JD Holdings engagement of local counsel - Charlie German firm (.1); prepare for first day hearings 5.4); call with client regarding Hawthorn questions (.2). | | | |
| 06/27/16 | Nicholas Zluticky | Work on top 40 list of unsecured creditors and other lists needed for service of first day motions (2.8); several telephone conversations with BMC regarding service of first day motions (1.9); help prepare for hearing on first day motions, including researching several fact questions, edits to outline, and related items (7.1); telephone conversations with several parties regarding participation in first day hearing by teleconference (.8). | 315.00 | 12.60 | 3,969.00 |
| 06/27/16 | Paul Hoffmann | Meetings with Mr. Zluticky, Mr. Hobert, and Mr. Carder regarding status and issues for first day hearings and assist in preparation for same. | 580.00 | 1.30 | 754.00 |
| 06/27/16 | Leisa Stevens | Electronically file entries of appearance and verify joint administration filings for Mr. Shaiken, Mr. Carder and Mr. Zluticky in 75 entity bankruptcy cases (4.9); assist with preparation for first day hearing per Mr. Zluticky (.6) | 220.00 | 5.50 | 1,210.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/16 | Ben Hobert | Attend and monitor developments at first day hearing for John Q. Hammons hotels and resorts (Not Charged for 2.5 hours); post hearing conferences with Mr. Groves, with Mr. Groves, conflicts counsel, Mr. Smith and Stinson Leonard Street attorneys regarding issues with respect to financing, sale of hotels and other considerations (1.0); legal research regarding potential hospitality investment bankers and advisors for disposition of hotels in a group or individually (2.0); attempt to remit applicable articles to Mr. Groves (.1). | 550.00 | 3.10 | 1,705.00 |
| 06/28/16 | Mark Carder | Prepare for first-day hearings with Mr Shaiken (1.0); travel to Kansas City, Kansas and attend hearing on first-day motions (2.2); confer with Sysco on critical vendor list (.4). | 535.00 | 3.60 | 1,926.00 |
| 06/28/16 | Mark Carder | Confer with Perkins on remedy sought in Delaware (.3); review Rul 54 order in Delaware for any preclusion issues raised thereby (.3); research on stay relief opposition (3.6). | 535.00 | 4.20 | 2,247.00 |
| 06/28/16 | Mark Carder | Work through cash collateral issues with Great Southern Bank, Hawthorn Bank, Nomura, Simmons Bank and MDM and confer with Mr Shaiken on same. | 535.00 | 2.20 | 1,177.00 |
| 06/28/16 | Mark Shaiken | Review ROFR again in preparation for first day motions (.4); review open DCC issues to prepare for first day motions (.3); prepare for first day motions (2.5); represent client at first day motions, meet with creditors | 560.00 | 9.10 | 5,096.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | counsel at hearings, and meet with US Trustee after hearings (2.5); meet with clients after hearings about strategy (1.0); calls with Normura portfolio counsel as well as Hawthorn Bank counsel regarding automatic stay and cash collateral issues (.7); email to counsel regarding impounded funds and call with Mr. Strauss regarding same (.4); several calls with counsel for Great Southern Bank regarding cash collateral (.6); work on first day orders (.2); call with Mr. Groves regarding treatment of utilities (.2); emails with Mr. Groves regarding phone company treatment (.2); one-half time to travel back to Denver (1.5). | | | |
| 06/28/16 | Nicholas Zluticky | Review and revise BMC's affidavit of service for first day motions (.3); continue to prepare for hearing on first day motions (2.6); several telephone conversations with parties requesting appearance by telephone (.5); prepare and send list of phone participants to clerk's office (.2); draft orders on first day motions and make modifications requested by the Court at the hearing (3.4); several telephone conversations with BMC regarding service of first day orders and preparation of top 40 for clerk's office (.6). | 315.00 | 7.60 | 2,394.00 |
| 06/28/16 | Nicholas Zluticky | Review defendants named in Delaware state court action and compare with list of debtors (.4); discuss issues regarding same and potential solutions (.3). | 315.00 | 0.70 | 220.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/16 | Paul Hoffmann | Meeting with Mr. Shaiken regarding open issues after first day hearings today. | 580.00 | 0.50 | 290.00 |
| 06/29/16 | Alisa Lacey | Phone call with M. Shaiken regarding Mega Case budget requirements and compliance. | 595.00 | 0.30 | 178.50 |
| 06/29/16 | Alisa Lacey | Conference with Ms. Finch regarding pull example of Mega Case budget compliance. | 595.00 | 0.20 | 119.00 |
| 06/29/16 | Alisa Lacey | Review emails from Ms. Finch and emails to Mr. Shaiken regarding Mega Case budget compliance. | 595.00 | 0.30 | 178.50 |
| 06/29/16 | Mark Carder | Research on opposition to stay relief. | 535.00 | 4.40 | 2,354.00 |
| 06/29/16 | Mark Carder | Confer with counsel for supplier of televisions for post-petition delivery to Murfreesboro and credit and confer with Mr Shaiken regarding same. | 535.00 | 0.60 | 321.00 |
| 06/29/16 | Mark Carder | Review Great Southern Bank information and discuss with Mr Shaiken. | 535.00 | 0.40 | 214.00 |
| 06/29/16 | Mark Carder | Call from Fairharbor regarding schedules. | 535.00 | 0.30 | 160.50 |
| 06/29/16 | Mark Carder | Confer with Mr Zluticky on Wells Fargo equipment lease. | 535.00 | 0.30 | 160.50 |
| 06/29/16 | Mark Carder | Review application to be employed by the debtor as counsel. | 535.00 | 0.40 | 214.00 |
| 06/29/16 | Mark Carder | Confer with Mr Shaiken and Perkins on likely cost of proceeding through trial in Delaware. | 535.00 | 0.50 | 267.50 |
| 06/29/16 | Mark Carder | Confer with Mr Shaiken and Perkins on nondebtor defendants remaining in Delaware lawsuit. | 535.00 | 0.40 | 214.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/16 | Mark Carder | Attention to entry of orders on first-day motions. | 535.00 | 0.30 | 160.50 |
| 06/29/16 | Mark Shaiken | Calls and emails to and from: television vendor from Tennessee regarding ordinary course payment (.2); San Marcos lender regarding budgets (.2); Travelers insurance regarding premium payment (.1); Nebraska attorney regarding pending La Vista litigation and notice of bankruptcy (.2); Nomura lenders regarding impounded bank account (.2); counsel for Great Southern regarding cash collateral (.1). | 560.00 | 1.00 | 560.00 |
| 06/29/16 | Mark Shaiken | Research in anticipation of lift stay motion to be filed by JD Holdings (1.4). | 560.00 | 1.40 | 784.00 |
| 06/29/16 | Mark Shaiken | Revisions to Shaiken engagement application and SLS application. | 560.00 | 0.40 | 224.00 |
| 06/29/16 | Mark Shaiken | Work on remaining Chancery Court defendants issues including research regarding same, 2 calls with clients, and calls with defense counsel (2.2); analyze counterclaims issues in Chancery court action (.6). | 560.00 | 2.80 | 1,568.00 |
| 06/29/16 | Mark Shaiken | Review first day orders as entered. | 560.00 | 0.30 | 168.00 |
| 06/29/16 | Nicholas Zluticky | Email to client regarding bank addresses to serve cash management order. | 315.00 | 0.10 | 31.50 |
| 06/29/16 | Nicholas Zluticky | Edits to amended employment application (.3); email amended application to client for review (.1); edits to Shaiken declaration to conform to LR 2014.1 (.3); draft Carder declaration (.6). | 315.00 | 1.30 | 409.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/16 | Nicholas Zluticky | Review Wells Fargo equipment lease and analyze issues regarding same. | 315.00 | 0.50 | 157.50 |
| 06/29/16 | Paul Hoffmann | Memos with Mr. Shaiken regarding Rooker-Feldman issues with Count II of Delaware Chancellory Court Complaint. | 580.00 | 0.80 | 464.00 |
| 06/29/16 | Paul Hoffmann | Office conference with Mr. Zluticky regarding signing original Petitions (.2); arrange to sign and deliver same to Mr. Zluticky (.3). | 580.00 | 0.50 | 290.00 |
| 06/29/16 | Leisa Stevens | Downloading, organization and internal Filesite pleading posting of all Orders resulting from First Day Motions/Hearings and circulation of same per Mr. Shaiken and Mr. Zluticky. | 220.00 | 3.60 | 792.00 |
| 06/30/16 | Mark Carder | Confer with Messrs Shaiken and Hoffmann use of the section 105 power to enjoin continuation of the Delaware action with respect to the probate estate of Mr Hammons. | 535.00 | 0.60 | 321.00 |
| 06/30/16 | Mark Carder | Research and draft response to expected motion for relief from stay from JDH Holdings to continue Delaware litigation (5.8); review local rules for procedure and time periods (.5). | 535.00 | 6.30 | 3,370.50 |
| 06/30/16 | Mark Carder | Confer with Mr Shaiken on call from counsel for SFI on support for positions and adequate protection payments. | 535.00 | 0.40 | 214.00 |
| 06/30/16 | Mark Carder | Confer with Mr Shaiken on call regarding interest in purchase of assets. | 535.00 | 0.40 | 214.00 |
| 06/30/16 | Mark Carder | Confer with Messrs Shaiken and Groves regarding continued | 535.00 | 0.30 | 160.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | payments to Missouri State for advertising. | | | |
| 06/30/16 | Mark Carder | Work on Great Southern Bank cash collateral inquiries. | 535.00 | 0.30 | 160.50 |
| 06/30/16 | Mark Carder | Call from Wells Fargo on deposit accounts and confer with Mr Shaiken regarding same. | 535.00 | 0.30 | 160.50 |
| 06/30/16 | Mark Carder | Call from lender to affiliate nondebtors regarding application of stay. | 535.00 | 0.40 | 214.00 |
| 06/30/16 | Mark Carder | Report from Mr Zluticky on call from SFI counsel regarding alternatives on its claim. | 535.00 | 0.30 | 160.50 |
| 06/30/16 | Mark Carder | Review counsel budget for US Trustee. | 535.00 | 0.30 | 160.50 |
| 06/30/16 | Mark Shaiken | Calls with prospective purchasers to discuss case. | 560.00 | 0.80 | 448.00 |
| 06/30/16 | Mark Shaiken | Extended call with client regarding sale issues. | 560.00 | 0.70 | 392.00 |
| 06/30/16 | Mark Shaiken | Initial call with United States trustee office. | 560.00 | 0.40 | 224.00 |
| 06/30/16 | Mark Shaiken | Extended call with SFI Belmont counsel (.6); call with client regarding same (.2). | 560.00 | 0.80 | 448.00 |
| 06/30/16 | Mark Shaiken | E-mails and two calls with clients regarding setting up procedure for payment of only post petition claims. | 560.00 | 0.40 | 224.00 |
| 06/30/16 | Mark Shaiken | Call with client regarding additional filings and defendants in Delaware analyze same, and provide advice regarding preparation of resolutions. | 560.00 | 0.60 | 336.00 |
| 06/30/16 | Mark Shaiken | Work on suggestions in bankruptcy for Greene County, Missouri litigation and determine from estates counsel status of | 560.00 | 0.40 | 224.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | such action. | | | |
| 06/30/16 | Nicholas Zluticky | Prepare and file certificates of service of first day motions and orders (.5); review cash management order for discussion about credit cards (.2). | 315.00 | 0.70 | 220.50 |
| 06/30/16 | Nicholas Zluticky | Review probate issues and discuss potential stay issues regarding same. | 315.00 | 0.40 | 126.00 |
| 06/30/16 | Nicholas Zluticky | Telephone conversation with counsel for SFI-Belmont regarding cash collateral budget and questions about strategy moving forward (.2); telephone conversations with the clerk's office and BMC regarding scheduling of conference call (.2). | 315.00 | 0.40 | 126.00 |
| 06/30/16 | Paul Hoffmann | Office conference with Mr. Carder regarding 105 Injunction issues (.4); telephone call with Mr. Shaiken regarding same (.2); office conference with Ms. King regarding bankrupcy and issues (1.4). | 580.00 | 2.00 | 1,160.00 |
| 06/30/16 | Suzanne Williams | Load insurance policies to data site. | 240.00 | 0.40 | 96.00 |
| **Current Professional Services** | | | | **106.30** | **$49,547.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Postage | 20.15 |
| 06/27/16 | Filing Fee as requested by Nicholas Zluticky to US Bankruptcy Court for John Q Hammons on Invoice 062716 | 99,586.00 |
| 06/30/16 | Delivery - Courier Services as requested by Shannon J Veeraboina to Quicksilver Express Courier for Delivery to US Bankruptcy Court on Invoice 8213925 | 17.89 |

**Stinson Leonard Street LLP**  Invoice Detail

File No. 0836979.0002  Page 11
Invoice No: 40014641

| Date | Description | Amount |
|---|---|---:|
| 06/30/16 | Delivery Charges - Inv: # 547162983 - To: Judy R Cowger, Deputy in Charge, United States Bankruptcy Court, 500 State Ave, Room 161, Kansas City, KS 66101 | 8.90 |

**Total Disbursements**  $99,632.94

**Stinson Leonard Street LLP**  Invoice Detail

File No. 0836979.0002  Page 12
Invoice No: 40014641

## Outstanding AR Summary

| Date | Invoice Number | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/31/16 | 40021059 | $357,630.64 | $0.00 | $357,630.64 |
| 09/09/16 | 40022947 | $281,813.44 | $0.00 | $281,813.44 |
| 07/20/16 | 40014641 | $149,180.44 | $0.00 | $149,180.44 |
| **Total Balance:** | | | | **$788,624.52** |

AR Balance:

| 0-30 | 31-60 | 61-90 | 91+ | Total |
|---|---|---|---|---|
| $788,624.52 | $0.00 | $0.00 | $0.00 | $788,624.52 |

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**



PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

July 20, 2016

John Q Hammons Revocable Trust
Attn Jacqueline A Dowdy
300 John Q Hammons Pkwy, Ste 900
Springfield, MO 65806

Invoice No: 40014641
Ben Hobert

Re:    General Legal Counsel

       File No:  0836979.0002

## Invoice Summary

Professional services and disbursements rendered through June 30, 2016

| | |
|---|---:|
| Current Professional Services | $49,547.50 |
| Current Disbursements | $99,632.94 |
| **Total Current Invoice** | **$149,180.44** |

## Payment Options

Online Payments:
Stinson.com



Wire Instructions:
US Bank
Routing No.:  101000187
Acct:  Stinson Leonard Street LLP
Account No: 145590256684
Swift Code-USBKUS44IMT
Please reference **File No: 0836979.0002**

Payment by check:
Please return this remittance copy with your payment
or reference **File No: 0836979.0002**

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**

Payment Terms: Net 30
Tax ID #44-0643135