

October 20, 2016

John Q Hammons Revocable Trust                    Invoice No: 40027756
Attn Jacqueline A Dowdy                            Ben Hobert
300 John Q Hammons Pkwy, Ste 900
Springfield, MO 65806


Re:        General Legal Counsel

           File No:  0836979.0002

## Invoice Summary

Professional services and disbursements rendered through September 30, 2016

| | |
|---|---:|
| Current Professional Services | $244,597.00 |
| Current Disbursements | $4,286.58 |
| **Total Current Invoice** | **$248,883.58** |

Additional Information:

Remaining Trust Balance          $551,982.23

| | **Professional Services** | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Rate** | **Hours** | **Amount** |
| 08/30/16 | Mark Shaiken | Meet with client and defend deposition of client in SFI cash collateral litigation. | 560.00 | 4.00 | 2,240.00 |
| 09/01/16 | Ben Hobert | Telephone conferences with Mr. Garwitz regarding Atrium Hotels K-1's (.4); receive and review same (.3). | 550.00 | 0.70 | 385.00 |
| 09/01/16 | Mark Carder | Work on document production to JDH (5.5); call with Mr Monzo on logistics of witness and document production (0.4). | 535.00 | 5.90 | 3,156.50 |
| 09/01/16 | Mark Carder | Work on terms of resolution of SFI cash collateral objection. | 535.00 | 0.50 | 267.50 |
| 09/01/16 | Mark Shaiken | Prepare for call with SFI counsel (.3); call with counsel for SFI regarding cash collateral and settlement issues (.6); post conversation analysis of same (.7); call with client regarding same (.3); work on adequate protection exhibit (.5). | 560.00 | 2.40 | 1,344.00 |
| 09/01/16 | Mark Shaiken | Further review of JDH reply on motion to dismiss (.6). | 560.00 | 0.60 | 336.00 |
| 09/01/16 | Mark Shaiken | Work on utility issues and begin to prepare for hearing on same (.5). | 560.00 | 0.50 | 280.00 |
| 09/01/16 | Nicholas Zluticky | Continue research and analysis on claims under 502. | 315.00 | 2.80 | 882.00 |
| 09/01/16 | Nicholas Zluticky | Email draft application to employ JQH Accounting to client for review (0.1); revise and file application (0.1). | 315.00 | 0.20 | 63.00 |
| 09/01/16 | Nicholas Zluticky | Email signed order authorizing establishment of letter of credit to client (0.1); review documents received from Travelers for establishment of letter of credit | 315.00 | 0.50 | 157.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (0.3); email to client regarding same (0.1). | | | |
| 09/01/16 | Patrick Turner | Addressing Huntsville utilities demands, pre-petition payments, possible settlement of demands. | 330.00 | 0.80 | 264.00 |
| 09/01/16 | Leisa Stevens | Filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team. | 220.00 | 1.90 | 418.00 |
| 09/01/16 | Leisa Stevens | Assist Mr. Carder with organization, redaction of additional portions of documents, numbering, scanning of documents from numerous sources for production in JD Holdings matter. | 220.00 | 1.60 | 352.00 |
| 09/01/16 | Cari Matias | Review electronic evidence received from client and prepare for review by Case Team. | 225.00 | 0.10 | 22.50 |
| 09/02/16 | Mark Carder | Report from Mr Monzo on call with JDH on discovery (0.2); work on document production to JDH (0.8). | 535.00 | 1.00 | 535.00 |
| 09/02/16 | Mark Carder | Attention to IRS claims for clawback use. | 535.00 | 0.50 | 267.50 |
| 09/02/16 | Mark Carder | Attention to reply from utilities on first day order treatment. | 535.00 | 0.50 | 267.50 |
| 09/02/16 | Paul Hoffmann | Work on company incentive plan issues and factual information. | 580.00 | 0.80 | 464.00 |
| 09/02/16 | Katherine Bechina | Review and analyze documents provided by Mr. Groves to determine what information is still needed to supplement the bankruptcy petition of the Revocable Trust. | 250.00 | 0.40 | 100.00 |
| 09/02/16 | Patrick Turner | Reviewing, analyzing, and | 330.00 | 1.10 | 363.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | revising to Letter Agreement from Huntsville Utilities regarding possible resolution of demands, fact investigation regarding Huntsville claims. | | | |
| 09/02/16 | Leisa Stevens | Filing, downloading and circulation of ECF pleadings/orders; updating of attorney case notebooks proof of claim tracking; add to Filesite folders for each entity; assist and retrieve documents and information in support of attorney team. | 220.00 | 1.60 | 352.00 |
| 09/06/16 | Ben Hobert | Telephone conference with Mr. Groves regarding tax filing issues; review of IRS notice. | 550.00 | 0.40 | 220.00 |
| 09/06/16 | Mark Carder | Work on UBS engagement letter regarding FA role. | 535.00 | 0.40 | 214.00 |
| 09/06/16 | Mark Carder | Work on issues arising from reply filed by JD Holdings on motion to dismiss. | 535.00 | 0.40 | 214.00 |
| 09/06/16 | Mark Shaiken | Prepare for SFI trial (3.2). | 560.00 | 3.20 | 1,792.00 |
| 09/06/16 | Nicholas Zluticky | Telephone conversation with BMC regarding publications needed for bar date notice (0.2); work on edits to bar date motion (0.4); continue research and analysis on potential claims under 502(b) (1.7). | 315.00 | 2.30 | 724.50 |
| 09/06/16 | Nicholas Zluticky | Telephone conversation with client regarding need to amend letter of credit order (0.1); telephone conversation with clerk's office regarding same (0.1); draft and file corrected letter of credit order (0.2); email to client regarding same (0.1). | 315.00 | 0.50 | 157.50 |
| 09/06/16 | Paul Hoffmann | Finish review of Reply by JD | 580.00 | 2.10 | 1,218.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Holdings and memo to Mr. Carder regarding comments on same and possible litigation strategy. | | | |
| 09/06/16 | Patrick Turner | Continuing efforts to resolve SCANA utility demands, demands of Peoria, Springfield, Murfreesboro, related entities. | 330.00 | 1.80 | 594.00 |
| 09/06/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 1.90 | 627.00 |
| 09/06/16 | Leisa Stevens | Assist Mr. Carder with additional redactions, numbering, scanning of documents from numerous sources for production in JD Holdings matter. | 220.00 | 3.60 | 792.00 |
| 09/06/16 | Leisa Stevens | Filing, downloading and circulation of ECF pleadings/orders; updating of attorney team notebooks and spreadsheets; assist and retrieve documents and information in support of attorney team. | 220.00 | 1.20 | 264.00 |
| 09/07/16 | Ben Hobert | Analyze tax issues and confer with Mr. Garwitz regarding tax matters (.8); review of JD Holdings response regarding tax provisions (.3); advise Mr. Carder (.3). | 550.00 | 1.40 | 770.00 |
| 09/07/16 | Charles Redd | Participate in conference call to discuss Trustee compensation and various issues relating to pending bankruptcy proceedings. | 550.00 | 1.20 | 660.00 |
| 09/07/16 | Mark Carder | Work on document production to JD Holdings (5.4); review ESI guidelines for same (0.6); attend conference call on JD Holdings litigation (1.0). | 535.00 | 7.00 | 3,745.00 |
| 09/07/16 | Mark Shaiken | Attention to charitable trust issues (.7). | 560.00 | 0.70 | 392.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/07/16 | Mark Shaiken | Prepare for SFI cash collateral trial (2.4). | 560.00 | 2.40 | 1,344.00 |
| 09/07/16 | Mark Shaiken | Attention to Fed. Exp. automatic stay issues and edits to motion regarding same (.4). | 560.00 | 0.40 | 224.00 |
| 09/07/16 | Nicholas Zluticky | Research on unilateral termination of pre-petition contract as stay violation (1.7); draft motion to compel performance by FedEx under pre-petition contract (2.1); telephone conversation with client regarding same (0.2); telephone conversation with Shannon Wead regarding critical vendor issue (0.2). | 315.00 | 4.20 | 1,323.00 |
| 09/07/16 | Paul Hoffmann | Work on incentive plan issues in bankruptcy. | 580.00 | 0.50 | 290.00 |
| 09/07/16 | Patrick Turner | Finalizing settlement agreements with Ms. Stolte regarding Peoria, Springfield, Murfreesboro utility demands, addressing remaining demands and evidentiary hearing issues. | 330.00 | 1.90 | 627.00 |
| 09/07/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 1.80 | 594.00 |
| 09/07/16 | Patrick Turner | Researching Eurohypo loan documents regarding request for information from Mr. Shaiken. | 330.00 | 0.30 | 99.00 |
| 09/07/16 | Leisa Stevens | Assist Mr. Carder with production of financial for period January - July 2016 for each entity (produced by month for each entity in pdf.). | 220.00 | 6.40 | 1,408.00 |
| 09/08/16 | Ben Hobert | Work on responses to 3 IRS queries regarding bankrupt entities; receive and review spreadsheet from Mr. Garwitz regarding same. | 550.00 | 0.70 | 385.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/08/16 | Mark Carder | Work on document retrieval and review to JD Holdings (4.2); prepare discovery on reply issues raised by JD Holdings in motion to dismiss (1.0). | 535.00 | 5.20 | 2,782.00 |
| 09/08/16 | Mark Carder | Work on SFI cash collateral litigation. | 535.00 | 1.10 | 588.50 |
| 09/08/16 | Mark Shaiken | Prepare for SFI trial (3.2); review settlement offer from SFI (.3); review proposed cash collateral stipulation from SFI (.4); draft email response (.3); call with client regarding same (.2); emails to and from counsel for SFI regarding proposed cash collateral settlement (.3). | 560.00 | 4.70 | 2,632.00 |
| 09/08/16 | Mark Shaiken | Work on engagement letter for UBS (.6); emails to and from UBS regarding same (.2); calls with UBS counsel regarding same (.2). | 560.00 | 1.00 | 560.00 |
| 09/08/16 | Mark Shaiken | Finalize motion regarding automatic stay and Federal Express and analyze and finalize strategy regarding Fed. Exp. demand for deposit post petition (.5). | 560.00 | 0.50 | 280.00 |
| 09/08/16 | Nicholas Zluticky | Further research on whether stay violation applies to all pre-petition contracts (0.6); edits to motion to compel FedEx (0.3); email draft to client for review (0.1); draft notice of objection deadline (0.2). | 315.00 | 1.20 | 378.00 |
| 09/08/16 | Nicholas Zluticky | Edits to bar date pleadings (0.3); email pleadings to client for review (0.1); conference call with client to discuss bar date, publications, and notice issues (1.1). | 315.00 | 1.50 | 472.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/08/16 | Nicholas Zluticky | Gather documents requested by UBS. | 315.00 | 0.60 | 189.00 |
| 09/08/16 | Paul Hoffmann | Work on bar date pleadings, including conference call with Mr. Groves and Mr. Smith regarding specific bar date issues such as environmental claims, personal injury claims, employee claims, interests, publication issues and the like, and substantial revisions to bar date pleadings to address new issues. | 580.00 | 6.10 | 3,538.00 |
| 09/08/16 | Patrick Turner | Continuing efforts to resolve Huntsville Utility demands. | 330.00 | 0.70 | 231.00 |
| 09/08/16 | Patrick Turner | Drafting multiple notices of objection deadlines regarding JQH and BKD applications to employ. | 330.00 | 0.40 | 132.00 |
| 09/08/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 2.40 | 792.00 |
| 09/09/16 | Ben Hobert | Work on responses to IRS regarding tax returns (.4); receive, review and prepare questions with respect to spreadsheet on EINs for entities and defunct entities for reporting purposes (.7); telephone conferences with Mr. Garwitz regarding follow-up with IRS; discuss other tax issues (.6). | 550.00 | 1.70 | 935.00 |
| 09/09/16 | Mark Carder | Organize document production to JD Holdings (2.2); prepare for and attend conference call with US Trustee on case issues (1.1); review Rule 502 and application to privilege matters in JD Holdings document requests (0.9). | 535.00 | 4.20 | 2,247.00 |
| 09/09/16 | Mark Carder | Work on SFI cash collateral litigation. | 535.00 | 0.90 | 481.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/09/16 | Mark Carder | Attention to Great Southern motion on loan extension. | 535.00 | 0.30 | 160.50 |
| 09/09/16 | Mark Carder | Attention to draft motion to compel contract performance by FedEx. | 535.00 | 0.30 | 160.50 |
| 09/09/16 | Mark Shaiken | Prepare for and call with United State Trustee regarding status of case, disputes, bank accounts and other matters (.8); emails to and from counsel for UBS regarding engagement and review latest turn of engagement letter (.3). | 560.00 | 1.10 | 616.00 |
| 09/09/16 | Mark Shaiken | Prepare for SFI cash collateral trial (6.5). | 560.00 | 6.50 | 3,640.00 |
| 09/09/16 | Nicholas Zluticky | Telephone conversation with client regarding additional critical vendors. | 315.00 | 0.20 | 63.00 |
| 09/09/16 | Nicholas Zluticky | Email David Lubben regarding status of employment application (0.1); draft and file notice of objection deadline for same (0.2); email additional documents to UBS for conflicts purposes (0.3). | 315.00 | 0.60 | 189.00 |
| 09/09/16 | Nicholas Zluticky | Work on Great Southern Bank motion to renew loan. | 315.00 | 0.30 | 94.50 |
| 09/09/16 | Nicholas Zluticky | Telephone conversation with client regarding various bankruptcy issues (0.4); conference call with US Trustee's Office regarding various issues (0.9). | 315.00 | 1.30 | 409.50 |
| 09/09/16 | Paul Hoffmann | Continue working on bar date pleadings, including memos with Ms. Marshall of BMC regarding comments on same. | 580.00 | 4.40 | 2,552.00 |
| 09/09/16 | Patrick Turner | Addressing and resolving Huntsville, CoServ utility demands, including revising orders and stipulations regarding | 330.00 | 1.70 | 561.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | same. | | | |
| 09/09/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 1.50 | 495.00 |
| 09/09/16 | Bridget Duggan | Receive and process new appraisals; forward for production for use at SFI trial. | 205.00 | 0.40 | 82.00 |
| 09/10/16 | Mark Shaiken | Prepare for trial with SFI on cash collateral issues including research and drafting trial brief, testimony of witnesses, and collection and finalizing of exhibits(7.4); call with counsel for SFI regarding attempts to negotiate a resolution (.3). | 560.00 | 7.70 | 4,312.00 |
| 09/10/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 1.50 | 495.00 |
| 09/10/16 | Patrick Turner | Analyzing and researching Goldman promissory notes, related issues. | 330.00 | 0.30 | 99.00 |
| 09/11/16 | Mark Carder | Work on SFI cash collateral trial brief. | 535.00 | 1.20 | 642.00 |
| 09/11/16 | Mark Shaiken | Continued work on trial brief for SFI cash collateral hearing (.7). | 560.00 | 0.70 | 392.00 |
| 09/11/16 | Nicholas Zluticky | Research on lien stripping in chapter 11 under 10th Circuit law. | 315.00 | 2.80 | 882.00 |
| 09/11/16 | Patrick Turner | Researching lien issues in chapter 11 regarding 506 status, cramdown issues. | 330.00 | 0.80 | 264.00 |
| 09/11/16 | Patrick Turner | Addressing Goldman loan promissory note fact investigation. | 330.00 | 0.30 | 99.00 |
| 09/12/16 | Ben Hobert | Review of SFI memorandum regarding cash collateral and prepare comments and revisions to same. | 550.00 | 0.90 | 495.00 |
| 09/12/16 | Mark Carder | Work on ESI matters on | 535.00 | 3.60 | 1,926.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | discovery with JD Holdings (1.5); work with Ms Stevens on document production (2.1). | | | |
| 09/12/16 | Mark Carder | Work on response to CMBS lender motion for interim payment of fees. | 535.00 | 1.20 | 642.00 |
| 09/12/16 | Mark Carder | Work on preparation for hearing on cash collateral objection by SFI. | 535.00 | 0.80 | 428.00 |
| 09/12/16 | Mark Carder | Work on UBS as FA retention. | 535.00 | 0.40 | 214.00 |
| 09/12/16 | Mark Shaiken | For SFI litigation: work on outlines of direct testimony for 3 witnesses (2.2); Prepare with expert witness regarding valuation testimony (1.0); edits to her outline (.6); research, draft, edit and revise supplemental trial brief (3.0); work on balance sheets with clients (.4). | 560.00 | 7.20 | 4,032.00 |
| 09/12/16 | Mark Shaiken | Call with counsel for CMBS lenders regarding fees and analyze same after call (.5). | 560.00 | 0.50 | 280.00 |
| 09/12/16 | Nicholas Zluticky | Draft motion to extend deadline to assume or reject leases (1.6). | 315.00 | 1.60 | 504.00 |
| 09/12/16 | Nicholas Zluticky | Telephone conversation with client regarding additional critical vendor issues (0.2); draft second motion to approve revised critical vendor amounts and new critical vendors (0.8); email draft motion to client for review (0.1); review and provide addresses to new critical vendors to BMC (0.4); telephone conversation with Travelers insurance regarding potential renewal of policy (0.2); email to client regarding same (0.1). | 315.00 | 1.80 | 567.00 |
| 09/12/16 | Nicholas Zluticky | Email client regarding GSB | 315.00 | 3.20 | 1,008.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | motion to new loan (0.1); research regarding whether motion under 364 is required to renew loan (1.7); review CMBS motion to amend interim compensation order (0.2); begin research on whether secured creditor is entitled to interim compensation under 506(b) (1.2). | | | |
| 09/12/16 | Nicholas Zluticky | Research regarding lien-stripping under chapter 11 (3.8). | 315.00 | 3.80 | 1,197.00 |
| 09/12/16 | Nicholas Zluticky | Draft stipulation for stay relief regarding Sybille Winter (0.5); email draft to David Johnson for review (0.1); edits to Miranda stipulation for stay relief (0.4). | 315.00 | 1.00 | 315.00 |
| 09/12/16 | Paul Hoffmann | Work on bar date pleadings, and making final revisions to pleadings for filing today. | 580.00 | 1.50 | 870.00 |
| 09/12/16 | Patrick Turner | Researching claims and claim issues regarding 502 allowance. | 330.00 | 1.70 | 561.00 |
| 09/12/16 | Patrick Turner | Addressing CoServe rebate dispute issues, revisions to stipulation. | 330.00 | 0.90 | 297.00 |
| 09/12/16 | Bridget Duggan | Meet with Mr. Shaiken regarding exhibits for SFI trial; initial draft of exhibit list; begin assembly of exhibits; revisions to exhibit list; begin scanning exhibits; begin marking exhibits. | 205.00 | 5.10 | 1,045.50 |
| 09/12/16 | Leisa Stevens | JD Holdings response to 1st request for production of documents - review, redaction, branding and production of load files per Mr. Carder. | 220.00 | 6.90 | 1,518.00 |
| 09/12/16 | Leisa Stevens | Filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and | 220.00 | 3.10 | 682.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | information in support of attorney team. | | | |
| 09/13/16 | Ben Hobert | Work on responses to IRS tax queries. | 550.00 | 0.40 | 220.00 |
| 09/13/16 | Mark Carder | Work on document production to JD Holdings with Mr Groves (1.6); review appraisals in connection with production (2.2); review documentation about witnesses (0.5). | 535.00 | 4.30 | 2,300.50 |
| 09/13/16 | Mark Carder | Review SFI trial brief on cash collateral (0.4); work on preparation for hearing on same (1.9). | 535.00 | 2.30 | 1,230.50 |
| 09/13/16 | Mark Carder | Review mechanics lien claim. | 535.00 | 0.40 | 214.00 |
| 09/13/16 | Mark Shaiken | Prepare for SFI trial (7.0); finalize exhibits for filing including simplified balance sheets (.6). | 560.00 | 7.60 | 4,256.00 |
| 09/13/16 | Nicholas Zluticky | Telephone conversation with client regarding critical vendor issues (0.2). | 315.00 | 0.20 | 63.00 |
| 09/13/16 | Nicholas Zluticky | Email to client regarding lists of incomplete addresses received from BMC (0.1). | 315.00 | 0.10 | 31.50 |
| 09/13/16 | Nicholas Zluticky | Create list for UBS to run conflicts check (0.6); email list to UBS for review (0.1); three telephone conversations with UBS regarding information needed to begin engagement (0.8); email to client regarding same (0.1); email Johnnie B. Rogers 2014 statement to Carrie Bell for review (0.1); telephone conversation with Gregg Groves regarding same (0.2); begin draft of application to employ UBS (0.7). | 315.00 | 2.60 | 819.00 |

File No. 0836979.0002                                              Page 14

Invoice No: 40027756

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/13/16 | Nicholas Zluticky | Telephone conversation with Eric Johnson regarding lawsuit pending in Greene County, MO (0.2); telephone conversation with Gregg Groves regarding same (0.1). | 315.00 | 0.30 | 94.50 |
| 09/13/16 | Patrick Turner | Addressing CoServe letter agreement and changes to stipulation, SCANA letter agreement and changes to stipulation. | 330.00 | 1.80 | 594.00 |
| 09/13/16 | Patrick Turner | Addressing and revising CoServe stipulation and order regarding refund issue. | 330.00 | 0.90 | 297.00 |
| 09/13/16 | Patrick Turner | Continuing researching claims and claim issues regarding 502 allowance. | 330.00 | 1.90 | 627.00 |
| 09/13/16 | Patrick Turner | Addressing Hammons leases regarding notice provisions for service. | 330.00 | 1.60 | 528.00 |
| 09/13/16 | Bridget Duggan | Continue preparation of exhibits for SFI trial including revisions to exhibits; duplicate and organize exhibits; telephone call with law clerk regarding submission of exhibits; prepare exhibits for shipping; prepare exhibits for FTP submission to court and opposing counsel. | 205.00 | 6.40 | 1,312.00 |
| 09/13/16 | Leisa Stevens | JD Holdings response to 1st request for production of documents - review, redaction, branding and production of load files per Mr. Carder. | 220.00 | 7.60 | 1,672.00 |
| 09/13/16 | Leisa Stevens | Filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team; additions to | 220.00 | 2.80 | 616.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | attorney notebooks. | | | |
| 09/13/16 | Cari Matias | Prepare exhibits and send to opposing counsel and judge as requested by Case Team. | 225.00 | 0.30 | 67.50 |
| 09/14/16 | Ben Hobert | Address issues associated with professional fees motion from creditors (.4); receive and review IRS notice regarding tax issues and confer with Mr. Groves regarding same (.2). | 550.00 | 0.60 | 330.00 |
| 09/14/16 | Mark Carder | Prepare for SFI hearing on cash collateral and work on settlement. | 535.00 | 1.30 | 695.50 |
| 09/14/16 | Mark Carder | Work on document production to JD Holdings and review appraisals on valuation issue. | 535.00 | 4.10 | 2,193.50 |
| 09/14/16 | Mark Carder | Work on airplane loan issues. | 535.00 | 0.40 | 214.00 |
| 09/14/16 | Mark Shaiken | Prepare for SFI cash collateral trial (5.5); several calls with SFI counsel regarding exchange or witnesses and exhibits and settlement discussions (.6). | 560.00 | 6.10 | 3,416.00 |
| 09/14/16 | Mark Shaiken | Travel to Kansas City at 1/2 time (2.0). | 560.00 | 2.00 | 1,120.00 |
| 09/14/16 | Nicholas Zluticky | Continue research on lien-stripping under chapter 11 (2.9). | 315.00 | 2.90 | 913.50 |
| 09/14/16 | Nicholas Zluticky | Draft notice of submission of June 2016 and July 2016 fees (0.3); continue work on application to employ UBS (0.3). | 315.00 | 0.60 | 189.00 |
| 09/14/16 | Patrick Turner | Continuing review of Hammons leases regarding notice provisions, updating master spreadsheet regarding same. | 330.00 | 2.70 | 891.00 |
| 09/14/16 | Patrick Turner | Addressing and finalizing multiple letter agreements resolving Utility demands from | 330.00 | 0.90 | 297.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Huntsville, SCANA, Murfreesboro, Entergy, Springfield, finalizing and filing SCANA order and stipulation. | | | |
| 09/14/16 | Patrick Turner | Continuing researching claims and claim issues regarding 502 allowance. | 330.00 | 1.60 | 528.00 |
| 09/14/16 | Bridget Duggan | Assemble Mr. Shaiken documents for SFI trial and prepare for delivery; follow up on documents for delivery to opposing counsel and court. | 205.00 | 0.40 | 82.00 |
| 09/14/16 | Leisa Stevens | Drafting certificates of service for August/September ECF filings per Mr. Zluticky; filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team. | 220.00 | 1.40 | 308.00 |
| 09/14/16 | Leisa Stevens | Assist Mr. Carder with JD Holdings document production - production of individual entity financial documents for 2016, appraisal documents. | 220.00 | 5.80 | 1,276.00 |
| 09/14/16 | Leisa Stevens | Prepare SFI Belmont trial exhibit notebooks per Mr. Shaiken; other trial preparation per Mr. Shaiken. | 220.00 | 4.60 | 1,012.00 |
| 09/15/16 | Mark Carder | Work on document production to JD Holdings. | 535.00 | 2.10 | 1,123.50 |
| 09/15/16 | Mark Carder | Review Delaware evidence in preparation for motion to dismiss hearings. | 535.00 | 5.60 | 2,996.00 |
| 09/15/16 | Mark Shaiken | Prepare for SFI cash collateral trial (9.0). | 560.00 | 9.00 | 5,040.00 |
| 09/15/16 | Nicholas Zluticky | Edits to motion to renew GSB loan (.2). | 315.00 | 0.20 | 63.00 |
| 09/15/16 | Tracey Ohm | Prepare motion to authorize loan | 355.00 | 1.20 | 426.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | renewal with Great Southern Bank. | | | |
| 09/15/16 | Patrick Turner | Continue review of Hammons leases regarding notice provisions, updating master spreadsheet regarding same. | 330.00 | 1.40 | 462.00 |
| 09/15/16 | Patrick Turner | Continue to address CoServe stipulation and order to resolve trial regarding utility demands. | 330.00 | 1.20 | 396.00 |
| 09/15/16 | Patrick Turner | Continuing researching claims and claim issues regarding 502 allowance. | 330.00 | 2.70 | 891.00 |
| 09/15/16 | Bridget Duggan | Receive and download Mr. Smith deposition transcript and exhibits. | 205.00 | 0.30 | 61.50 |
| 09/15/16 | Leisa Stevens | Assist Mr. Shaiken with preparation for SFI Belmont trial - preparing trial exhibits for client review, witness review, updates to exhibit notebooks. | 220.00 | 3.90 | 858.00 |
| 09/15/16 | Leisa Stevens | Assist Mr. Carder with JD Holdings document production - production of individual entity financial documents for 2016, appraisal documents. | 220.00 | 4.90 | 1,078.00 |
| 09/15/16 | Leisa Stevens | Draft certificates of service for August filings per Mr. Zluticky; filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team. | 220.00 | 1.60 | 352.00 |
| 09/16/16 | Ben Hobert | Receive and review e-mails from Mr. Garwitz regarding contact with IRS (.1); work on issues regarding 2015 income tax return reporting (.3). | 550.00 | 0.40 | 220.00 |
| 09/16/16 | Ben Hobert | Work on issues regarding | 550.00 | 0.50 | 275.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | resolution of SFI claims after hearing results. | | | |
| 09/16/16 | Mark Carder | Review Delaware evidence in preparation for JD Holdings hearings. | 535.00 | 4.50 | 2,407.50 |
| 09/16/16 | Mark Carder | Work on SFI resolution. | 535.00 | 1.10 | 588.50 |
| 09/16/16 | Mark Carder | Work on engagement of UBS as FA. | 535.00 | 1.10 | 588.50 |
| 09/16/16 | Mark Shaiken | Prepare for SFI cash collateral trial (1.2); represent client at hearing, negotiate settlement, document same, announce to court (1.8); and further analysis of delivery of checks issues (.4). | 560.00 | 3.40 | 1,904.00 |
| 09/16/16 | Mark Shaiken | Review federal express notice issues (.3). | 560.00 | 0.30 | 168.00 |
| 09/16/16 | Mark Shaiken | Work on analysis of issues likely to be raised by JDH in rejection of executory contract contested matter (1.2). | 560.00 | 1.20 | 672.00 |
| 09/16/16 | Mark Shaiken | Return to Denver at 1/2 time (2.0). | 560.00 | 2.00 | 1,120.00 |
| 09/16/16 | Nicholas Zluticky | Telephone conversation with client regarding monthly payments on Fifth Third loan. | 315.00 | 0.20 | 63.00 |
| 09/16/16 | Nicholas Zluticky | Complete draft of UBS employment application (0.8); email draft to UBS for review (0.1). | 315.00 | 0.90 | 283.50 |
| 09/16/16 | Nicholas Zluticky | Telephone conversation with Mark Stingley regarding motion to renew GSB loan (0.1); draft motion and order expediting hearing on motion (0.5). | 315.00 | 0.60 | 189.00 |
| 09/16/16 | Nicholas Zluticky | Research on Delaware statute of limitations for breach of contract and breach of fiduciary duty. | 315.00 | 1.40 | 441.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| 09/16/16 | Nicholas Zluticky | Draft tax claim summary. | 315.00 | 0.40 | 126.00 |
| 09/16/16 | Nicholas Zluticky | Draft and send list of telephonic appearances to Judy Cowger at the clerk's office (0.3); draft proposed agenda for 9/26 omnibus hearing (1.4). | 315.00 | 1.70 | 535.50 |
| 09/16/16 | Patrick Turner | Continuing researching claims and claim issues regarding 502 allowance. | 330.00 | 2.60 | 858.00 |
| 09/16/16 | Leisa Stevens | Assist Mr. Shaiken with preparing for SFI Belmont trial, trial attendance. | 220.00 | 1.50 | 330.00 |
| 09/16/16 | Leisa Stevens | Assist Mr. Carder with JD Holdings document production - , production of individual entity financial documents for 2016. | 220.00 | 2.60 | 572.00 |
| 09/19/16 | Ben Hobert | Review and analyze JD Holdings response (.5); advise Mr. Shaiken regarding suggested focus for response (.3). | 550.00 | 0.80 | 440.00 |
| 09/19/16 | Mark Carder | Work on document retrieval and production to JD Holdings. | 535.00 | 3.20 | 1,712.00 |
| 09/19/16 | Mark Carder | Work on rejection motion issues (1.2); review objection to rejection motion from JD Holdings (0.6). | 535.00 | 1.80 | 963.00 |
| 09/19/16 | Mark Carder | Work on retention of UBS as financial advisor. | 535.00 | 2.30 | 1,230.50 |
| 09/19/16 | Mark Shaiken | Prepare for call with UBS (.4); organizational and background call with UBS to discuss case and issues at hand (1.7). | 560.00 | 1.70 | 952.00 |
| 09/19/16 | Mark Shaiken | Address appraisal issues in JDH motion to dismiss discovery (.3). | 560.00 | 0.30 | 168.00 |
| 09/19/16 | Mark Shaiken | Review Venable comments to cash collateral order, analyze same, and determine strategy regarding same (.3); begin email | 560.00 | 0.60 | 336.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | to Venable regarding same and determine extent of CMBS objection to first day motions as it relates to underlying premise of Venable proposed changes (.3). | | | |
| 09/19/16 | Mark Shaiken | Continued ROFR rejection research in expectation of JDH objection to rejection motion (1.7); review iStar underlying loan documents and email to clients regarding same (1.2); review objection filed by JDH to motion to reject (.3); analyze same (.4); call with creditor counsel regarding same (.3); call with client regarding same (.2). | 560.00 | 4.10 | 2,296.00 |
| 09/19/16 | Nicholas Zluticky | Edits to application to employ UBS to incorporate changes from UBS counsel (.4); email revised application to UBS counsel (.1); telephone conversation with Gary Frantzen of A&M regarding application to employ A&M (.2); email to Mr. Frantzen regarding information needed (.1); email 2014 statements to Carrie Bell (.1); complete draft of declaration in support of application to employ UBS (.5). | 315.00 | 1.40 | 441.00 |
| 09/19/16 | Nicholas Zluticky | Telephone conversations with Victor Weber regarding objection deadline to motion for interim compensation and motion for extension out of time to respond. | 315.00 | 0.30 | 94.50 |
| 09/19/16 | Nicholas Zluticky | Telephone conversation with US Trustee's office regarding intent to engage financial advisor and proposed terms. | 315.00 | 0.20 | 63.00 |
| 09/19/16 | Nicholas Zluticky | Email to client regarding Rule 2015.3 reports (0.1); telephone conversation with client | 315.00 | 0.30 | 94.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | regarding same (0.2). | | | |
| 09/19/16 | Tracey Ohm | Discuss executory contract rejection issues with Mr. Shaiken. | 355.00 | 0.10 | 35.50 |
| 09/19/16 | Patrick Turner | Continue drafting memorandum regarding 502(b) claim issues, researching same. | 330.00 | 5.40 | 1,782.00 |
| 09/19/16 | Leisa Stevens | Assist Mr. Carder with JD Holdings document production - review, redaction, branding and creation of load files for production of individual entity appraisal documents. | 220.00 | 3.40 | 748.00 |
| 09/20/16 | Mark Carder | Prepare for and attend call to meet and confer with JD Holdings on debtors' objections to JD discovery requests on motion to dismiss (3.2); continue retrieval and production of documents to JD (2.1); work on prerequisite issues relating to ROFR (1.8). | 535.00 | 7.10 | 3,798.50 |
| 09/20/16 | Mark Carder | Conferences with Messrs Schwartz and Shaiken on JDH request to adjourn hearing on rejection motion. | 535.00 | 0.70 | 374.50 |
| 09/20/16 | Mark Shaiken | Review in detail objection filed by JDH to motion to reject ROFR agreement (.7); call with secured party counsel regarding same (.3); determine strategy for response to objection and for hearing on same (1.3); review request for continuance by JDH and develop strategy regarding same (.8); review JDH reply in support of motion to dismiss on issue of ROFR rejection (.6); develop strategy for court hearing (.8); call with client | 560.00 | 4.80 | 2,688.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | regarding same (.3). | | | |
| 09/20/16 | Mark Shaiken | Call with Federal Express in house counsel regarding background and motion debtors filed to seek vendor compliance with agreement (.3); emails to and from counsel regarding same (.2); call with John Cruciani, outside counsel for Fed Exp regarding same (.2). | 560.00 | 0.70 | 392.00 |
| 09/20/16 | Mark Shaiken | Review proposed changes from CMBS lender counsel for cash collateral order (.3); call with client regarding same (.2); draft, edit and revise email to counsel regarding same (.4). | 560.00 | 0.90 | 504.00 |
| 09/20/16 | Mark Shaiken | Review iStar loan documents for provisions in rejection litigation (.6). | 560.00 | 0.60 | 336.00 |
| 09/20/16 | Nicholas Zluticky | Research on what substantive issues court can decide in ruling on motion to assume or reject under Orion. | 315.00 | 1.00 | 315.00 |
| 09/20/16 | Nicholas Zluticky | Research on contact information for FedEx counsel office (0.2); email motion to compel and notice of objection deadline to FedEx general counsel (0.1); review critical vendor orders for information regarding FedEx (0.2); prepare and file certificates of service for FedEx motion (0.3); review emails with FedEx regarding deposit demand (0.1); email to client requesting account numbers (0.1). | 315.00 | 1.00 | 315.00 |
| 09/20/16 | Nicholas Zluticky | Conference call with client to discuss claims bar date and executive bonus issues. | 315.00 | 1.40 | 441.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/20/16 | Nicholas Zluticky | Emails with Bonne Hackler regarding call to discuss JQH employment app (0.1); discuss issues regarding same (0.2); work on UBS employment pleadings (0.3); telephone conversation with Diane Meyers regarding additional information needed (0.1). | 315.00 | 0.70 | 220.50 |
| 09/20/16 | Nicholas Zluticky | Review and provide comments on objection to interim compensation motion (0.3); research on cash collateral issues (1.6). | 315.00 | 1.90 | 598.50 |
| 09/20/16 | Paul Hoffmann | Prepare for and participate in conference call with Mr. Zluticky, Mr. Groves and Mr. Smith regarding bar date pleadings. | 580.00 | 0.60 | 348.00 |
| 09/20/16 | Paul Hoffmann | Prepare for and participate in conference call regarding incentive plans for company employees, including historical and current details on plans. | 580.00 | 1.30 | 754.00 |
| 09/20/16 | Patrick Turner | Continue drafting memorandum regarding 502(b) claim issues, researching same. | 330.00 | 4.90 | 1,617.00 |
| 09/20/16 | Bridget Duggan | Legal research for Kansas bankruptcy cases for revocable trusts; work on ROFR spreadsheet by date of recording; review title work for additional dates; copy appraisals to thumb drive and prepare letter to UBS to enclose. | 205.00 | 3.60 | 738.00 |
| 09/20/16 | Leisa Stevens | Draft certificates of service for August filings per Mr. Zluticky; filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and | 220.00 | 2.90 | 638.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | information in support of attorney team. | | | |
| 09/20/16 | Cindy Cusimano | Export from FileSite 900 new documents for inclusion into new Relativity database at request of Ms. Stevens. | 225.00 | 0.60 | 135.00 |
| 09/21/16 | Mark Carder | Review Eilian deposition in Illinois litigation. | 535.00 | 2.20 | 1,177.00 |
| 09/21/16 | Mark Carder | Work on opposition to continuance of rejection motion hearing and conferences with Messrs Shaiken and Groves regarding same (1.1); work on issues relating to JD Holdings objection to rejection motion (1.2). | 535.00 | 2.30 | 1,230.50 |
| 09/21/16 | Mark Shaiken | Prepare for (.3) and call with CMBS counsel regarding cash collateral issues (.5); call with Mr. Strauss regarding same (.3). | 560.00 | 1.10 | 616.00 |
| 09/21/16 | Mark Shaiken | Review motion for continuance of rejection motion filed by JDH, analyze strategic issues for a response to motion to continuance (.7); draft response to motion to continuance (.6). | 560.00 | 1.30 | 728.00 |
| 09/21/16 | Mark Shaiken | Continued review of iStar loan and underlying 2005 transactions documents (2.2); analysis regarding same (1.2). | 560.00 | 3.40 | 1,904.00 |
| 09/21/16 | Nicholas Zluticky | Research on upcoming deadlines in response to JDH motion to continue hearing (0.8); review and edit response (0.1). | 315.00 | 0.90 | 283.50 |
| 09/21/16 | Nicholas Zluticky | Email account numbers to FedEx (0.1). | 315.00 | 0.10 | 31.50 |
| 09/21/16 | Nicholas Zluticky | Revise proposed agenda for Sept. 26 hearing (0.5); discuss amendments to schedules and | 315.00 | 1.10 | 346.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | issues with same (0.4); draft and file certificate of service (0.2). | | | |
| 09/21/16 | Nicholas Zluticky | Email to client regarding additional loan documents needed by UBS (0.1); email draft declaration for UBS to Diane Meyers for review (0.1); work on A&M employment app (0.6). | 315.00 | 0.80 | 252.00 |
| 09/21/16 | Nicholas Zluticky | Call with client regarding Rule 2015.3 reports (0.6). | 315.00 | 0.60 | 189.00 |
| 09/21/16 | Katherine Bechina | Work on remaining subjects to be completed for amending the bankruptcy petition for the Trust. | 250.00 | 0.40 | 100.00 |
| 09/21/16 | Patrick Turner | Review Utility letter agreements regarding summary of changes to utility account, prepare spreadsheet of same. | 330.00 | 0.80 | 264.00 |
| 09/21/16 | Patrick Turner | Continue drafting memorandum regarding 502(b) claim issues, researching same. | 330.00 | 2.10 | 693.00 |
| 09/21/16 | Patrick Turner | Review loan documents regarding status of certain loans per Mr. Shaiken's request. | 330.00 | 0.20 | 66.00 |
| 09/22/16 | Mark Carder | Review Illinois depositions for rejection and motion to dismiss (3.4); review documents relating ROFR prerequisites (1.1); work on prerequisites to ROFR (1.4). | 535.00 | 5.90 | 3,156.50 |
| 09/22/16 | Mark Shaiken | Emails to and from SFI counsel regarding terms of cash collateral order (.2); edits to same (.2); communicate with clients regarding same (.1); finalize same with SFI counsel (.2). | 560.00 | 0.70 | 392.00 |
| 09/22/16 | Mark Shaiken | Continued review of SFI / iStar underlying documents and deposition transcripts (1.8). | 560.00 | 1.80 | 1,008.00 |
| 09/22/16 | Mark Shaiken | Begin to prepare for rejection | 560.00 | 0.80 | 448.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | hearing regarding the ROFR (.8). | | | |
| 09/22/16 | Nicholas Zluticky | Review research on whether creditor may be employed under 327(a) and 1107(b) (1.3); draft memo to US Trustee regarding same (1.0); email memo to Bonnie Hackler (0.1); edit UBS declaration to incorporate UBS's comments (0.3); email revised declaration to UBS (0.1). | 315.00 | 2.80 | 882.00 |
| 09/22/16 | Nicholas Zluticky | Revise agenda for Sept. 26 hearing (0.4). | 315.00 | 0.40 | 126.00 |
| 09/22/16 | Nicholas Zluticky | Draft and file 10 certificates of service. | 315.00 | 1.80 | 567.00 |
| 09/22/16 | Nicholas Zluticky | Emails with client regarding monthly operating reports. | 315.00 | 0.20 | 63.00 |
| 09/22/16 | Tracey Ohm | Research regarding employment of professionals. | 355.00 | 1.80 | 639.00 |
| 09/22/16 | Patrick Turner | Address motion to extend time to assume or reject non-residential real property leases, review entity files regarding leases and terms. | 330.00 | 2.20 | 726.00 |
| 09/22/16 | Patrick Turner | Phone call from Mr. Shaiken regarding non-residential real property issues, 506(b) issues. | 330.00 | 0.20 | 66.00 |
| 09/22/16 | Patrick Turner | Continue drafting memorandum regarding 502(b) claim issues, researching same. | 330.00 | 1.70 | 561.00 |
| 09/23/16 | Mark Carder | Review data relating to rejection motion (0.6); work on rejection motion preparation for hearing (1.5); work on ROFR prerequisites issues (0.7). | 535.00 | 2.80 | 1,498.00 |
| 09/23/16 | Mark Carder | Call with HVS on alternatives regarding hotel management, marketing and sales. | 535.00 | 0.50 | 267.50 |
| 09/23/16 | Mark Shaiken | Call with US Trustee regarding various engagement issues and | 560.00 | 0.30 | 168.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | issue of amounts owing pre-petition to accounting professionals (.3). | | | |
| 09/23/16 | Mark Shaiken | Prepare argument for hearing on rejection motion and prepare for hearing including research regarding solvency issue raised in objection to motion to reject ROFR (6.5). | 560.00 | 6.50 | 3,640.00 |
| 09/23/16 | Nicholas Zluticky | Upload order on SFI stipulation. | 315.00 | 0.10 | 31.50 |
| 09/23/16 | Nicholas Zluticky | Draft agreed order on renewal of Great Southern Bank loan (0.9); emails with Mark Stingley regarding same (0.2); upload agreed order (0.1). | 315.00 | 1.20 | 378.00 |
| 09/23/16 | Nicholas Zluticky | Conference call with Bonnie Hackler regarding JQH employment issues (0.7). | 315.00 | 0.70 | 220.50 |
| 09/23/16 | Nicholas Zluticky | Telephone conversation with Bob Hammecke regarding renewal of Travelers insurance policies (0.2); telephone conversation with client regarding same (0.2); review insurance order and email same to Bob Hammecke (0.3); review response from Travelers (0.1); begin research on issues with renewing policies under 362, 363, 364 and assumption of program under 365 (2.8); telephone conversation with Bonnie Hackler regarding plan to file insurance motion on Monday (0.2); telephone conversation with client regarding same (0.3). | 315.00 | 4.10 | 1,291.50 |
| 09/23/16 | Nicholas Zluticky | Telephone conversation with client regarding additional questions about 2015.3 reports and issues with monthly operating reports. | 315.00 | 0.60 | 189.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/23/16 | Paul Hoffmann | Work on employees incentive plan pleadings, including drafting, and memos with Mr. Smith regarding data on 2015 and 2016 payments. | 580.00 | 4.60 | 2,668.00 |
| 09/23/16 | Paul Hoffmann | Revise order and notice per Court Clerk and BMC for bar dates and send detailed update memo to Mr. Zluticky. | 580.00 | 1.40 | 812.00 |
| 09/23/16 | Katherine Bechina | Phone call with Gregg Groves to discuss follow-up questions regarding amending the Trust's bankruptcy petition. | 250.00 | 0.20 | 50.00 |
| 09/23/16 | Katherine Bechina | Supplement and revise bankruptcy petition of the Trust by supplementing information in SOFA 25 through addition of businesses in which the Trust has or had an interest within the last 6 years. | 250.00 | 3.10 | 775.00 |
| 09/24/16 | Nicholas Zluticky | Continue research on issues with renewing policies under 362, 363 and 364 and assumption of program under 365 (1.9); detailed review of terms of renewal and terms of existing program (0.6); begin draft of motion to renew policies and assume insurance program (1.2). | 315.00 | 3.70 | 1,165.50 |
| 09/25/16 | Mark Shaiken | Travel to Kansas City for ROFR rejection hearing at 1/2 time (2.0). | 560.00 | 2.00 | 1,120.00 |
| 09/25/16 | Nicholas Zluticky | Continue draft of motion to renew insurance policies and assume insurance program (3.4); draft order granting motion to renew and assume (1.5); add research on extension of credit under 364 (0.5); email draft documents to Bob Hammecke for review (0.1). | 315.00 | 5.50 | 1,732.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/25/16 | Paul Hoffmann | Review and revise Travelers Insurance Assumption Motion and follow-up emails with Mr. Zluticky regarding same. | 580.00 | 0.80 | 464.00 |
| 09/26/16 | Mark Carder | Prepare for and attend hearing on motion to reject ROFR. | 535.00 | 5.50 | 2,942.50 |
| 09/26/16 | Mark Carder | Review new appraisals from HVS. | 535.00 | 2.30 | 1,230.50 |
| 09/26/16 | Mark Shaiken | Prepare for ROFR rejection hearing (4.0); represent client at ROFR rejection hearing (2.0); meet with client thereafter (.5); analysis of issues raised by ROFR hearing and develop strategy of next steps (1.0). | 560.00 | 7.50 | 4,200.00 |
| 09/26/16 | Mark Shaiken | Return to Denver at 1/2 time (2.0). | 560.00 | 2.00 | 1,120.00 |
| 09/26/16 | Nicholas Zluticky | Review edits from Travelers to insurance motion (.2); revise Travelers edits (.3); email revised draft to client for review (.1); email draft to counsel for Travelers (.1); file insurance motion (.2); telephone conversation with court regarding same (.1). | 315.00 | 1.00 | 315.00 |
| 09/26/16 | Nicholas Zluticky | Work on motion to extend exclusivity (2.3). | 315.00 | 2.30 | 724.50 |
| 09/26/16 | Nicholas Zluticky | Draft and send list for telephone participants to the clerk's office (.4); work on draft orders after omnibus hearing (2.4). | 315.00 | 2.80 | 882.00 |
| 09/26/16 | Nicholas Zluticky | Draft notice of submission of August 2016 fees (0.2). | 315.00 | 0.20 | 63.00 |
| 09/26/16 | Paul Hoffmann | Work on revisions to Travelers order regarding assumption of insurance documents, including review of markups from Travelers counsel and office | 580.00 | 0.80 | 464.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | conference with Mr. Zluticky regarding same. | | | |
| 09/26/16 | Paul Hoffmann | Continue research on incentive plans for company employees, and revised pleadings regarding same. | 580.00 | 5.60 | 3,248.00 |
| 09/26/16 | Katherine Bechina | Using information provided by Mr. Groves, amended the statement of financial affairs for the Trust to make sure it is up-to-date. | 250.00 | 3.10 | 775.00 |
| 09/26/16 | Patrick Turner | Continuing review and analysis of leases and lease documents regarding 365(d) deadline motion. | 330.00 | 1.90 | 627.00 |
| 09/26/16 | Patrick Turner | Continuing 506(b) research, drafting and revising memo regarding results of research. | 330.00 | 3.10 | 1,023.00 |
| 09/26/16 | Leisa Stevens | Assist Mr. Shaiken with preparations for 9/26/2016 hearing; filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team. | 220.00 | 2.90 | 638.00 |
| 09/27/16 | Mark Carder | Work on production of documents to JD Holdings (2.1); review depositions from Delaware on factual matters raised in motions to dismiss and to reject (2.0); review matters on privilege (0.5). | 535.00 | 4.60 | 2,461.00 |
| 09/27/16 | Mark Carder | Work on issues for motion to reject raised at hearing. | 535.00 | 0.90 | 481.50 |
| 09/27/16 | Mark Carder | Work on motion to extend exclusivity period for plan filing and solicitation. | 535.00 | 1.50 | 802.50 |
| 09/27/16 | Mark Shaiken | Research regarding ROFR issues | 560.00 | 4.50 | 2,520.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
|  |  | for supplemental briefing (4.5). |  |  |  |
| 09/27/16 | Nicholas Zluticky | Review draft of motion to extend assumption / rejection deadline (0.3). | 315.00 | 0.30 | 94.50 |
| 09/27/16 | Nicholas Zluticky | Complete draft of motion to extend exclusivity (2.8). | 315.00 | 2.80 | 882.00 |
| 09/27/16 | Nicholas Zluticky | Draft notice of submission of August 2016 fees (0.2); emails with UBS regarding additional information needed (0.5). | 315.00 | 0.70 | 220.50 |
| 09/27/16 | Nicholas Zluticky | Start work on draft of motion to approve revised trust budgets (1.2). | 315.00 | 1.20 | 378.00 |
| 09/27/16 | Paul Hoffmann | Continue to work on research and pleadings for employees incentive plans and memos with Mr. Smith regarding same. | 580.00 | 6.40 | 3,712.00 |
| 09/27/16 | Tracey Ohm | Discuss contract rejection issues for further research with Mr. Shaiken. | 355.00 | 0.20 | 71.00 |
| 09/27/16 | Patrick Turner | Continuing research regarding 506(b) issues. | 330.00 | 2.30 | 759.00 |
| 09/27/16 | Patrick Turner | Phone call from Mr. Shaiken regarding cross-collateralization issues, beginning review of same. | 330.00 | 0.70 | 231.00 |
| 09/27/16 | Patrick Turner | Reviewing numerous JQH et al documents, leases, regarding motion to extend time to assume or reject unexpired leases, including amending motion to extend time. | 330.00 | 3.90 | 1,287.00 |
| 09/28/16 | Mark Carder | Review discovery responses from JD Holdings on motion to dismiss. | 535.00 | 0.40 | 214.00 |
| 09/28/16 | Mark Carder | Work on motion to extend plan filing exclusivity. | 535.00 | 0.50 | 267.50 |
| 09/28/16 | Mark Carder | Work on draft motion concerning | 535.00 | 1.70 | 909.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | compensation. | | | |
| 09/28/16 | Mark Carder | Review budget reports. | 535.00 | 1.10 | 588.50 |
| 09/28/16 | Mark Shaiken | Call with HVS regarding valuation project (.3); review drafts of appraisals and summaries (.3); call with A+M regarding appraisal of non hotel properties and review summary of prior valuations by A+M (.7); call with UBS regarding engagement and ROFR rejection hearing (.7). | 560.00 | 2.00 | 1,120.00 |
| 09/28/16 | Mark Shaiken | Draft, edit and revise outline for ROFR trial brief due 10-13 (1.6). | 560.00 | 1.60 | 896.00 |
| 09/28/16 | Mark Shaiken | Edit and revise motion for extension of time to assume or reject contracts (.7). | 560.00 | 0.70 | 392.00 |
| 09/28/16 | Mark Shaiken | Edit and revise motion to extend exclusive periods (.4). | 560.00 | 0.40 | 224.00 |
| 09/28/16 | Nicholas Zluticky | Edits to motion to extend exclusivity (0.3); draft notice of objection deadline for same (0.3). | 315.00 | 0.60 | 189.00 |
| 09/28/16 | Nicholas Zluticky | Complete draft of motion to approve revised trust budgets (1.7); file motion and telephone conversation with clerk's office regarding same (0.1); draft interim order granting motion (0.6); email to the court regarding same (0.1). | 315.00 | 2.50 | 787.50 |
| 09/28/16 | Nicholas Zluticky | Telephone conversation with client regarding several impending issues (0.5). | 315.00 | 0.50 | 157.50 |
| 09/28/16 | Paul Hoffmann | Continue to work on pleadings seeking approval of incentive plans for non-sales employees, including review of 2015 data from Mr. Smith, revisions to | 580.00 | 6.80 | 3,944.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | pleadings regarding same, and work on next steps. | | | |
| 09/28/16 | Tracey Ohm | Discuss additional contract rejection issues for further research with Mr. Shaiken. | 355.00 | 0.20 | 71.00 |
| 09/28/16 | Patrick Turner | Continuing reviewing numerous JQH et al documents, leases for motion to extend time to assume or reject unexpired leases, including amending motion to extend time. | 330.00 | 3.30 | 1,089.00 |
| 09/28/16 | Patrick Turner | Continuing 506(b) research, drafting and revising memo regarding results of research. | 330.00 | 1.90 | 627.00 |
| 09/29/16 | Ben Hobert | Review of key executive incentive plan and case law precedent regarding same (.5); confer with Mr. Shaiken regarding issues (.2). | 550.00 | 0.70 | 385.00 |
| 09/29/16 | Mark Carder | Work on UBS application process for financial advisor. | 535.00 | 0.40 | 214.00 |
| 09/29/16 | Mark Shaiken | Review A+M spreadsheet regarding non-hotel values (.6); communicate with G. Frantzen regarding same (.3); communicate with HVS regarding completion and finalization of hotel values as of filing date (.2); work on A+M engagement (.3). | 560.00 | 1.40 | 784.00 |
| 09/29/16 | Mark Shaiken | Research and develop outline of arguments for further briefing on rejection of ROFR issues (2.5). | 560.00 | 2.50 | 1,400.00 |
| 09/29/16 | Nicholas Zluticky | Telephone conversation with US Trustee regarding application to employ UBS (.2); draft and file notice of objection deadline (.3); review email from client regarding need to exceed budgets | 315.00 | 2.60 | 819.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | to purchase security software (.1); analyze issues regarding same (.5); revise and file motion to extend exclusivity (.2); draft and file notice of objection deadline (.3); review signed insurance order (.1); email signed order to client and counsel for Travelers (.1); research on Colliers discussion of Gill v. Chicago, Milwaukee, St. Paul Supreme Court case (.6). | | | |
| 09/29/16 | Paul Hoffmann | Memos with Mr. Shaiken and Mr. Groves regarding draft pleadings to approve incentive plans for non-sales employees. | 580.00 | 1.40 | 812.00 |
| 09/29/16 | Tracey Ohm | Research regarding rejection of executory contracts. | 355.00 | 1.20 | 426.00 |
| 09/29/16 | Katherine Bechina | Work on additional amendments to be made to the schedules of various Hammons bankruptcy petitions before sending the bar date notice. | 250.00 | 0.10 | 25.00 |
| 09/29/16 | Patrick Turner | Continuing to address 365(d)(4) motion and exhibit. | 330.00 | 4.40 | 1,452.00 |
| 09/29/16 | Patrick Turner | Finalizing review of loan documents regarding cross-collateralization issues. | 330.00 | 0.80 | 264.00 |
| 09/29/16 | Patrick Turner | Continuing research project regarding 502(b), (d) claims. | 330.00 | 1.20 | 396.00 |
| 09/29/16 | Leisa Stevens | Updates to attorney pleading/order notebooks; filing, downloading and circulation of ECF pleadings/orders; assist and retrieve documents and information in support of attorney team. | 220.00 | 3.60 | 792.00 |
| 09/30/16 | Ben Hobert | Analyze incentive plan issues in light of case law criteria; prepare | 550.00 | 1.20 | 660.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | checklist for follow-up issues. | | | |
| 09/30/16 | Patrick Turner | Continuing to address 365(d)(4) motion and exhibit. | 330.00 | 0.80 | 264.00 |
| **Current Professional Services** | | | | **577.60** | **$244,597.00** |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Pacer | 419.20 |
| 08/31/16 | Delivery - Courier Services as requested by Shannon J Veeraboina to Quicksilver Express Courier for Delivery to McDowell, Rice, Smith & Bu on Invoice 8215877 | 49.67 |
| 09/01/16 | Federal Express Inv: # 553753816 Tracking No: 704081152535 To: Bonnie Heckler, Office of the US Trustee, 224 S Boulder Ave, Tulsa, OK 74103 | 10.30 |
| 09/13/16 | Federal Express  Inv: # 555266475 Tracking No: 777220716407 To: Rob Williams Law Clerk, US Bankruptcy Court, 500 State Avenue, Kansas City, KS 66101 | 73.27 |
| 09/13/16 | Federal Express Inv: # 555266475 Tracking No: 777220515265 To: Timothy Patenode, Katten Muchin Rosenman, 52 5 West Monroe Street, Chicago, IL 60661 | 39.64 |
| 09/14/16 | Federal Express Inv: # 555266475 Tracking No: 777231681509 To: Leisa Stevens Paralegal, Stinson Leonard Street, 1201 Walnut Street, Kansas City, MO 64106 | 156.15 |
| 09/15/16 | Transcript as requested by Nicholas Zluticky to Heritage Reporting Service for Transcript of John Q Hammons on Invoice 7033 | 339.60 |
| 09/20/16 | Federal Express  Inv: # 555990576 Tracking No: 777275822960 To: Mr David Descoteaux, UBS Investment Bank, 1285 Ave of the Americas, New York, NY 10019 | 13.48 |
| 09/27/16 | Taxi for Mark A Shaiken for Travel to KCM/Transportation: Uber to Airport | 26.30 |
| 09/27/16 | Hotel - Lodging for Mark A Shaiken on 09/14/2016 - 09/17/2016 Travel to KCM Hotel Stay: 1) Hammons trial prep 2) meet with SFI to discuss current ongoing matters | 436.92 |
| 09/27/16 | Taxi for Mark A Shaiken for Travel to KCM for Hammons hearing - Uber transportation to airport | 72.00 |

**Stinson Leonard Street LLP**                                    **Invoice Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 09/27/16 | Airfare for Mark A Shaiken for travel from/to Denver/Kansas on 08/22/2016 - 08/22/2016 for Travel to KCM for Hammons hearing | 671.96 |
| 09/27/16 | Airfare for Mark A Shaiken for travel from/to Denver/Kansas on 08/29/2016 - 08/30/2016 for Travel to KCM for Hammons hearing | 687.96 |
| 09/27/16 | Taxi for Mark A Shaiken for Travel to KCM: Transportation from airport for Hammons hearing | 58.26 |
| 09/27/16 | Taxi for Mark A Shaiken for Travel to KCM: Uber Transportation in KCM | 23.16 |
| 09/27/16 | Taxi for Mark A Shaiken for Travel to KCM/Transportation: Taxi from Airport | 60.02 |
| 09/27/16 | Airfare for Mark A Shaiken for travel from/to Denver/Kansas on 09/14/2016 - 09/17/2016 for Travel to KCM: 1) Hammons trial prep 2) meet with SFI to discuss current ongoing matters | 364.61 |
| 09/29/16 | Taxi for Mark A Shaiken for Travel to KCM for Hammons hearing Uber to airport | 34.73 |
| 09/29/16 | Taxi for Mark A Shaiken for Travel to KCM for Hammons hearing Uber transportation | 45.39 |
| 09/29/16 | Airfare for Mark A Shaiken for travel from/to Denver/Kansas on 09/25/2016 - 09/27/2016 for Travel to KCM for Hammons hearing | 703.96 |

**Total Disbursements**                                                **$4,286.58**

## Outstanding AR Summary

| Date | Invoice Number | Amount | Payments | Balance |
|------|----------------|--------|----------|---------|
| 07/20/16 | 40014641 | $149,180.44 | $144,225.69 | $4,954.75 |
| 08/31/16 | 40021059 | $357,630.64 | $325,482.84 | $32,147.80 |
| 09/09/16 | 40022947 | $281,813.44 | $254,674.39 | $27,139.05 |
| 10/20/16 | 40027756 | $248,883.58 | $0.00 | $248,883.58 |
| **Total Balance:** | | | | **$313,125.18** |

AR Balance:

| 0-30 | 31-60 | 61-90 | 91+ | Total |
|------|-------|-------|-----|-------|
| $248,883.58 | $59,286.85 | $0.00 | $4,954.75 | $313,125.18 |

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**



STINSON
LEONARD
STREET

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

October 20, 2016

John Q Hammons Revocable Trust
Attn Jacqueline A Dowdy
300 John Q Hammons Pkwy, Ste 900
Springfield, MO 65806

Invoice No: 40027756
Ben Hobert

Re:       General Legal Counsel

          File No:  0836979.0002

REMITTANCE

| **Invoice Summary** | |
|---|---|

Professional services and disbursements rendered through September 30, 2016

| Current Professional Services | $244,597.00 |
|---|---|
| Current Disbursements | $4,286.58 |
| **Total Current Invoice** | **$248,883.58** |

| **Payment Options** | |
|---|---|

Online Payments:
Stinson.com



Norton
SECURED
powered by VeriSign

Wire Instructions:
US Bank
Routing No.:  101000187
Acct:  Stinson Leonard Street LLP
Account No:  145590256684
Swift Code-USBKUS44IMT
Please reference **File No: 0836979.0002**

Payment by check:
Please return this remittance copy with your payment
or reference **File No: 0836979.0002**

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**

Payment Terms: Net 30
Tax ID #44-0643135