# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Invoice

| Date | Invoice No. |
|---|---|
| 8/31/2016 | 16893-b |
| E.I.N.: 90-0102796 ||

**Client**

Ms. Carrie Bellm
Director of Corporate Legal Services
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 8/15/2016 | E-mail exchange with client's bankruptcy counsel regarding application for approval and accompanying declaration; revise application to include correct paralegal hourly rate; finalize declaration for C. Harris's signature; confer with C. Harris on litigation strategy relating to deposition and trial | 250.00 | 0.7 | 175.00 |
| Camille Roe | 8/16/2016 | Conduct legal research and begin reviewing case law on the issue of what defendant's are entitled to discovery from EEOC attorney's and EEOC investigators in the course of discovery | 250.00 | 2.5 | 625.00 |
| Camille Roe | 8/17/2016 | Review and respond to C. Harris e-mail concerning local counsel's application and declaration for approval as special counsel; coordinate with K. Clark to conduct conflict check on client's creditor for whom local counsel provides representation | 250.00 | 0.4 | 100.00 |
| Charlie J. Harri... | 8/18/2016 | Conference with B. Moothart regarding role in discovery and trial, conference with C. Roe regarding discovery deadlines | 350.00 | 1.1 | 385.00 |
| Camille Roe | 8/18/2016 | Confer with C. Harris regarding litigation and trial strategy; review treatise on EEOC initiated litigation and review cited cases concerning EEOC's current tactics and methods in litigation; review and analyze case file and create a master to do list of litigation tasks to be complete ahead of dispositive motion deadline; conduct legal research in all federal jurisdictions and review and analyze case law on the issue of deposing EEOC witnesses, 30(b)(6) corporate depositions, and the court's analysis as it relates to permitted topics for EEOC deposition | 250.00 | 5.1 | 1,275.00 |
| | | **Total** | | | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Invoice

| Date | Invoice No. |
|---|---|
| 8/31/2016 | 16893-b |
| E.I.N.: 90-0102796 ||

### Client

Ms. Carrie Bellm
Director of Corporate Legal Services
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Charlie J. Harri... | 8/19/2016 | Conferences with B. Moothart and C. Roe regarding discovery disputes and legal strategy regarding depositions of aggrieved parties and representatives of EEOC | 350.00 | 1.1 | 385.00 |
| Camille Roe | 8/22/2016 | Review and analyze EEOC's investigative file for any inconsistencies for the purpose of determining potential topics for 30(b)(6) deposition and witness deposition for the EEOC | 250.00 | 0.5 | 125.00 |
| Charlie J. Harri... | 8/23/2016 | Conference with C. Roe regarding depositions | 350.00 | 0.5 | 175.00 |
| Camille Roe | 8/23/2016 | E-mail exchange with local counsel regarding status of Bankruptcy Court's entry of order approving application for employment as special counsel | 250.00 | 0.2 | 50.00 |
| Camille Roe | 8/26/2016 | Review bankruptcy docket for order approving application for continued representation; e-mail exchange with client concerning status of same; review Bankruptcy Court's order approving firm's continued representation | 250.00 | 0.5 | 125.00 |
| Paul Seyferth | 8/29/2016 | Analyze current deadlines in light of recent sections in bankruptcy pleadings; follow-up regarding same | 350.00 | 0.5 | 175.00 |
| Charlie J. Harri... | 8/29/2016 | Preparation for and participate in court mandated status conference with the court and the parties | 350.00 | 1.1 | 385.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700  
4801 Main Street, Suite 310  
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 8/31/2016 | 16893-b |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Client**

Ms. Carrie Bellm  
Director of Corporate Legal Services  
John Q. Hammons Hotels, Inc.  
300 John Q. Hammons Pkwy, Suite 900  
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 8/29/2016 | E-mail exchange with client requesting necessary documents and pleading information to submit to bankruptcy court for approval and payment of fees and expenses; prepare timeline concerning process for filing application for approval of representation with Bankruptcy Court, and prepare other documents for status conference with court; confer with C. Harris regarding litigation strategy with respect to status conference; e-mail to opposing counsel regarding scheduling deposition of aggrieved individuals P. Brooks and N. Buchanan; appear for status conference and update District Court on the status of defendant's engagement of representation; e-mail to client providing litigation update as it relates to the District Court's status conference; review opposing counsel's e-mail response to defendant's request for deposition dates | 250.00 | 2.6 | 650.00 |
| Camille Roe | 8/30/2016 | E-mail exchange with opposing counsel concerning scheduling conference | 250.00 | 0.2 | 50.00 |
| Charlie J. Harri... | 8/31/2016 | Review correspondence; scheduling order and judge's orders and confer with C. Roe in preparation for meet and confer teleconference with the EEOC lawyers regarding scheduling issues; attend and participate in teleconference with same | 350.00 | 1.1 | 385.00 |

**Total**

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 8/31/2016 | 16893-b |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

### Client

Ms. Carrie Bellm
Director of Corporate Legal Services
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 8/31/2016 | Phone call with opposing counsel concerning discovery schedule and depositions; coordinate with B. Justice concerning demonstrative exhibits for deposition of P. Brooks; confer with C. Harris concerning deposition preparation strategy as it relates to N. Buchanan and P. Brooks and supplementation of discovery responses and Rule 26 interrogatories; revise first supplemental initial disclosures to include additional witness; review and analyze discovery documents and identify documents that defendant needs to produce and identify supplemental production documents; draft preliminary topic outline for deposition of N. Buchanan; draft preliminary topic outline for deposition of P. Brooks; update case chronology with attorney's notes concerning the EEOC's investigative file | 250.00 | 3.4 | 850.00 |
| Kyle Kitson | 8/31/2016 | Strategize regarding the EEOC's claim of various privileges in response to JQHH's discovery requests | 250.00 | 0.5 | 125.00 |
| Brittany Justice | 8/31/2016 | Meet with C. Roe regarding analysis needed in preparation of upcoming depositions; begin analyzing time sheet records of A. Schultz, A. Sikorski, A. Lietza, A. Manns and P. Brooks from time period of 2012-2016; begin drafting spreadsheet showing time sheet comparison of the same | 100.00 | 2.2 | 220.00 |
| Costs | 8/30/2016 | Copies (114 x .20) | 22.80 | | 22.80 |

| | **Total** | $6,282.80 |
|---|---|---|