# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

**Client**

Ms. Carrie Bellm
Legal Assistant, Legal Department
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Brittany Justice | 9/1/2016 | Meet with C. Roe to discuss additional analysis needed on A. Dejong and N. Buchanan; continue analyzing time sheet records of A. Schultz, A. Sikorski, A. Lietza, A. Manns and P. Brooks from time period of 2012-2016; continue drafting spreadsheets showing time sheet comparison of the same; telephone call to vendor to inquire about data entry project | 100.00 | 4.5 | 450.00 |
| Brittany Justice | 9/2/2016 | Finish analyzing time sheet records of A. Schultz, A. Sikorski, A. Lietza, A. Manns and P. Brooks from time period of 2012-2016; analyze time sheet records of A. Dejong and N. Buchanan for time period of 2012-2016; finish drafting spreadsheets showing time sheet records comparison for A. Schultz, A. Sikorski, A. Lietza, A. Manns, P. Brooks, A. Dejong and N. Buchanan from 2012-2015 for use in upcoming depositions | 100.00 | 5.6 | 560.00 |
| Charlie J. Harri... | 9/5/2016 | Review and analyze documents provided by EEOC in discovery; review and analyze time records and employment records provided by client; draft deposition outline for aggrieved parties based upon same; conference with C. Roe regarding same | 350.00 | 1.4 | 490.00 |
| Charlie J. Harri... | 9/6/2016 | Review and analyze documents provided by EEOC in discovery; review and analyze time records and employment records provided by client; draft deposition outline for aggrieved parties based upon same,; conference with C. Roe regarding same | 350.00 | 6.3 | 2,205.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO  64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Client**

Ms. Carrie Bellm
Legal Assistant, Legal Department
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO  65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/6/2016 | Phone call with C. Harris to discuss litigation strategy as it related to deposition preparations for N. Buchanan and P. Brooks and to discuss response to EEOC's proposed discovery planning report; make redline corrections to the EEOC's proposed discovery planning report; send same and defense deposition scheduled to EEOC; review and respond to EEOC's additional e-mails regarding discovery planning report; coordinate with M. Miller regarding updating informal discovery search results for N. Buchanan and P. Brooks; review and analyze deposition outline of similarly situated cases to determine necessary documents and information, and to determine potential line of questions for defense fact witness depositions; begin preparing deposition exhibit documents for P. Brooks deposition | 250.00 | 2.5 | 625.00 |
| Melissa Miller | 9/6/2016 | Conduct online research of N. Buchanan and document results to C. Harris and C. Roe | 100.00 | 1.1 | 110.00 |
| Melissa Miller | 9/6/2016 | Conduct online research of P. Brooks and compare to documents received by client | 100.00 | 1 | 100.00 |
| Camille Roe | 9/7/2016 | Confer with C. Harris and strategize regarding deposition of P. Brooks; phone call with client regarding status of receipt of instructions for filing costs and expenses with Bankruptcy Court; review court's order concerning discovery deadline and send copy to client; conduct evaluation of time analysis worksheet to determine veracity of P. Brooks harassment claims | 250.00 | 4.1 | 1,025.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

### Client

Ms. Carrie Bellm
Legal Assistant, Legal Department
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kyle Kitson | 9/7/2016 | Analyze case law regarding the deliberative process privilege in litigation against the EEOC in preparation for taking corporate representative depositions | 250.00 | 1.3 | 325.00 |
| Melissa Miller | 9/7/2016 | Conduct in-depth online research of P. Brooks and associates, BN Kappa, and document results to C. Harris and C. Roe | 100.00 | 3 | 300.00 |
| Camille Roe | 9/8/2016 | Continue review and analysis of time records for the purposes of preparing for P. Brooks deposition; e-mail exchange with A. Manns and A. Lietza concerning their actual work schedules as compared to the information in the time record analysis; review and respond to opposing counsel's e-mail concerning meet and confer; review and analyze master time scheduled received from A. Manns; e-mail exchange with A. Manns regarding same; send follow-up e-mail to client requesting status of request for information concerning submission of fees and expenses to the Bankruptcy Court | 250.00 | 1.5 | 375.00 |
| Kyle Kitson | 9/8/2016 | Continue analysis of case law regarding the extent of the EEOC's deliberative process privilege, and what topics are discoverable through a 30(b)(6) and draft summary of findings re same. | 250.00 | 7.3 | 1,825.00 |
| Melissa Miller | 9/8/2016 | Complete online research regarding associates of P. Brooks | 100.00 | 1 | 100.00 |
| Charlie J. Harri... | 9/9/2016 | Preparation for and participate in 26(a) meet and confer conference with EEOC lawyers; review correspondence regarding same | 350.00 | 3.1 | 1,085.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

### Client

Ms. Carrie Bellm
Legal Assistant, Legal Department
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/9/2016 | Confer with C. Harris regarding litigation and deposition strategy; continue analysis of P. Brooks time records; conference call with opposing counsel regarding deposition schedule and discovery disputes; draft and send e-mail to opposing counsel outlining agreement with respect to rescheduling deposition of P. Brooks and N. Buchanan | 250.00 | 2.6 | 650.00 |
| Camille Roe | 9/14/2016 | Phone call with C. Bellm to discuss bankruptcy billing process and to provide status update regarding discovery in the litigation matter | 250.00 | 0.2 | 50.00 |
| Paul Seyferth | 9/15/2016 | Analyze discovery issues in light of continuance of trial; review privilege issues | 350.00 | 0.5 | 175.00 |
| Camille Roe | 9/15/2016 | E-mail exchange with opposing counsel regarding scheduling follow-up discussion concerning discovery disputes; review and analyze K. Kitson's research concerning discoverable and non discoverable information and allowed topics for written discovery and deposition and narrow defendant's outstanding disputes based on same | 250.00 | 1 | 250.00 |
| Paul Seyferth | 9/16/2016 | Strategy meeting regarding discovery, review EEOC file | 350.00 | 1.6 | 560.00 |
| Charlie J. Harri... | 9/16/2016 | review and analyze documents provided by EEOC and client, in preparation for deposition; draft deposition outlines based upon same for aggrieved party depositions and defense of deposition | 350.00 | 4.6 | 1,610.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700  
4801 Main Street, Suite 310  
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Client**

Ms. Carrie Bellm  
Legal Assistant, Legal Department  
John Q. Hammons Hotels, Inc.  
300 John Q. Hammons Pkwy, Suite 900  
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/16/2016 | Confer with C. Harris regarding litigation strategy and supplemental request for production of documents; phone call with opposing counsel regarding rescheduling conference call and deposition schedule; review plaintiff's privilege log | 250.00 | 1.5 | 375.00 |
| Melissa Miller | 9/16/2016 | Confer with C. Harris regarding claims made by EEOC | 100.00 | 0.2 | 20.00 |
| Melissa Miller | 9/16/2016 | Conduct online research regarding JQHH and benefits extended to employees and reviews of JQHH | 100.00 | 1.2 | 120.00 |
| Charlie J. Harri... | 9/19/2016 | Review and analyze documents provided by EEOC and client, in preparation for deposition; draft deposition outlines based upon same for aggrieved party depositions; Conference with C. Roe regarding discovery dispute with EEOC; review case law regarding recent deliberative process privilege asserted by EEOC in discovery dispute | 350.00 | 4.6 | 1,610.00 |

**Total**

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700  
4801 Main Street, Suite 310  
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Client**

Ms. Carrie Bellm  
Legal Assistant, Legal Department  
John Q. Hammons Hotels, Inc.  
300 John Q. Hammons Pkwy, Suite 900  
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/19/2016 | Confer with C. Harris regarding litigation strategy with respect to deposition and further investigation into plaintiff's claims; e-mail to client requesting approval for same; conduct legal research concerning discoverable documents and information with respect to emotional distress claims; draft request for production to request additional informational from plaintiff; review and respond to client's e-mail regarding request for additional information related to aggrieved individuals and charging party's use of the company's EAP program; conference call with client and client's bankruptcy counsel regarding billing procedures; review and respond to client's e-mail concerning teleconference to further discuss billing process requirements | 250.00 | 2.6 | 650.00 |
| Melissa Miller | 9/19/2016 | Conduct online research regarding S. Farm and benefits to employees related to P. Brooks | 100.00 | 1 | 100.00 |
| Melissa Miller | 9/19/2016 | Conduct online research of L. Cooper in preparation of upcoming depositions | 100.00 | 1.3 | 130.00 |
| Charlie J. Harri... | 9/20/2016 | Prepare for and participate in discovery dispute teleconference with the EEOC | 350.00 | 1.2 | 420.00 |
| Camille Roe | 9/20/2016 | Confer with C. Harris regarding third request for production of document to the plaintiff and litigation strategy as it relates to discoverability of medical record information; finalize third request for production of documents; conference call with EEOC to resolve discovery disputes in golden rule letter; begin drafting follow-up e-mail to opposing counsel outlining resolved discovery disputes | 250.00 | 2.2 | 550.00 |

**Total**

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700  
4801 Main Street, Suite 310  
Kansas City, MO  64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

### Client

Ms. Carrie Bellm  
Legal Assistant, Legal Department  
John Q. Hammons Hotels, Inc.  
300 John Q. Hammons Pkwy, Suite 900  
Springfield, MO  65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/21/2016 | Continue drafting and revising follow-up e-mail to EEOC outlining each compromise with respect to the parties' discovery disputes and send same to EEOC; phone call with client regarding various billing process questions | 250.00 | 2.3 | 575.00 |
| Melissa Miller | 9/21/2016 | Conduct in-depth online research regarding complainants and emotional distress allegations for C. Harris and C. Roe and create timeline regarding results | 100.00 | 6 | 600.00 |
| Charlie J. Harri... | 9/22/2016 | Review and analyze informal discovery reports on charging party and aggrieved parties | 350.00 | 1.1 | 385.00 |
| Camille Roe | 9/22/2016 | Review opposing counsel's e-mail regarding deposition availability; e-mail exchange with client concerning scheduling a conference call to discuss legal strategy; e-mail to client attaching billing invoices for review and approval; review M. Miller's informal research finding for N. Buchanan, M. Nzita, and P. Brooks; confer with C. Harris and discuss deposition and litigation strategy as it relates to the use of informal research information | 250.00 | 0.9 | 225.00 |
| Melissa Miller | 9/22/2016 | Conduct in-depth online research regarding complainants and emotional distress allegations for C. Harris and C. Roe and create timeline regarding results | 100.00 | 3 | 300.00 |
| Charlie J. Harri... | 9/23/2016 | Telephone conferences and correspond with client regarding litigation strategy; review correspondence from and to EEOC in connection with same | 350.00 | 2.3 | 805.00 |
| | | | **Total** | | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700
4801 Main Street, Suite 310
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 | |

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

### Client

Ms. Carrie Bellm
Legal Assistant, Legal Department
John Q. Hammons Hotels, Inc.
300 John Q. Hammons Pkwy, Suite 900
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/23/2016 | Conference call with client regarding litigation and settlement strategy; review and analyze EEOC and L. Cooper file for documents evidencing EEOC's settlement proposal and counter proposals; e-mail to client summarizing settlement negotiations and conciliation efforts with the EEOC and outlining all proposals and counter proposals, and attaching relevant documents; respond to client's e-mail regarding invoice approval and submission; phone call with client regarding same | 250.00 | 2.5 | 625.00 |
| Melissa Miller | 9/23/2016 | Conduct in-depth online research regarding complainants and emotional distress allegations for C. Harris and C. Roe and create timeline regarding results | 100.00 | 2.5 | 250.00 |
| Paul Seyferth | 9/26/2016 | Analyze discovery issues; review EEOC documents | 350.00 | 0.8 | 280.00 |
| Charlie J. Harri... | 9/26/2016 | Review order court; conference with C. Roe regarding same and deposition schedule | 350.00 | 0.6 | 210.00 |
| Camille Roe | 9/26/2016 | Evaluate firm billing for June, July, and August, and identify confidential information to be redacted prior to submission to bankruptcy notice parties; e-mail exchange with C. Harris regarding same; conference with K. Kitson regarding litigation strategy; send follow-up e-mail to client requesting documents regarding prior settlement negotiations with the EEOC; e-mail and phone call with client regarding billing invoice approval process and submission of billings | 250.00 | 1.6 | 400.00 |
| Kyle Kitson | 9/26/2016 | Analyze and annotate key facts and testimony in transcript from deposition of J. Pritts | 250.00 | 2.1 | 525.00 |
| | | | | **Total** | |

# Seyferth Blumenthal & Harris LLC

Fax (816) 756-3700  
4801 Main Street, Suite 310  
Kansas City, MO 64112

# Invoice

| Date | Invoice No. |
|---|---|
| 9/30/2016 | 17090 |
| E.I.N.: 90-0102796 ||

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Client**

Ms. Carrie Bellm  
Legal Assistant, Legal Department  
John Q. Hammons Hotels, Inc.  
300 John Q. Hammons Pkwy, Suite 900  
Springfield, MO 65806

| Terms | Matter | Additional Matter Info |
|---|---|---|
| Due on receipt | EEOC | |

| Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Camille Roe | 9/27/2016 | E-mail exchange with client prior settlement negotiations and providing an update regarding engaging in further settlement discussions | 250.00 | 0.2 | 50.00 |
| Kyle Kitson | 9/27/2016 | Continue analyzing and drafting summary of key testimony from deposition of J. Pritts in preparation for use of that testimony at additional depositions in this matter | 250.00 | 2.7 | 675.00 |
| Camille Roe | 9/28/2016 | Phone call with opposing counsel to request a settlement demand | 250.00 | 0.2 | 50.00 |
| Melissa Miller | 9/28/2016 | Conduct online research on L. Cooper and H. Davis regarding emotional distress. | 100.00 | 3.7 | 370.00 |
| Camille Roe | 9/30/2016 | Review opposing counsel's settlement demand and confer with C. Harris regarding response and counter offer to same | 250.00 | 0.3 | 75.00 |
| Costs | 9/20/2016 | Copies (6 x .20) | 1.20 | | 1.20 |

**Total** $23,246.20