UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:                                       )
                                             )
JOHN Q. HAMMONS FALL 2006, LLC, et al.       )     Case No. 16-21142-11
                                             )     Jointly Administered
                    Debtors.                 )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON MOTION OF MISSOURI STATE UNIVERSITY AND THE MISSOURI STATE UNIVERSITY FOUNDATION TO REQUIRE POST-PETITION PERFORMANCE OF OBLIGATION AND COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS**

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion (Doc. 1546) with the Clerk of the United States Bankruptcy Court at Kansas City, Kansas, on or before **4:00 p.m. on January 15, 2018**, the Court will enter an order prepared and submitted by the movant with fourteen (14) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the United States Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on **January 22, 2018 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order, in advance, signed by all parties or their counsel.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By:   *s/ Christine L. Schlomann*
      Christine L. Schlomann, KS # 18712
      John McClelland, KS Fed. 70724
      2345 Grand Blvd., Suite 1500
      Kansas City, MO 64108
      (816) 472-3153
      Fax: (816) 221-0786
      jmcclelland@armstrongteasdale.com
      cschlomann@armstrongteasdale.com

and

David L. Going  MO #33435
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314)621-5065
dgoing@armstrongteasdale.com

COUNSEL FOR MISSOURI STATE
UNIVERSITY AND THE MISSOURI STATE
UNIVERSITY FOUNDATION

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Notice with Opportunity for Nonevidentiary Hearing on Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts* was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 8th day of December, 2017.

s/ *Christine L. Schlomann*