UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:                                    )
                                          )
JOHN Q. HAMMONS FALL 2006, LLC, et al.    )    Case No. 16-21142-11
                                          )    Jointly Administered
                Debtors.                  )

### LIMITED OBJECTION OF MISSOURI STATE UNIVERSITY AND THE MISSOURI STATE UNIVERSITY FOUNDATION TO DISCLOSURE STATEMENT WITH RESPECTTO DEBTORS' JOINT UNIMPAIRMENT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF DECEMBER 20, 2017

COMES NOW Missouri State University and the Missouri State University Foundation (collectively, "**MSU**") and object to the *Disclosure Statement with Respect to Debtors' Joint Unimpairment Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of December 20, 2017* (the "**Disclosure Statement**")[Doc. # 1583]. In support of their objection, MSU states as follows:

1. MSU is a creditor of the Revocable Trust of John Q. Hammons dated December 28, 1989 (the "**Trust**") with claims arising under an Agreement for the Making and Accepting of a Charitable Gift, as amended, and a Trademark License Agreement pursuant to which certain intellectual property is licensed to the Debtors (together, the "**MSU Agreements**"). MSU filed a motion seeking to compel the Trust to assume or reject the MSU Agreements. *See, Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts* (the "**Motion to Compel**")[Doc#1546]. The Motion to Compel is set for hearing on January 22, 2018.

2. According to Section X of the Disclosure Statement, an agreement is expressly assumed unless "it is listed" pursuant to the *Debtors' Joint Unimpairment Plan of*

*Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of January 20, 2018* (the "**Plan**")[Doc# 1584]. Although no list is provided in or with the Plan, the Plan is more specific with respect to treatment of executory contracts and unexpired leases. Section 8.01(a) of the Plan provides that all executory contracts and unexpired leases that exist between a Debtor and any Person shall be deemed assumed by such Debtor by the Confirmation Order as of the Confirmation Date, except, in relevant part, any executory contract (i) as to which a motion for approval of the rejection of such executory contract has been filed and served prior to the Confirmation Date, or (ii) that is set forth in any list filed and served on the parties affected thereby at least ten (10) days prior to the date of the Confirmation Hearing. Furthermore, each Debtor has reserved the right, at any time prior to the Confirmation Date, to amend the list to either delete or add any executory contract. See Plan, §8.01(b).

3. The Debtors advise that they do not expect to reject any additional contracts or leases of significance. See, Disclosure Statement, Section X, p.24. Additionally, in their response to MSU's Motion to Compel, the Debtors indicate their *current* intention is "to assume the Charitable Gift Agreement *or* the License Agreement in connection with confirmation of the Plan." See *Debtors' Limited Initial Response to Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts*, ¶3 [Doc # 1628](emphasis added).

4. Given the ambiguity of the Debtors' stated intention, MSU is concerned that neither the Disclosure Statement nor the Plan specifically identifies the Charitable Gift Agreement or the License Agreement as a contract to be assumed under the Plan. Furthermore, because the Plan reserves unto the Debtors the right to designate executory contracts and unexpired leases at any time "on or prior to the Confirmation Date," the Debtors' current

intention may change after the deadline by which a creditor must file its objection to the Plan. The knowledge of whether the Debtors will assume or reject an executory contract or unexpired lease under the Plan is critical to the non-debtor contracting party before expiration of the deadline by which it must object to the Plan. For example, if the Debtors do not assume the MSU Agreements, the classification, treatment and impairment of MSU's claims under the Plan is unclear.

WHEREFORE, Missouri State University and the Missouri State University Foundation pray for the entry of an order conditioning approval of the *Debtors' Disclosure Statement With Respect to Debtors' Joint Unimpairment Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of December 20, 2017* upon the Debtors' final and binding designation with respect to the MSU Agreements and for such other relief as is just and proper.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: *s/ Christine L. Schlomann*
Christine L. Schlomann, KS # 18712
John McClelland, KS Fed. 70724
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
(816) 472-3153   Fax: (816) 221-0786
jmcclelland@armstrongteasdale.com
cschlomann@armstrongteasdale.com

and

David L. Going  MO #33435
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri  63105
(314) 621-5070  Fax: (314)621-5065
dgoing@armstrongteasdale.com

COUNSEL FOR MISSOURI STATE UNIVERSITY AND THE MISSOURI STATE UNIVERSITY FOUNDATION

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Limited Objection Of Missouri State University and The Missouri State University Foundation to Disclosure Statement with Respect to Debtors' Joint Unimpairment Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of December 20, 2017* was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 18th day of January, 2018.

s/ *Christine L. Schlomann*