UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re: ) | |
| ) | |
| JOHN Q. HAMMONS FALL 2006, LLC, et al. ) | Case No. 16-21142-11 |
| ) | Jointly Administered |
| Debtors. ) | |

**REPLY OF MISSOURI STATE UNIVERSITY AND THE MISSOURI STATE UNIVERSITY FOUNDATION TO DEBTORS' LIMITED INITIAL RESPONSE TO MOTION OF MISSOURI STATE UNIVERSITY AND THE MISSOURI STATE UNIVERSITY FOUNDATION TO REQUIRE POST-PETITION PERFORMANCE OF OLBIGATION AND COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND CONSENT TO REQUEST TO CONTINUE HEARING**

COMES NOW Missouri State University (the "**University**") and the Missouri State University Foundation (the "**Foundation**" and together with the University, "**MSU**"), by and through counsel of record, and in reply to the *Debtors' Limited Initial Response to Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts* (the "**Response**") [Doc# 1628], states as follows:

1. On December 8, 2017, MSU filed the *Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts* (the "**Motion to Compel**") [Doc #1546], requesting the entry of an order (a) requiring the Revocable Trust of John Q. Hammons dated December 28, 1989, as Amended and Restated (the "Trust"), to determine whether to assume or reject the Charitable Gift Agreement and the License Agreement (each as defined in the Motion to Compel and to file appropriate pleadings within thirty (30) days of entry of the requested order; (b) requiring the Trust to provide adequate protection to MSU by continuing to comply with the terms of Charitable Gift Agreement and the License Agreement, including the

timely payment of amounts due thereunder, through such time as the Charitable Gift Agreement and the License Agreement are either assumed or rejected; and (c) providing that the continuation of the automatic stay in this case pursuant to 11 U.S.C. §362(a), as it applies to the Trust's interest in the Proprietary Mark, is conditioned on the Trust's timely making of all required payments under the Charitable Gift Agreement. The hearing on the Motion to Compel is scheduled for January 22, 2018 at 1:30 p.m.

2. On December 20, 2017, the Debtors filed their *Joint Unimpairment Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of December 20, 2017* (the "Plan"). Section 8.01(a) of the Plan provides that all executory contracts and unexpired leases that exist between a Debtor and any Person shall be deemed assumed by such Debtor, by the Confirmation Order as of the Confirmation Date, except as otherwise provided in the Plan.

3. In addition, in their Response subsequently filed on January 15, 2018, the Debtors represented that they intend to assume the Charitable Gift Agreement or the License Agreement in connection with confirmation of the Plan. The hearing on the adequacy of the Disclosure Statement is set for January 23, 2018.

4. As assumption of the Charitable Gift Agreement and the License Agreement in connection with confirmation of the Plan will provide the relief requested in MSU's Motion to Compel, MSU consents to the Debtors' request that the January 22, 2018 hearing be continued. MSU proposes that the hearing on the Motion to Compel be continued until the earlier of: (a) the date of the Confirmation Hearing on the Debtors' Plan; or (b) the March 12, 2018 omnibus docket.

2

Case 16-21142    Doc# 1659    Filed 01/18/18    Page 2 of 3

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: *s/ Christine L. Schlomann*
Christine L. Schlomann, KS # 18712
John McClelland, KS Fed. 70724
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
(816) 472-3153
Fax: (816) 221-0786
jmcclelland@armstrongteasdale.com
cschlomann@armstrongteasdale.com

and

David L. Going  MO #33435
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri  63105
(314) 621-5070
Fax: (314)621-5065
dgoing@armstrongteasdale.com

COUNSEL FOR MISSOURI STATE
UNIVERSITY AND THE MISSOURI STATE
UNIVERSITY FOUNDATION

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Reply of Missouri State University and The Missouri State University Foundation to the Debtors' Limited Initial Response to Motion of Missouri State University and the Missouri State University Foundation to Require Post-Petition Performance of Obligation and Compel Assumption or Rejection of Executory Contracts* was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 18th day of January, 2018.

*s/ Christine L. Schlomann*