01:30 PM
_____

Case Information:
        16-21142 John Q. Hammons Fall 2006, LLC    Chapter: 11

Judge: RDB  Filed: 06/26/2016 Pln Confirmed:
_____

Appearances:
        XX Mark A. Shaiken and XX Nick Zluticky and XX Bruce Strauss
representing John Q. Hammons Fall 2006, LLC (Debtor)
        XX Greggory Groves representing John Q. Hammons Fall 2006, LLC
(Debtor)
        XX Jonathan Margolies representing JD Holdings and Rogers Funding
        XX Peter Siddiqui (telephonic) representing SFI Belmont
        XX Fred Carter and XX Steve Sutton and XX Darek Bushnaq
(telephonic) representing CMBS Lenders
        XX Christine Schlomann and XX David Going representing Missouri
State University and Missouri State University Foundation
        XX Dan Nelson representing Hawthorn Bank
        XX Colin Gotham and XX Cathy Reece (telephonic) representing City
of Glendale, Arizona
        XX Jordan Sickman (telephonic) representing US Trustee

_____

Issue(s):
        [1546]  Motion to Compel Require Post-Petition Performance of
Obligation and Compel Assumption or Rejection of Executory Contracts from
Revocable Trust of John Q. Hammons Trust dated December 28, 1989, as
Amended and Restated Filed on behalf of Creditors Missouri State
University, Missouri State University Foundation (Attachments: # 1
Exhibit A Agreement # 2 Exhibit B Addendum to Agreement # 3 Exhibit C
Second Addendum to Agreement # 4 Exhibit D Trademark License Agreement),
with Certificate of Service.
        [1628]  Response filed by Debtor (contains a motion to continue)
        [1637]  Objection filed by JD Holdings
        [1659]  Response to motion to continue filed by MSU

        [1607]  Motion for To Permit The John Q Hammons Trust To Guaranty
The Debt Of Its Wholly Owned Non-Debtor Subsidiary JQH Springfield Tower,
LLC Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC
(Attachments: # 1 Exhibit A- Promissory Note # 2 Exhibit B- Recourse
Guaranty # 3 Exhibit C-Proposed Promissory Note # 4 Exhibit D- Proposed
Guaranty), with Certificate of Service.
        [1631]  Objection filed by JD Holdings

Courtroom Deputy: Judy Cowger
ECRO Reporter:  Brenda Fitzgerald, Heritage Reporting Services

```
            U.S. Bankruptcy Court - District of Kansas
                     Court Room Minute Sheet
                           1/22/2018
                  Hon. Robert D. Berger, Presiding
```

Notes/Decision:

_____


[1546] Motion to compel assumption of executory contract is continued by
agreement to March 12, 2018.
[1607] Motion to permit guaranty is granted.  Order by Mr. Strauss.


_____


Courtroom Deputy: Judy Cowger
ECRO Reporter:  Brenda Fitzgerald, Heritage Reporting Services

# 16-21142 John Q. Hammons Fall 2006 et al.

## January 22, 2018

| Counsel | Party |
|---|---|
| Jonathan Margolies | JD Holdings |
| Dan Nelson | Hawthorn Bank |
| MARK SHAIKEN Nicholas Zluticky Bruce Strauss | Debtors |
| Colin Gotham | City of Glendale, AZ |
| DAVID GOING | Missouri State University |
| Steve Sutton | CMBL Lenders |
| Christine Schlomann | MSU |
| FRED CARTER | CMBS Lenders |
| | |
| | |

## <u>Hammons – List of Parties Appearing by Telephone at the January 22, 2018 Hearing</u>

| Party: | Attorney: | Firm or Title: | Address: | Phone: | Email: |
|---|---|---|---|---|---|
| United States Trustee's Office | Jordan Sickman | Assistant U.S. Trustee | 301 North Main Street, Suite 1150 Wichita, KS 67202 | 316.269.6176 | Jordan.Sickman@usdoj.gov |
| Servicers for CMBS Lenders | Darek Bushnaq | Venable LLP | 750 E. Pratt Street, Suite 900 Baltimore, MD 21202 | 410.244.7867 | dsbushnaq@venable.com |
| SFI-Belmont, LLC | Peter Siddiqui | Katten Muchin Rosenbaum LLP | 525 W. Monroe Street Chicago, IL 60661-3693 | 312.902.5455 | Peter.siddiqui@kattenlaw.com |
| City of Glendale, Arizona | Cathy Reece | Fennemore Craig, P.C. | 2394 E. Camelback Road, Suite 600 Phoenix, AZ 85016 | 62.916.5343 | creece@fclaw.com |