# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In re: | § § § | Case No. 16-21142-11 |
| JOHN Q. HAMMONS FALL 2006, LLC, *et al.*,[1] | § § | (Chapter 11) |
| Debtors. | § § § | (Jointly Administered) |

## CERTIFICATE OF SERVICE RE:

Exhibit 1     NOTICE OF ELECTRONIC FILING [Re: Hearing Set (RE: related document(s)[1546] Motion to Compel filed by Creditor Missouri State University, Creditor Missouri State University Foundation) Hearing to be held on 3/12/2018 at 01:30 PM] [copy attached hereto]

I, James H. Myers, state as follows:

---

1 The Debtors in this case are: ACLOST, LLC, Bricktown Residence Catering Co., Inc., Chateau Catering Co., Inc., Chateau Lake, LLC, Civic Center Redevelopment Corp., Concord Golf Catering Co., Inc., Concord Hotel Catering Co., Inc., East Peoria Catering Co., Inc., Fort Smith Catering Co., Inc., Franklin/Crescent Catering Co., Inc., Glendale Coyotes Catering Co., Inc., Glendale Coyotes Hotel Catering Co., Inc., Hammons, Inc., Hammons of Colorado, LLC, Hammons of Franklin, LLC, Hammons of Huntsville, LLC, Hammons of Lincoln, LLC, Hammons of New Mexico, LLC, Hammons of Oklahoma City, LLC, Hammons of Richardson, LLC, Hammons of Rogers, Inc., Hammons of Sioux Falls, LLC, Hammons of South Carolina, LLC, Hammons of Tulsa, LLC, Hampton Catering Co., Inc., Hot Springs Catering Co., Inc., Huntsville Catering, LLC, International Catering Co., Inc., John Q. Hammons 2015 Loan Holdings, LLC, John Q. Hammons Fall 2006, LLC, John Q. Hammons Hotels Development, LLC, John Q. Hammons Hotels Management I Corporation, John Q. Hammons Hotels Management II, LP, John Q. Hammons Hotels Management, LLC, Joplin Residence Catering Co., Inc., JQH – Allen Development, LLC, JQH – Concord Development, LLC, JQH – East Peoria Development, LLC, JQH - Ft. Smith Development, LLC, JQH – Glendale AZ Development, LLC, JQH - Kansas City Development, LLC, JQH - La Vista Conference Center Development, LLC, JQH - La Vista CY Development, LLC, JQH - La Vista III Development, LLC, JQH - Lake of the Ozarks Development, LLC , JQH – Murfreesboro Development, LLC, JQH – Normal Development, LLC, JQH – Norman Development, LLC, JQH – Oklahoma City Bricktown Development, LLC, JQH – Olathe Development, LLC, JQH – Pleasant Grove Development, LLC, JQH – Rogers Convention Center Development, LLC, JQH – San Marcos Development, LLC, Junction City Catering Co., Inc., KC Residence Catering Co., Inc., La Vista CY Catering Co., Inc., La Vista ES Catering Co., Inc., Lincoln P Street Catering Co., Inc., Loveland Catering Co., Inc., Manzano Catering Co., Inc., Murfreesboro Catering Co., Inc., Normal Catering Co., Inc., OKC Courtyard Catering Co., Inc., R-2 Operating Co., Inc., Revocable Trust of John Q. Hammons Dated December 28, 1989 as Amended and Restated, Richardson Hammons, LP, Rogers ES Catering Co., Inc., SGF – Courtyard Catering Co., Inc., Sioux Falls Convention/Arena Catering Co., Inc., St Charles Catering Co., Inc., Tulsa/169 Catering Co., Inc., and U.P. Catering Co., Inc.; City Centre Hotel Corporation; Hammons of Arkansas, LLC; Hammons of Frisco, LLC; John Q. Hammons Center, LLC

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.     On January 23, 2018, at the direction of Stinson Leonard Street LLP, counsel for the debtors, the above referenced document was served on the parties listed in Exhibit A via the modes of service indicated thereon:

Exhibit A     Address List regarding Exhibit 1
- The Master Service List Parties are referenced in Service Lists 66675 and 66676
- The Affected Parties are referenced in Service Lists 66677 and 66678

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 2⁴ day of January 2018 at Hawthorne, California.

_James H. Myers_

James H. Myers

# EXHIBIT 1

# U.S. Bankruptcy Court

## District of Kansas

Notice of Electronic Filing

The following transaction was received from kjc entered on 1/23/2018 at 3:44 PM CST and filed on 1/23/2018

**Case Name:**      John Q. Hammons Fall 2006, LLC

**Case Number:**    16-21142

**Document Number:**

**Docket Text:**
Hearing Set (RE: related document(s)[1546] Motion to Compel filed by Creditor Missouri State University, Creditor Missouri State University Foundation) Hearing to be held on 3/12/2018 at 01:30 PM KC Room 151 for [1546], (kjc)

# EXHIBIT A

## Exhibit A - JQH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66675 | ABERNATHY/ROEDER/BOYD & JOPLIN, PC, LARRY R. BOYD / RICHARD M ABERNATHY, (RE: CITY OF FRISCO, TEXAS), LBOYD@ABERNATHY-LAW.COM | E-mail |
| 66675 | ABERNATHY/ROEDER/BOYD & JOPLIN, PC, LARRY R. BOYD / RICHARD M ABERNATHY, (RE: CITY OF FRISCO, TEXAS), RABERNATHY@ABERNATHY-LAW.COM | E-mail |
| 66675 | ALSTON & BIRD LLP, LEIB M. LERNER, (RE: HOLIDAY HOSPITALITY FRANCHISING LLC), LEIB.LERNER@ALSTON.COM | E-mail |
| 66675 | ALSTON & BIRD LLP, SAGE M. SIGLER, (RE: HLT EXISTING FRANCHISE HOLDING, LLC), SAGE.SIGLER@ALSTON.COM | E-mail |
| 66676 | AMARKO STAFF - PAYABLE TO, RIVIERA FINANCE, PO BOX 202485, DALLAS, TX, 75320-2485 | US Mail (1st Class) |
| 66676 | AMERICAN HOTEL REGISTER, 100 S MILWAUKEE AVE, VERSON HILLS, IL, 60061 | US Mail (1st Class) |
| 66676 | AMERICAN VALET, 8902 N CENTRAL AVENUE, PHOENIX, AZ, 85020 | US Mail (1st Class) |
| 66678 | ARMSTRONG TEASDALE LLP, CHRISTINE SCHLOMANN & JOHN MCCLELLAND, 2345 GRAND BLVD, STE 1500, KANSAS CITY, MO, 64108-2617 | US Mail (1st Class) |
| 66677 | ARMSTRONG TEASDALE LLP, C. SCHLOMANN & JOHN MCCLELLAND, CSCHLOMANN@ARMSTRONGTEASDALE.COM | E-mail |
| 66675 | ARMSTRONG TEASDALE LLP, CHRISTINE SCHLOMANN, J MCCLELLAND, (RE: MISSOURI STATE UNIVERSITY & MSUF), CSCHLOMANN@ARMSTRONGTEASDALE.COM | E-mail |
| 66675 | ARMSTRONG TEASDALE LLP, CHRISTINE SCHLOMANN, J MCCLELLAND, (RE: MISSOURI STATE UNIVERSITY & MSUF), JMCCLELLAND@ARMSTRONGTEASDALE.COM | E-mail |
| 66675 | ARMSTRONG TEASDALE LLP, CHRISTINE SCHLOMANN, J MCCLELLAND, (RE: MISSOURI STATE UNIVERSITY & MSUF), DGOING@ARMSTRONGTEASDALE.COM | E-mail |
| 66675 | ARNALL GOLDEN GREGORY LLP, DARRYL S. LADDIN, ESQ., (RE: SYSCO), DARRYL.LADDIN@AGG.COM | E-mail |
| 66675 | ASSISTANT UNITED STATES TRUSTEE, JORDAN SICKMAN, JORDAN.SICKMAN@USDOJ.GOV | E-mail |
| 66676 | BANK OF BLUE VALLEY, S FLEISCHAKER OR KAREN CULBERTSON, 11935 RILEY, OVERLAND PARK, KS, 66213 | US Mail (1st Class) |
| 66676 | BAY VIEW FUNDING, FOR ROMO STAFFING LLC, PO BOX 204703, DALLAS, TX, 75320-4703 | US Mail (1st Class) |
| 66676 | BERKADIA COMMERCIAL MORTGAGE LLC, CLIENT RELATIONS DEPT, 323 NORRISTOWN RD STE 300, AMBLER, PA, 19002-2758 | US Mail (1st Class) |
| 66676 | BOKF, NA D/B/A BANK OF OKLAHOMA, ATTN: BRYAN GEIGER, COMMERCE BANKING CENTER, 9520 NORTH MAY AVE, OKLAHOMA CITY, OK, 73120 | US Mail (1st Class) |
| 66676 | BROWN'S COMMUNICATION, INC., PO BOX 6506, SILOAM SPRINGS, AR, 72761 | US Mail (1st Class) |
| 66675 | BRYAN CAVE LLP, WILLIAM J. MALONEY, (RE: GREAT SOUTHERN BANK), WJMALONEY@BRYANCAVE.COM | E-mail |
| 66675 | BRYAN CAVE LLP, WILLIAM J. MALONEY, (RE: GREAT SOUTHERN BANK), MAFOSDICK@BRYANCAVE.COM | E-mail |
| 66675 | BUCHALTER NEMER,A PROFESSIONAL CORP, SHAWN M CHRISTIANSON, ESQ, (RE: ORACLE AMERICA INC), SCHRISTIANSON@BUCHALTER.COM | E-mail |
| 66675 | CARMODY MACDONALD P.C., SPENCER P. DESAI, ESQ., (RE: UBS SECURITIES LLC), SPD@CARMODYMACDONALD.COM | E-mail |
| 66676 | CINTAS CORP, 97627 EAGLE WAY, CHICAGO, IL, 60678 | US Mail (1st Class) |
| 66676 | CITY OF GLENDALE, PO BOX 500, GLENDALE, AZ, 85311-0500 | US Mail (1st Class) |
| 66676 | CITY OF LA VISTA, ATTN: BRENDA GUNN, 8116 PARK VIEW BLVD, LA VISTA, NE, 68128 | US Mail (1st Class) |
| 66675 | CITY OF MURFREESBORO LEGAL DEPT, CRAIG D TINDALL, (RE: CITY OF MURFREESBORO TENNESSEE), CTINDALL@MURFREESBOROTN.GOV | E-mail |
| 66675 | CITY OF SAN MARCOS, ATTN: JOHN THOMAIDES, MAYOR, JTHOMAIDES@SANMARCOSTX.GOV | E-mail |
| 66675 | CITY OF SAN MARCOS, ATTN: JOHN THOMAIDES, MAYOR, JCASE@SANMARCOSTX.GOV | E-mail |
| 66676 | CITY OF SAN MARCOS, ATTN: JOHN THOMAIDES, MAYOR, 630 E HOPKINS, SAN MARCOS, TX, 78666 | US Mail (1st Class) |

Case 16-21142   Doc# 1701   Filed 01/24/18   Page 6 of 12

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66675 | CITY OF SPRINGFIELD, MO, CITY@SPRINGFIELDMO.GOV | E-mail |
| 66676 | CITY OF SPRINGFIELD, MO, LAND CLEARANCE REDEVELOP AUTH, 840 BOONVILLE, SPRINGFIELD, MO, 65801 | US Mail (1st Class) |
| 66676 | COMMAND CENTER, 3609 SO. WADSWORTH BLVD, STE 250, LAKEWOOD, CO, 80235 | US Mail (1st Class) |
| 66676 | CONSTELLATION ENERGY SERVICES, PO BOX 5474, CAROL STREAM, IL, 60197-5474 | US Mail (1st Class) |
| 66676 | DAVIS & CAMPBELL LLC, (RE: JOHN Q HAMMONS FALL 2006 LLC), 401 MAIN ST #1600, PEORIA, IL, 61602 | US Mail (1st Class) |
| 66676 | DEUTSCHE BANK TRUST CO. AMERICAS, TTEE OBO REG. HOLDERS OF CITIGROUP, COMMERCIAL MORTGAGE SEC., ET AL., 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA, 92705 | US Mail (1st Class) |
| 66676 | EDWARD DON, 2562 PAYSPHERE CIRCLE, CHICAGO, IL, 60674 | US Mail (1st Class) |
| 66676 | ELITE RESOURCES INC, PO BOX 410302, CHARLOTTE, NC, 28241 | US Mail (1st Class) |
| 66676 | EMPIRE BANK, ATTN: RUSS MARQUART, 1800 SOUTH GLENSTONE, SPRINGFIELD, MO, 65804 | US Mail (1st Class) |
| 66676 | EUROHYPO AG, NEW YORK BRANCH, ATTN: JONATHAN HIRSHEY, 1114 AVENUE OF THE AMERICAS # 2, THEATER DISTRICT, MIDTOWN WEST, NEW YORK, NY, 10036-7703 | US Mail (1st Class) |
| 66675 | EVANS & MULLINIX, P.A., COLIN N. GOTHAM, (RE: CITY OF GLENDALE, ARIZONA), CGOTHAM@EMLAWKC.COM | E-mail |
| 66675 | EVANS & MULLINIX, P.A., RICHARD C. WALLACE, (RE: SHLONDA COSBY), RWALLACE@EMLAWKC.COM | E-mail |
| 66676 | EXECUTEMPS SOUTHWEST INC, 2929 N 44TH ST, SUITE 228, PHOENIX, AZ, 85018 | US Mail (1st Class) |
| 66676 | EXPRESS SERVICES, INC., PO BOX 203901, DALLAS, TX, 75320-3901 | US Mail (1st Class) |
| 66675 | FIFTH THIRD BANK, ANDREW HAUCK, SR. VP LARGE CORP., ANDY.HAUCK@53.COM | E-mail |
| 66676 | FIFTH THIRD BANK, ANDREW HAUCK, SR. VP LARGE CORP., 38 FOUNTAIN SQUARE PLAZA, CINCINNATI, OH, 45263 | US Mail (1st Class) |
| 66675 | FIRST NATIONAL BANK OF FORT SMITH, ATTN: JAMES HARMON, JAMESHARMON@FNBFS.COM | E-mail |
| 66676 | FIRST NATIONAL BANK OF FORT SMITH, ATTN: JAMES HARMON, SIXTH AND GARRISON, FORT SMITH, AR, 72901 | US Mail (1st Class) |
| 66675 | FIRST NATIONAL BANK OF OMAHA, SCOTT W DAMROW, SDAMROW@FNNI.COM | E-mail |
| 66676 | FIRST NATIONAL BANK OF OMAHA, SCOTT W DAMROW, 1620 DODGE ST, STOP 4300, OMAHA, NE, 68197 | US Mail (1st Class) |
| 66676 | FIRST TENNESSEE BANK NA, 165 MADISON AVE, MEMPHIS, TN, 38101 | US Mail (1st Class) |
| 66676 | FITZGERALD, SCHORR, BARMETTLER, GERALD L. FRIEDRICHSEN, (RE: MULLEN LAW FIRM), & BRENNAN, P.C., L.L.O, 10050 REGENCY CIRCLE, SUITE 200, OMAHA, NE, 68114-3794 | US Mail (1st Class) |
| 66675 | FNB OF FORT SMITH, KARENACARDWELL@FNBFS.COM | E-mail |
| 66676 | FNB OF FORT SMITH, 602 GARRISON AVE, FORT SMITH, AR, 72902 | US Mail (1st Class) |
| 66675 | FOULSTON SIEFKIN LLP, SHANNON D. WEAD, (RE: MDM COMMERCIAL ENTERPRISES, INC.), SWEAD@FOULSTON.COM | E-mail |
| 66676 | FRESHPOINT, 3100 N I-35 SERVICE ROAD, OKLAHOMA CITY, OK, 73111 | US Mail (1st Class) |
| 66676 | GOLDMAN SACHS MORTGAGE COMPANY, 200 W STREET, NEW YORK, NY, 10282 | US Mail (1st Class) |
| 66676 | GOLDMAN SACHS MORTGAGE COMPANY, ATTN: GENERAL COUNSEL, 6011 CONNECTION DR, SUITE 550, IRVING, TX, 75039 | US Mail (1st Class) |
| 66675 | GRAYDON HEAD & RITCHEY LLP, J. MICHAEL DEBBELER, ESQ, (RE: FIFTH THIRD BANK), MDEBBELER@GRAYDON.COM | E-mail |
| 66675 | GREAT SOUTHERN BANK, ATTN: LEVI PATERSON, LPATERSON@GREATSOUTHERNBANK.COM | E-mail |
| 66676 | GREAT SOUTHERN BANK, ATTN: LEVI PATERSON, 1451 E BATTLEFIELD, SPRINGFIELD, MO, 65804 | US Mail (1st Class) |
| 66676 | GUEST SUPPLY - SYSCO, PO BOX 910, MONMOUTH JUNCTION, NJ, 08852-0910 | US Mail (1st Class) |
| 66676 | HANWOOD OK, WF OPERATIONS CENTER, PO BOX 79632, CITY OF INDUSTRY, CA, 91716 | US Mail (1st Class) |
| 66675 | HAWTHORN BANK, CSAPPINGTON@HAWTHORNBANK.COM | E-mail |
| 66675 | HAWTHORN BANK, CCAFFEY@HAWTHORNBANK.COM | E-mail |
| 66675 | HAWTHORN BANK, JKUEBLER@HAWTHORNBANK.COM | E-mail |
| 66675 | HAWTHORN BANK, TLAY@HAWTHORNBANK.COM | E-mail |
| 66675 | HAWTHORN BANK, ONLINE@HAWTHORNBANK.COM | E-mail |

JQH

**Exhibit A - JQH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66676 | HAWTHORN BANK, 321 W BATTLEFIELD, SPRINGFIELD, MO, 65807 | US Mail (1st Class) |
| 66676 | HAWTHORN BANK, 132 E HIGH ST, JEFFERSON CITY, MO, 65101 | US Mail (1st Class) |
| 66676 | HILAND DAIRY CO., PO BOX 2270, SPRINGFIELD, MO, 65801 | US Mail (1st Class) |
| 66675 | HINKLE LAW FIRM LLC, EDWARD J. NAZAR, (RE: INDEPENDENT DIRECTORS), EBN1@HINKLAW.COM | E-mail |
| 66676 | HOLIDAY HOSPITALITY FRANCHISING INC, C/O SIX CONTINENTS HOTELS, INC., THREE RAVINIA DRIVE, STE 100, ATLANTA, GA, 30346-2149 | US Mail (1st Class) |
| 66676 | HUNZEKER SERV AGENCY INC., 8720 N UNIVERSITY ST., PEORIA, IL, 61615 | US Mail (1st Class) |
| 66675 | HUSCH BLACKWELL LLP, JOHN J. CRUCIANI, (RE: MORTON COMMUNITY BANK), JOHN.CRUCIANI@HUSCHBLACKWELL.COM | E-mail |
| 66676 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19010-7346 | US Mail (1st Class) |
| 66676 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET STREET, PHILADELPHIA, PA, 19104-5002 | US Mail (1st Class) |
| 66676 | INTERNAL REVENUE SERVICE, ATTN INSOLVENCY/ADVISORY, 2850 NE INDEPENDENCE AVE, STOP 5334 LSM, LEES SUMMIT, MO, 64064-2327 | US Mail (1st Class) |
| 66676 | JOHN Q HAMMONS FALL 2006, LLC, ATTN:  GREGG GROVES, 300 JOHN Q HAMMONS PKWY: STE 900, SPRINGFILED, MO, 65806 | US Mail (1st Class) |
| 66675 | JOHNSON COUNTY LEGAL DEPARTMENT, CYNTHIA DUNHAM, DEPUTY COUNTY COUN, (RE: BOARD OF JOHNSON CTY COMMISSIONERS), CYNTHIA.DUNHAM@JOCOGOV.ORG | E-mail |
| 66676 | JRI STAFFING SERVICE, LLC, 104 CHATTAROY CT, LA VERGNE, TN, 37086 | US Mail (1st Class) |
| 66675 | KATTEN MUCHIN ROSENMAN LLP, PETER A SIDDIQUI, (RE: SFI - BELMONT, LLC), PETER.SIDDIQUI@KATTENLAW.COM | E-mail |
| 66675 | KENNEDY BERKLEY YARNEVICH ET AL, JOHN F. THOMPSON, II, (RE: SIMMONS BANK), JTHOMPSON@KENBERK.COM | E-mail |
| 66675 | LATHROP & GAGE LLP, W PRESSMAN/B HOLLAND/STEPHEN SUTTON, (RE: USB-WF-WLMGTN-DEUTSCHE), WPRESSMAN@LATHROPGAGE.COM | E-mail |
| 66675 | LATHROP & GAGE LLP, W PRESSMAN/B HOLLAND/STEPHEN SUTTON, (RE: USB-WF-WLMGTN-DEUTSCHE), BHOLLAND@LATHROPGAGE.COM | E-mail |
| 66675 | LATHROP & GAGE LLP, W PRESSMAN/B HOLLAND/STEPHEN SUTTON, (RE: USB-WF-WLMGTN-DEUTSCHE), SSUTTON@LATHROPGAGE.COM | E-mail |
| 66675 | LATHROP & GAGE LLP, W PRESSMAN/B HOLLAND/STEPHEN SUTTON, (RE: USB-WF-WLMGTN-DEUTSCHE), DNELSON@LATHROPGAGE.COM | E-mail |
| 66676 | LEGACY CARPET CLEANING, PO BOX 42, YUTAN, NE, 68073 | US Mail (1st Class) |
| 66675 | LENTZ CLARK DEINES PA, CARL R. CLARK, KS #11411, (RE: CITY OF ST. CHARLES AND ET AL.), CCLARK@LCDLAW.COM | E-mail |
| 66675 | LEWIS RICE LLC, ASHLEE N. YAGER;KENNETH C. JONES, (RE: J.B. HUNT, LLC), AYAGER@LEWISRICEKC.COM | E-mail |
| 66675 | LEWIS RICE LLC, ASHLEE N. YAGER;KENNETH C. JONES, (RE: J.B. HUNT, LLC), KCJONES@LEWISRICEKC.COM | E-mail |
| 66676 | LG FULFILLMENT INC., 1102 A1A N, SUITE 205, PONTE VEDRA BEACH, FL, 32082 | US Mail (1st Class) |
| 66675 | LINEBARGER GOGGAN BLAIR & SAMPSON, ELIZABETH WELLER, (RE: DALLAS COUNTY, CITY OF FRISCO), DALLAS.BANKRUPTCY@PUBLICANS.COM | E-mail |
| 66675 | LINEBARGER GOOGAN BLAIR & SAMPSON, JOHN P DILLMAN, (RE: HARRIS COUNTY), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 66675 | LNR (SPECIAL SERVICER) NOMURA LOAN, ATTN: JON KAPIT, JKAPIT@LNRPROPERTY.COM | E-mail |
| 66676 | LNR (SPECIAL SERVICER) NOMURA LOAN, ATTN: JON KAPIT, 1601 WASHINGTON AV SUITE 700, MIAMI BEACH, FL, 33139 | US Mail (1st Class) |
| 66676 | LOFFREDO PRODUCE CO. INC., 4001 SW 63RD STREET, DES MOINES, IA, 50321 | US Mail (1st Class) |
| 66675 | MAPLES LAW FIRM, PC, STUART M. MAPLES, (RE: CITY OF HUNTSVILLE), SMAPLES@MAPLESLAWFIRMPC.COM | E-mail |
| 66676 | MARINA INVESTMENTS LLC, 5353 S LINDBERGH BLVD, SUITE 200, SAINT LOUIS, MO, 63126 | US Mail (1st Class) |
| 66676 | MARRIOTT INTERNATIONAL, INC., 13682 COLLECTION CENTER, CHICAGO, IL, 60693 | US Mail (1st Class) |

JQH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66676 | MARRIOTT INTERNATIONAL, INC., LODGING FRANCHISING ATTORNEY, 10400 FERNWOOD RD, DPT 51/944.52, BETHESDA, MD, 20817 | US Mail (1st Class) |
| 66676 | MARRIOTT INTERNATIONAL, INC., RENAISSANCE HOTEL FRANCHISE DIV., MARRIOTT DR, WASHINGTON, DC, 20058 | US Mail (1st Class) |
| 66675 | MCCREARY, VESELKA, BRAGG & ALLEN PC, LEE GORDON, (RE: THE COUNTY OF HAYS), SONYA.RAGSDALE@MVBALAW.COM | E-mail |
| 66675 | MCDOWELL RICE SMITH & BUCHANAN, JONATHAN A. MARGOLIES, (RE: JD HOLDINGS, LLC), JMARGOLIES@MCDOWELLRICE.COM | E-mail |
| 66675 | MCELROYDEUTSCHMULVANEY&CARPENTERLLP, JEFFREY BERNSTEIN ESQ, (RE: AMERICAN TOWERS LLC), JBERNSTEIN@MDMC-LAW.COM | E-mail |
| 66675 | MERRICK, BAKER & STRAUSS, PC, BRUCE E. STRAUSS, VICTOR F. WEBER, (RE: DEBTORS), VICTOR@MERRICKBAKERSTRAUSS.COM | E-mail |
| 66675 | MERRICK, BAKER & STRAUSS, PC, BRUCE E. STRAUSS, VICTOR F. WEBER, (RE: DEBTORS), BRUCES@MERRICKBAKERSTRAUSS.COM | E-mail |
| 66675 | MERRICK, BAKER & STRAUSS, PC, BRUCE E. STRAUSS, VICTOR F. WEBER, (RE: DEBTORS), VICTOR@MERRICKBAKERSTRAUSS.COM | E-mail |
| 66675 | MIDLAND LOAN SERVICES, BRIAN DAVIS-SPCL SVCNG DEPT, BRIAN.DAVIS@PNC.COM | E-mail |
| 66676 | MIDLAND LOAN SERVICES, BRIAN DAVIS-SPCL SVCNG DEPT, 10815 MASTIN ST STE 300, OVERLAND PARK, KS, 66210 | US Mail (1st Class) |
| 66675 | MILBANK, TWEED, HADLEY & MCCLOY LLP, EDELMAN_SCHWARTZ_STONE_SHINDERMAN, (RE: ATRIUM HOLDING CO.&JD HOLDINGS LLC), ASTONE@MILBANK.COM | E-mail |
| 66675 | MILBANK, TWEED, HADLEY & MCCLOY LLP, EDELMAN_SCHWARTZ_STONE_SHINDERMAN, (RE: ATRIUM HOLDING CO.&JD HOLDINGS LLC), JSCHWARTZ@MILBANK.COM | E-mail |
| 66675 | MILBANK, TWEED, HADLEY & MCCLOY LLP, EDELMAN_SCHWARTZ_STONE_SHINDERMAN, (RE: ATRIUM HOLDING CO.&JD HOLDINGS LLC), MSHINDERMAN@MILBANK.COM | E-mail |
| 66675 | MILBANK, TWEED, HADLEY & MCCLOY LLP, EDELMAN_SCHWARTZ_STONE_SHINDERMAN, (RE: ATRIUM HOLDING CO.&JD HOLDINGS LLC), SEDELMAN@MILBANK.COM | E-mail |
| 66675 | MILLER, HALL & TRIGGS, LLC, JEFFREY E KRUMPE, (RE: CITY OF EAST PEORIA, ILLINOIS), JEFFREY.KRUMPE@MHTLAW.COM | E-mail |
| 66675 | MISSOURI DEPARTMENT OF REVENUE, SUSAN L. LISSANT, (RE: DEPARTMENT OF REVENUE), KS@DOR.MO.GOV | E-mail |
| 66678 | MISSOURI STATE UNIVERSITY, DAVID L. GOING, ARMSTRONG TEASDALE LLP, 7700 FORSYTH BLVD STE 1800, ST. LOUIS, MO, 63105-1807 | US Mail (1st Class) |
| 66678 | MISSOURI STATE UNIVERSITY, C/O RACHAEL M. DOCKERY,, GENERAL COUNSEL, 901 S NATIONAL AVE, SPRINGFIELD, MO, 65897-0001 | US Mail (1st Class) |
| 66678 | MISSOURI STATE UNIVERSITY FOUNDATION, STEPHEN C FOUCART, TREASURER, 901 S NATIONAL AVE, SPRINGFIELD, MO, 65897-0001 | US Mail (1st Class) |
| 66676 | MISSOURI STATE UNIVERSITY, RACHAEL M. DOCKERY, GENERAL COUNSEL, 901 S. NATIONAL AVE., SPRINGFIELD, MO, 65897 | US Mail (1st Class) |
| 66677 | MO STATE UNIVERSITY FOUNDATION, STEPHEN C FOUCART, TREASURER, SFOUCART@MISSOURISTATE.EDU | E-mail |
| 66677 | MO STATE UNIVERSITY, DAVID L. GOING, DGOING@ARMSTRONGTEASDALE.COM | E-mail |
| 66675 | MOORE & VAN ALLEN, PLLC, DAVID B. WHEELER, REID E. DYER, (RE: SOUTH CAROLINA ELECTRIC & GAS CO), DAVIDWHEELER@MVALAW.COM | E-mail |
| 66675 | MOORE & VAN ALLEN, PLLC, DAVID B. WHEELER, REID E. DYER, (RE: SOUTH CAROLINA ELECTRIC & GAS CO), REIDDYER@MVALAW.COM | E-mail |
| 66675 | MORTON COMMUNITY BANK, TIM OWEN/ANDREW HONEGGER, TIM.OWEN@MORTONBANK.COM | E-mail |
| 66675 | MORTON COMMUNITY BANK, TIM OWEN/ANDREW HONEGGER, ANDREW.HONEGGER@MORTONBANK.COM | E-mail |
| 66676 | MORTON COMMUNITY BANK, TIM OWEN/ANDREW HONEGGER, 2400 E WASHINGTON ST, EAST PEORIA, IL, 61611 | US Mail (1st Class) |
| 66676 | MOYER LAWNCARE & LANDSCAPING, PO BOX 12458, OKLAHOMA CITY, OK, 73157 | US Mail (1st Class) |
| 66676 | MULLEN LAW FIRM, JOHN P. MULLEN, 222 S 72ND STREET SUITE 301, OMAHA, NE, 68114 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66676 | MURFREESBORO ELECTRIC, PO BOX 9, MURFREESBORO, TN, 37133 | US Mail (1st Class) |
| 66676 | NOMURA CREDIT & CAPITAL, INC., ATTN: JOE JOSEPH, 309 W 49TH ST, NEW YORK, NY, 10019-9102 | US Mail (1st Class) |
| 66676 | NOMURA CREDIT & CAPITAL, INC., ATTN: STACY ROSS, 309 W 49TH ST, NEW YORK, NY, 10019-9102 | US Mail (1st Class) |
| 66676 | OAKSTAR BANK, ATTN: MARK BYBEE, 1020 E BATTLEFIELD, SPRINGFIELD, MO, 65807 | US Mail (1st Class) |
| 66676 | OFFICE OF THE UNITED STATES TRUSTEE, 301 NORTH MAIN STREET, SUITE 1150, WICHITA, KS, 67202 | US Mail (1st Class) |
| 66676 | OFFICE OF UNITED STATES ATTORNEY, ROBERT J. DOLE U.S. COURTHOUSE, 500 STATE AVENUE, STE 360, KANSAS CITY, KS, 66101 | US Mail (1st Class) |
| 66676 | OG&E, PO BOX 24990, OKLAHOMA CITY, OK, 73124-0990 | US Mail (1st Class) |
| 66676 | PEPSI-COLA, PO BOX 75948, CHICAGO, IL, 60675-5948 | US Mail (1st Class) |
| 66675 | PERDUE, BRANDON, FIELDER, COLLINS, EBONEY COBB, (RE: RICHARDSON ISD), ECOBB@PBFCM.COM | E-mail |
| 66675 | PLAINSCAPITAL BANK, ATTN: ZACH HUNTER, ZACH.HUNTER@PLAINSCAPITAL.COM | E-mail |
| 66676 | PLAINSCAPITAL BANK, ATTN: ZACH HUNTER, 2323 VICTORY AVE, SUITE 300, DALLAS, TX, 75219 | US Mail (1st Class) |
| 66676 | PLEASANT GROVE CITY REDEVELOP. AGCY, ATTN: FRANK MILLS, 70 SOUTH 100 EAST, PLEASANT GROVE, UT, 84062 | US Mail (1st Class) |
| 66676 | PROMUS HOTELS, INC., 755 CROSSOVER LANE, MEMPHIS, TN, 38117 | US Mail (1st Class) |
| 66676 | PSAV PRESENTATION SRV , INC., 23918 NETWORK PLACE, CHICAGO, IL, 60673 | US Mail (1st Class) |
| 66675 | R.L. SCHREIBER, INC., LESTER TURCHIN, LTURCHIN@RLSINC.COM | E-mail |
| 66676 | R.L. SCHREIBER, INC., LESTER TURCHIN, 1741 NW 33RD STREET, POMPANO BEACH, FL, 33064 | US Mail (1st Class) |
| 66675 | ROGERS FUNDING C/O TRIMONT RE ADV, J GREGORY WINCHESTOR; ELLEN PORTER, KHADDLE@TRIMONTREA.COM | E-mail |
| 66676 | ROGERS FUNDING C/O TRIMONT RE ADV, J GREGORY WINCHESTOR; ELLEN PORTER, ALLIANCE CENTER, 3500 LENOX RD NE STE G1, ATLANTA, GA, 30326-4265 | US Mail (1st Class) |
| 66675 | ROGERS FUNDING LLC, ATTN: JONATHAN EILIAN, JONATHAN@ATRIUMLLC.COM | E-mail |
| 66676 | ROGERS FUNDING LLC, ATTN: JONATHAN EILIAN, 1114 AVENUE OF THE AMERICAS 38TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 66676 | ROGERS WATER UTILITIES, PO BOX 338, ROGERS, AR, 72757-0338 | US Mail (1st Class) |
| 66676 | ROYAL PAPER CORP, 10232 PALM DR, SANTA FE SPRINGS, CA, 90670 | US Mail (1st Class) |
| 66676 | RUTH'S CHRIS STEAKHOUSE, 812 HILLARY ST, NEW ORLEANS, LA, 70118 | US Mail (1st Class) |
| 66675 | SAMUEL K CROCKER US TRUSTEE, BONNIE HACKLER, TRIAL ATTY, (RE: UNITED STATES TRUSTEE), BONNIE.HACKLER@USDOJ.GOV | E-mail |
| 66675 | SANDBERG PHOENIX & VON GONTARD P.C., SHARON L. STOLTE, (RE: BRD OF PUBLIC UTLTS OF SPRNGFLD, MO), SSTOLTE@SANDBERGPHOENIX.COM | E-mail |
| 66675 | SANDBERG PHOENIX & VON GONTARD P.C., SHARON L. STOLTE, (RE: MARINA INVESTMENTS, LLC), SSTOLTE@SANDBERGPHOENIX.COM | E-mail |
| 66676 | SEACOAST BUSINESS FUNDING, XCLUSIVE STAFFING, PO BOX 206210, DALLAS, TX, 75320-6210 | US Mail (1st Class) |
| 66676 | SEYFERTH BLUMENTHAL & HARRIS LLC, CHARLIE J. HARRIS, (RE: JOHN Q. HAMMONS FALL 2006, LLC), 4801 MAIN STREET, SUITE 310, KANSAS CITY, MO, 64112 | US Mail (1st Class) |
| 66676 | SFI BELMONT, LLC, 80 STATE STREET, ALBANY, NY, 12207 | US Mail (1st Class) |
| 66675 | SIMMONS BANK, ROSALIND M MOUSER, ROSALIND.MOUSER@SIMMONSFIRST.COM | E-mail |
| 66676 | SIMMONS BANK, ROSALIND M MOUSER, PO BOX 7009, PINE BLUFF, AR, 71611 | US Mail (1st Class) |
| 66676 | SIMMONS FNB, 425 W CAPITOL AVE, SUITE 13, LITTLE ROCK, AR, 72201 | US Mail (1st Class) |
| 66675 | SOUTHLAW, P.C., RICHARD M. BEHELER, (RE: LAW OFFICES OF WILLIAM C MADDOX PC), RICHARD.BEHELER@SOUTHLAW.COM | E-mail |
| 66675 | SOUTHLAW, P.C., RICHARD M. BEHELER, (RE: BANK OF BLUE VALLEY), RICHARD.BEHELER@SOUTHLAW.COM | E-mail |
| 66675 | SPENCER FANE LLP, SCOTT J. GOLDSTEIN, (RE: SFI BELMONT LLC), SGOLDSTEIN@SPENCERFANE.COM | E-mail |
| 66675 | SPENCER FANE LLP, ZACHARY FAIRLIE, (RE: UMB BANK, N.A., AS TRUSTEE), ZFAIRLIE@SPENCERFANE.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66675 | SPENCER FANE LLP, ZACHARY FAIRLIE, (RE: C OF LAVISTA A MUN CORP STATE OF NE), ZFAIRLIE@SPENCERFANE.COM | E-mail |
| 66675 | SPENCER FANE LLP, ZACHARY FAIRLIE, (RE: SECURITY BNK KS C FKA VLY VIEW BANK), ZFAIRLIE@SPENCERFANE.COM | E-mail |
| 66676 | SRP, PO BOX 80062, PRESCOTT, AZ, 86304 | US Mail (1st Class) |
| 66676 | STAFFING PLUS INC., 314 W COMMERCIAL ST, SPRINGFIELD, MO, 65803 | US Mail (1st Class) |
| 66676 | STARBUCKS COFFEE CO., PO BOX 74008016, CHICAGO, IL, 60674-8016 | US Mail (1st Class) |
| 66675 | STINSON LEONARD STREET LLP, N ZLUTICKY/M CARDER/MSHAIKEN, (RE: DEBTORS), NICHOLAS.ZLUTICKY@STINSON.COM | E-mail |
| 66675 | STINSON LEONARD STREET LLP, N ZLUTICKY/M CARDER/MSHAIKEN, (RE: DEBTORS), MARK.CARDER@STINSON.COM | E-mail |
| 66675 | STINSON LEONARD STREET LLP, N ZLUTICKY/M CARDER/MSHAIKEN, (RE: DEBTORS), MARK.SHAIKEN@STINSON.COM | E-mail |
| 66675 | STINSON LEONARD STREET LLP, N ZLUTICKY/M CARDER/MSHAIKEN, (RE: DEBTORS), VICTOR@MERRICKBAKERSTRAUSS.COM | E-mail |
| 66675 | STINSON LEONARD STREET LLP, N ZLUTICKY/M CARDER/MSHAIKEN, (RE: DEBTORS), PAUL.HOFFMANN@STINSONLEONARD.COM | E-mail |
| 66675 | SWANSON MIDGLEY, LLC, MATTHEW L. FAUL, (RE: FIRST NATIONAL BANK OF OMAHA), MFAUL@SWANSONMIDGLEY.COM | E-mail |
| 66676 | SYSCO, 24500 NORTHWEST FREEWAY, CYPRESS, TX, 77429 | US Mail (1st Class) |
| 66675 | THE LAW OFFICES OF STEVE SANDERS LC, DAVID L. JOHNSON, (RE: SYBILLE WINTER), DAVID@ATTORNEYSTEVESANDERS.COM | E-mail |
| 66675 | THE SADER LAW FIRM, MICHAEL J. WAMBOLT, (RE: BARBARA SHEPHERD AND LARRY SHEPHERD), MWAMBOLT@SADERLAWFIRM.COM | E-mail |
| 66676 | THE SHERATON LLC, ATTN: GENERAL COUNSEL, STARWOOD HOTELS AND RESORTS WRLDWDE, 1111 WESTCHESTER AVE, WHITE PLAINS, NY, 10604 | US Mail (1st Class) |
| 66676 | THE SHERATON LLC, GENERAL COUNSEL-FRANCHISE DIVISION, 600 GALLERIA PKWY, ATLANTA, GA, 30339 | US Mail (1st Class) |
| 66675 | TN DEPT OF REVENUE, GILL GELDREICH, GILL.GELDREICH@AG.TN.GOV | E-mail |
| 66676 | TUMI STAFFING INC., PO BOX 592715, SAN ANTONIO, TX, 78259 | US Mail (1st Class) |
| 66676 | U S ATTORNEY GENERAL, U S COURTHOUSE, 400 EAST 9TH ST, KANSAS CITY, MO, 64106 | US Mail (1st Class) |
| 66676 | U S ATTORNEY GENERAL, BANKRUPTCY PROCESSING CLERK, MAIN JUSTICE BLDG, 950 PENNSYLVANIA AV NW RM 5111, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 66676 | U S BANK NA, AS TRUSTEE FOR THE, REG HOLDERS OF BANC OF AMERICA COMM, MORTGAGE, INC.,, 209 SOUTH LASALLE ST, SUITE 300, CHICAGO, IL, 60604 | US Mail (1st Class) |
| 66676 | U S BANK NA, AS TRUSTEE FOR THE, REG. HOLDERS OF JP MORGAN CHASE, COMMERCIAL MORTGAGE SEC CORP, ET AL, 209 SOUTH LASALLE ST, SUITE 300, CHICAGO, IL, 60604 | US Mail (1st Class) |
| 66676 | UMB BANK, N A , AS TRUSTEE, 2 SOUTH BROADWAY, SUITE 413, ST. LOUIS, MO, 63102-1713 | US Mail (1st Class) |
| 66676 | UMB BANK, N A, ATTN: CORPORATE TRUST DEPT, 2 SOUTH BROADWAY, SUITE 435, ST LOUIS, MO, 63102 | US Mail (1st Class) |
| 66676 | UNIQUE TILE, 1364 N KELLY, NIXA, MO, 65714 | US Mail (1st Class) |
| 66676 | USTT INC., 300 CLANTON ROAD, CHARLOTTE, NC, 28217 | US Mail (1st Class) |
| 66675 | VALLEY VIEW STATE BANK, ATTN: JON FORGEY, PEKSTROM@VALLEYVIEWBANK.COM | E-mail |
| 66676 | VALLEY VIEW STATE BANK, ATTN: JON FORGEY, 7500 W. 95TH STREET, OVERLAND PARK, KS, 66212 | US Mail (1st Class) |
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: US BANK NATIONAL ASSOCIATION, ET AL), DSBUSHNAQ@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: US BANK NATIONAL ASSOCIATION, ET AL), FWHCARTER@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: US BANK NATIONAL ASSOCIATION, ET AL), GACROSS@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: WILMINGTON TRUST, NA), DSBUSHNAQ@VENABLE.COM | E-mail |

JQH

**Exhibit A - JQH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: WILMINGTON TRUST, NA), FWHCARTER@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D S BUSHNAQ/F WH CARTER/G A CROSS, (RE: WILMINGTON TRUST, NA), GACROSS@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D. BUSHNAQ, F. WH. CARTER, G. CROSS, (RE: WELLS FARGO BANK N.A.), DSBUSHNAQ@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D. BUSHNAQ, F. WH. CARTER, G. CROSS, (RE: WELLS FARGO BANK N.A.), FWHCARTER@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, D. BUSHNAQ, F. WH. CARTER, G. CROSS, (RE: WELLS FARGO BANK N.A.), GACROSS@VENABLE.COM | E-mail |
| 66675 | VENABLE LLP, F.W.H. CARTER,D. BUSHNAQ,G. CROSS, (RE: DEUTSCHE BANK TRUST COMPANY AMERICA), FWHCARTER@VENABLE.COM | E-mail |
| 66676 | WELLS FARGO BANK, N A, ATTN: CARRIE BOOKER/TRAVIS GOLDEN, 1901 HARRISON ST, 2ND FLOOR, OAKLAND, CA, 94612 | US Mail (1st Class) |
| 66675 | WELLS FARGO VENDOR FINAN SVCS, LLC, BANKRUPTCY ADMINISTRATION, CHRISTINE.ETHERIDGE@LEASINGCONNECTION.COM | E-mail |
| 66676 | WILMINGTON TRUST, NA, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF WELLS, FARGO COMM. MORTGAGE TRUST 2015-C26, 2100 ROSS AVENUE, SUITE 2500, DALLAS, TX, 75201 | US Mail (1st Class) |
| 66676 | YOUNG WOMEN`S COLLEGE, PREP ACADEMY, 1906 CLEBURNE STREET, HOUSTON, TX, 77004 | US Mail (1st Class) |

**Subtotal for this group: 207**

JQH