The relief described hereinbelow is SO ORDERED.

SIGNED this 15th day of February, 2018.



_____
Robert D. Berger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOHN Q. HAMMONS FALL 2006, LLC, *et al.*, | ) | Case No. 16-21142 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING MOTION FOR SHORTENED OBJECTION DEADLINE AND EXPEDITED HEARING ON DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO PLAN SUPPORT AGREEMENT AND COMPROMISE OF CLAIMS

Upon the motion (the "Motion") of the above-captioned debtors (collectively, "Debtors") for entry of an order shortening the objection deadline and setting an expedited hearing on the Debtors' Motion for Authority to Enter Into Plan Support Agreement and Compromise of Claims (ECF Doc. 1791) (the "Motion to Compromise"); the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, their creditors and other parties-in-interest; and it appearing that notice of the

Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Notwithstanding the Case Management Order entered by this Court (ECF Doc. 120) (the "CMO"), a non-evidentiary hearing to consider the Motion to Compromise will be held on February 28, 2018 at 9:30 a.m. prevailing central time at the U.S. Courthouse, Courtroom 151, 500 State Ave., Kansas City, KS 66101 (the "Hearing").

3. The Objection Deadline to the Motion to Compromise is set for February 21, 2018 at 4:00 p.m. prevailing central time.

4. The Debtors shall give notice of this Order and of the Hearing in accordance with the CMO.

# # #

SUBMITTED BY:

STINSON LEONARD STREET LLP

By:  /s/ Mark Shaiken
Mark Shaiken KS # 11011
Nicholas Zluticky KS # 23
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
mark.shaiken@stinson.com
nicholas.zluticky@stinson.com

*Counsel for Debtors*