```
                U.S. Bankruptcy Court - District of Kansas
                         Court Room Minute Sheet
                               2/28/2018
                    Hon. Robert D. Berger, Presiding
```

9:30 AM
_____
Case Information:
    16-21142 John Q. Hammons Fall 2006, LLC    Chapter: 11

Judge: RDB  Filed: 06/26/2016 Pln Confirmed:
_____

Appearances:
    XX Mark A. Shaiken and XX Nick Zluticky and XX Bruce Strauss representing John Q. Hammons Fall 2006, LLC (Debtor)
    XX Greggory Groves representing John Q. Hammons Fall 2006, LLC (Debtor)
    XX Jonathan Margolies and XX Mark Shinderman and XX Jedd Schwartz (telephonic) and XX Scott Edelman (telephonic) representing JD Holdings
    XX Peter Siddiqui and XX Tim Patenode (telephonic) representing SFI Belmont
    XX Elisha Blechner (telephonic) as representatives of SFI Belmont
    XX Fred Carter and XX Greg Cross and XX Steve Sutton and XX Darek Bushnaq (telephonic) representing CMBS Lenders
    XX Christine Schlomann and XX David Going representing Missouri State University and Missouri State University Foundation
    XX Sharon Stolte and XX Stuart Maples (telephonic) representing City of Huntsville
    XX John Cruciani representing Morton Community Bank
    XX Richard Beheler representing Bank of Blue Valley
    XX Daniel Dooley representing City of Springfield
      representing USB Securities LLC
    XX Zach Fairlie representing UMB Bank, Commerce Bank, Security Bank, and City of La Vista NE
    XX Colin Gotham and XX Cathy Reece (telephonic) representing City of Glendale, Arizona
    XX William Maloney representing Great Southern Bank
    XX Eric Monzo (telephonic) representing Independent Directors
    XX David Descoteaux (telephonic) and XX Christopher Lawhorn (telephonic) and XX Robert Kravitz (telephonic) and XX Diane Meyers (telephonic) representing UBS Securities LLC
    XX Jim Bird (telephonic) representing City of Springfield MO and AJJ Hotel Holdings Inc.
    XX Matthew Faul (telephonic) representing First National Bank of Omaha
    XX Meghan Byrnes (telephonic) representing Cheri Marchionea
    XX Mike Driscoll (telephonic) representing Marriott
    XX Ron Brown (telephonic) representing Atrium LLC
    XX Bonnie Hackler (telephonic) representing US Trustee
_____



Courtroom Deputy: Judy    Cowger
ECRO Reporter:  R. Patrick Tate, Heritage Reporting Services

```
                U.S. Bankruptcy Court - District of Kansas
                         Court Room Minute Sheet
                                2/28/2018
                      Hon. Robert D. Berger, Presiding
```

Issue(s):
    [1791]  Motion for Intended Compromise (DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO PLAN SUPPORT AGREEMENT WITH JD HOLDINGS, L.L.C. AND COMPROMISE OF CLAIMS) Filed on behalf of Debtor John Q. Hammons Fall 2006, LLC.
    [1815]  Objection filed by City of Huntsville
    [1816]  Objection filed by Bank of Blue Valley
    [1817]  Objection filed by City of Springfield
    [1818]  Objection filed by CMBS Lenders
        [1838] Response filed by JD Holdings
    [1819]  Objection filed by USB Securities LLC
        [1842] Response filed by JD Holdings
    [1820]  Objection filed by Missouri State University and Missouri State University Foundation
    [1824]  Objection filed by City of Glendale AZ
    [1831]  Response filed by Independent Directors
    [1841]  Omnibus response filed by JD Holdings

Notes/Decision:
_____

Oral argument heard from all objecting parties. The motion is between the two parties and other parties are not bound by the agreement. The settlement is fair and equitable and in the best interests of the estate. The motion is approved. Order by Mr. Shaiken.


_____

Courtroom Deputy: Judy    Cowger
ECRO Reporter:  R. Patrick Tate, Heritage Reporting Services

# 16-21142 John Q. Hammons Fall 2006 et al.

# January 28, 2018

| Counsel | Party |
|---|---|
| Mark Shinderman<br>Jonathan Margolies | JD Holdings |
| Riley Carter<br>Greg Cross, Steve Sutton | CMBS Lenders |
| Sharon Stolte<br>Stuart Maple | City of Huntsville |
| Mark Shaiken<br>Nicholas Zluticky, Gregg Groves<br>Bruce Strauss | Debtors |
| David Going<br>Christine Schlomann | MSM |
| Peter Siddiqui | SFI Belmont |
| John Cruciani<br>Hugh Blackwell | Morton Community Bank |
| Daniel Dooley<br>Polsinelli | City of Springfield<br>AJJ Holdings, Inc. |
| Zach Fairlie<br>Spencer Fane | UMB Bank, Commerce Bank, Security Bank, City of La Vista, Nebraska |
| Colin Gotham | City of Glendale, AZ |

# 16-21142 John Q. Hammons Fall 2006 et al.
# January 28, 2018

| Counsel | Party |
|---|---|
| William Maloney (Bryan Cave) | Great Southern Bank |
| Richard Beheler | Bank of Blue Valley |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Hammons – List of Parties Appearing by Telephone at the February 28, 2018 Hearing**

| Party: | Attorney: | Firm or Title: | Address: | Phone: | Email: |
|---|---|---|---|---|---|
| United States Trustee's Office | Bonnie Hackler | Trial Attorney for US Trustee's Office | 224 S. Boulder Avenue, Suite 225 Tulsa, OK 74103 | 918.232.0738 | Bonnie.hackler@usdoj.gov |
| JD Holdings, LLC | Jed Schwartz | Milbank, Tweed, Hadley & McCloy LLP | 28 Liberty St New York, NY 10005-1413 | 212.530.5283 | jschwartz@milbank.com |
| JD Holdings, LLC | Scott Edelman | Milbank, Tweed, Hadley & McCloy LLP | 28 Liberty St New York, NY 10005-1413 | 212.530.5149 | sedelman@milbank.com |
| Atrium, LLC | Ron Brown | Chief Executive Office | 1114 Avenue of the Americas, 38th Floor New York, NY 10036 | 212.730.7211 | rbrown@atriumllc.com |
| SFI Belmont, LLC | Timothy Patenode | Katten Muchin Rosenbaum LLP | 525 W. Monroe Street Chicago, IL 60661-3693 | 312.902.5539 | timothy.patenode@kattenlaw.com |
| SFI Belmont, LLC | Elisha Blechner | Executive Vice President | 1114 Avenue of the Americas New York, NY 10036 | 212.930.9400 | eblechner@istar.com |
| City of Glendale, Arizona | Cathy L. Reece | Fennemore Craig, P.C. | 2394 East Camelback Road, Suite 600 Phoenix, AZ 85016 | 602.916.5343 | creece@fclaw.com |
| Servicers for CMBS Lenders | Darek Bushnaq | Venable LLP | 750 E. Pratt Street, Suite 900 Baltimore, MD 21202 | 410.244.7867 | dsbushnaq@venable.com |

| | | | | | |
|---|---|---|---|---|---|
| UBS Securities, LLC | David Descoteaux | Financial Advisor to the Debtors | 1285 Avenue of the Americas, 10th Floor<br>New York, NY 10019 | 212.821.2871 | David.descoteaux@ubs.com |
| UBS Securities, LLC | Christopher Lawhorn | Carmody MacDonald P.C. | 120 S. Central Ave., Suite 1800<br>St. Louis, Missouri 63105 | 314.854.8621 | cjl@carmodymacdonald.com |
| UBS Securities, LLC | Robert Kravitz | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Avenue of the Americas<br>New York, NY 10019-6064 | 212.373.3392 | rkravitz@paulweiss.com |
| UBS Securities, LLC | Diane Meyers | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Avenue of the Americas<br>New York, NY 10019-6064 | 212.373.3868 | dmeyers@paulweiss.com |
| City of Springfield, Missouri and AJJ Hotel Holdings, Inc. | James Bird | Polsinelli PC | 900 W. 48th Place<br>Kansas City, MO 64112 | 816.360.4343 | jbird@polsinelli.com |
| First National Bank of Omaha | Matthew Faul | Swanson Midgley, LLC | 4600 Madison Ave., Suite 100<br>Kansas City, MO 64112-3043 | 816.886.4820 | mfaul@swansonmidgley.com |
| Independent Directors | Eric Monzo | Morris James LLP | 500 Delaware Ave, Suite 1500<br>Wilmington, DE 19801 | 302.888.5848 | emonzo@morrisjames.com |
| Cheri Marchionea | Meghan Byrnes | Reed Smith LLP | 1717 Arch St Suite 3100<br>Philadelphia, PA 19103 | 215.851.8100 | mbyrnes@reedsmith.com |

| City of Huntsville | Stuart Maples | Maples Law Firm | 200 Clinton Ave West, Suite 1000 Hunstville AL 3581 | 256.489.9779 | smaples@mapleslawfirmpc.com |
| Marriott | Mike Driscoll | Sheppard Mullin Richter & Hampton LLP | 30 Rockerfeller Plaza New York, NY 10112 | 212.634.3055 | mdriscoll@sheppardmullin.com |