

The relief described hereinbelow is SO ORDERED.

SIGNED this 20th day of February, 2018.

Mr. Billy Glover
3186 W Shumaker Dr
Tucson, AZ 85741

Robert D. Berger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOHN Q. HAMMONS FALL, 2006, LLC, et.al. | ) | Case No. 16-21142 (RDB) |
| | ) | *Jointly Administered* |
| | ) | |
| Debtors. | ) | |

## ORDER SETTING OBJECTION DEADLINE AND
## HEARING ON CREDITOR DISCLOSURE STATEMENT

THIS MATTER comes on the Corrected Disclosure Statement with respect to Joint and Consolidated Chapter 11 Plans of Reorganization for All Debtors Filed by J.D. Holdings, L.L.C., (the "Creditor Disclosure Statement") on February 12, 2018 (Doc. #1788).

NOTICE IS HEREBY GIVEN that any response or objection to the Creditor Disclosure Statement must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Kansas, 500 State Avenue, Room 161, Kansas City, Kansas 66101, on or before March 21, 2018 at 5 p.m. prevailing Central time, with a copy sent to counsel for J.D. Holdings, L.L.C., at the following address:

> Jonathan A. Margolies
> McDowell, Rice, Smith & Buchanan, P.C.
> 605 West 47th Street, Suite 350
> Kansas City MO 64112
> jmargolies@mcdowellrice.com

Copies of the Creditor Disclosure Statement may be obtained from the Clerk of the United States Bankruptcy Court for the District of Kansas, 500 State Avenue, Room 161, Kansas City, Kansas 66101, or by sending a written request to counsel for J.D. Holdings, L.L.C., as referenced above.

NOTICE IS ALSO GIVEN that a hearing will be held on March 23, 2018 at 9:30 a.m. in the United States Bankruptcy Court for the District of Kansas, 500 State Avenue, Room 151, Kansas City, Kansas 66101 (the "Hearing"). At the Hearing, the Court will consider approval of the Creditor Disclosure Statement and any objections thereto.

###

OF COUNSEL:
Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY
 & McCLOY LLP
28 Liberty Street
New York, NY 10005-1413
Tel: (212) 530-5000
Fax: (212) 530-5219
sedelman@milbank.com
jschwartz@milbank.com

Mark Shinderman (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY &
McCLOY LLP
2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019
Tel: (424) 386-4000
Fax: (213) 629-5063
mshinderman@milbank.com

**SUBMITTED BY:**

MCDOWELL RICE SMITH & BUCHANAN

By: /s/ *Jonathan A. Margolies*
Jonathan Margolies (MO 30770)
Skelly Building, Suite 350 (KS Fed 70693)
605 West 47th Street
Kansas City, Missouri 64112
Tel: (816) 753-5400
Fax: (816) 753-9996
jmargolies@mcdowellrice.com

***ATTORNEYS FOR CREDITOR JD HOLDINGS, L.L.C.***