**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of March, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| JOHN Q. HAMMONS FALL 2006, LLC, *et al.*, | ) | Case No. 16-21142 (RDB) |
| | ) | *Jointly Administered* |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR AUTHORITY TO ENTER INTO
### PLAN SUPPORT AGREEMENT AND COMPROMISE OF CLAIMS

This matter came before the Court on Debtors' Motion for Authority to Enter into Plan Support Agreement and Compromise of Claims [ECF No. 1791] (the "Motion").

Due and appropriate notice of the Motion was provided to all known creditors and parties-in-interest, entities, and persons so entitled thereto, as evidenced by the Certificates of Service separately filed with the Court by BMC Group Inc., noticing agent for the Debtors.

All parties-in-interest had the opportunity to be heard, and the Court, having reviewed the Motion and the record in this case, including the objections and responses filed by parties-in-interest, IT IS HEREBY ORDERED as follows:

1.       For the reasons stated by the Court on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated by reference in this Order as if set forth fully herein, the Court hereby approves the Motion and authorizes the Debtors to enter into the Plan Support Agreement and the Settlement Agreement attached to the Motion as Exhibit 1 (collectively the "PSA"), and all objection to the Motion are overruled;

2.       Debtors are authorized, and the Debtors and JD Holdings, L.L.C. ("JD Holdings") are directed, to take all necessary and appropriate actions to fulfill their respective obligations under the PSA;

3.       Subject only to the conditions contained in the PSA, JD Holdings has an allowed claim in the amount of $495,938,161.00, jointly and severally against all Debtors, for JD Holdings' claims arising from the Sponsor Entity Right of First Refusal Agreement, dated September 16, 2006, as amended;

4.       The foregoing orders are made without prejudice to any non-debtor party-in-interest's right, if any, to object to any plan of reorganization or disclosure statement filed in these cases, including JD Holdings' Corrected Disclosure Statement with Respect to Joint and Consolidated Chapter 11 Plans of Reorganization for All Debtors [ECF No. 1788]; and

5.       JD Holdings shall file an amended Disclosure Statement on or before March 16, 2018 to provide, *inter alia*, for disclosure of the PSA and corresponding approval by the Court and to reflect additional disclosures, such as the backgrounds of the principals of the buyers.

# # #

2

SUBMITTED BY:

STINSON LEONARD STREET LLP

  /s/ Mark A. Shaiken          
Mark Shaiken KS # 11011
Nicholas Zluticky KS # 23935
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
mark.shaiken@stinson.com
nicholas.zluticky@stinson.com

*Counsel for the Debtors.*