IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| In re: | ) | Case No. 16-21142-RDB |
| | ) | |
| JOHN Q. HAMMONS FALL 2006, LLC, | ) | Chapter 11 |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CITY OF SPRINGFIELD'S RESERVATION OF RIGHTS OF ITS OBJECTIONS WITH REGARD TO CONFIRMATION OF JD HOLDINGS LLC'S PLAN

The City of Springfield, Missouri (the "**City**"), as a creditor in the above-captioned jointly-administered bankruptcy proceeding, files this Reservation of Rights of its Objections to JD Holdings LLC's ("**JDH**") Plan , and states:

The City currently is in negotiations with JDH regarding the treatment of the City's claims under the proposed Modified Amended Joint and Consolidated Chapter 11 Plans of Reorganization for all Debtors Filed by Creditor JD Holdings, L.L.C. (the "**Plan**"). The City and JDH have met and had several discussions regarding the City's treatment under the Plan and the ultimate disposition of the real property that forms the basis of the City's claims. The parties' discussions have been constructive, and the City is optimistic that the parties will resolve the remaining issues. Until a final resolution has been documented, the City reserves all of its rights and objections to the confirmation of JDH's Plan, and in particular to the extent the Plan does not require payment of the full amount of the City's allowed claim. If prior to the hearing on confirmation of the Plan, negotiations between the City and JDH reach an impasse, the City may exercise this reservation of rights by filing an objection to confirmation.

Dated: April 13, 2018                    POLSINELLI PC

                                         By:   /s/ Daniel S. Dooley
                                             JAMES E. BIRD (KS USD #70365)
                                             DANIEL S. DOOLEY (KS USD #78668)
                                             900 W. 48th Place, Suite 900
                                             Kansas City, Missouri 64112
                                             (816) 753-1000
                                             Fax No. (816) 753-1536
                                             jbird@polsinelli.com
                                             ddooley@polsinelli.com

                                         ATTORNEYS FOR
                                         THE CITY OF SPRINGFIELD, MISSOURI

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2018, a true and correct copy of the foregoing *City of Springfield's Reservation of Rights of Its Objections with Regard to Confirmation of JD Holdings LLC's Plan* was served electronically to Debtors' counsel, the U.S. Trustee, and the interested parties registered to receive ECF notification from the court, and served by First-Class United States Mail, postage prepaid, addressed to the interested parties as they appear on the attached Service List.

                                                  /s/ Daniel S. Dooley

# SERVICE LIST

| | | |
|---|---|---|
| John Q. Hammons Fall 2006, LLC<br>300 John Q Hammons Parkway<br>Suite 900<br>Springfield, MO 65806 | Mark S. Carder<br>Stinson Leonard Street LLP<br>1201 Walnut, Ste. 2700<br>Kansas City, MO 64106 | Mark A. Shaiken<br>Stinson Leonard Street LLP<br>6400 So. Fiddlers Green Circle<br>Suite 1900<br>Greenwood, CO 80111 |
| Bruce E. Strauss<br>Merrick, Baker, & Strauss, P.C.<br>1044 Main Street, Suite 500<br>Kansas City, MO 64105 | Patrick R Turner<br>1299 Farnam Street<br>Omaha, NE 68012 | Victor F Weber<br>Merrick Baker and Strauss PC<br>1044 Main Ste 500<br>Kansas City, MO 64105 |
| Nicholas J Zluticky<br>Stinson Leonard Street LLP<br>1201 Walnut Ste 2900<br>Kansas City, MO 64106 | Bonnie N. Hackler<br>U.S. Department of Justice-U. S. Trustee<br>224 S Boulder Ste 225<br>Tulsa, OK 74103 | Jordan M Sickman<br>Office of U.S. Trustee<br>301 North Main-Ste. 1150<br>Wichita, KS 67202 |
| Alvarez & Marsal Valuation Services, LLC<br>540 West Madison Street, Suite 1800<br>Chicago, IL 60661 | Valerie Bantner Peo<br>Buchalter Nemer, a Professional Corp<br>55 Second Street 17th Floor<br>San Francisco, CA 94105 | CRG Financial LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 |
| Thomas P Clinkscales<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Eboney Cobb<br>Perdue, Brandon, Fielder, Collins & Mott<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | Shlonda Cosby<br>c/o Cornell Johnson<br>1800 Glenarm Place Ste. 950<br>Denver, CO 80202 |
| John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 | John P Dillman<br>PO Box 3064<br>Houston, TX 77253 | Cynthia C. Dunham<br>Johnson County Legal Dept.<br>111 S. Cherry, Suite 3200<br>Olathe, KS 66061 |
| Scott A. Edelman<br>Milbank Tweed Hadley & McCloy LLP<br>28 Liberty Street<br>New York, NY 10005-1413 | Anthony L Greene<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016-1387 | Willer Jeffcoat<br>212 Livingston Lane<br>Leesville, SC 29070 |
| Russell R. Johnson, III<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 | Alan H Katz<br>Locke Lord LLP<br>Brookfiled Place<br>200 Vesey Street 20th Fl<br>New York, NY 10281 | Ruby E Lockhart<br>572 McMurphy Court<br>Patterson, CA 95363 |
| Eleanora Miranda<br>Troppito Miller Griffin LLC<br>105 East Fifth Street, Suite 500<br>Kansas City, MO 64106 | Timothy J Patenode<br>Katten Muchin Rosenman LLP<br>525 W Monroe Street<br>Chicago, IL 60661-3693 | Cathy L Reece<br>Fennemore Craig P.C.<br>2394 Camelback Road, Ste 600<br>Phoenix, AZ 85016 |
| Suzanne B Roski<br>Protiviti Inc<br>1051 Easy Cary Street, Suite 602<br>Richmond, VA 23219 | Seyferth Blumenthal & Harris LLC<br>4801 Main Street, #310<br>Kansas City, MO 64112 | Mark Shinderman<br>Milbank Tweed Haley & McCloy<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067-3019 |

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W Monroe Street
Chicago, IL 60661-3693

TS Worldwide, LLC
369 Willis Avenue
Mineola, NY 11501

Craig D. Tindall
City of Murfreesboro TN
111 West Vine Street
Murfreesboro, TN 37130

Patrick R Turner
1299 Farnam Street
Omaha, NE 68012

Jeffrey R Waxman
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, TX 75207

Wells Fargo Vendor Financial Services, LLC
c/o A Ricoh USA Program fka IKON Fin Svc
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Terri Williams
Troppito Miller Griffin LLC
105 East Fifth Street , Suite 500
Kansas City, MO 64106

Ben & Jordan Wright
Joani W. Harshman
218 Delaware, Suite 101
Kansas City, MO 64105

Jonathan Margolies
McDowell, Rice, Smith & Buchanan
Skelly Building, Suite 350
605 West 47th Street
Kansas City, MO  64112