| | | | | |
|---|---|---|---|---|
| ◇AO 435KS<br>(Rev. 01/16)<br>*Read Instructions on Next Page* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |

| 1. Name<br>Nicholas J. Zluticky | 2. Phone Number<br>816-691-3278 | 3. Date<br>04/30/2018 | |
|---|---|---|---|
| 4. Mailing Address<br>1201 Walnut, Suite 2700 | 5. City<br>Kansas City | 6. State<br>MO | 7. Zip Code<br>64106 |
| 8. Case Number<br>16-21142 | 9. Judge<br>Judge Robert D. Berger | Dates of Proceedings | |
| | | 10. From 04/27/2018 | 11. To 04/27/2018 |
| 12. Case Name<br>In re John Q. Hammons Fall 2006, LLC et al. | Location of Proceedings | | |
| | 13. City Kansas City | 14. State Kansas | |

| 15. Order for | | | |
|---|---|---|---|
| Appeal | Criminal | Criminal Justice Act | ✗ Bankruptcy |
| Non-appeal | Civil | In Forma Pauperis | Other (Specify) |

16. Transcript Requested (Specify Portion(s) and Date(s) of Proceeding(s) for Which Transcript Is Requested)

| Portions | Date(s) | Portion(s) | Date(s) |
|---|---|---|---|
| Opening Statement (Plaintiff) | | Testimony (Specify Witness) | |
| Opening Statement (Defendant) | | | |
| Closing Argument (Plaintiff) | | Pre-trial Proceeding (Specify) | |
| Closing Argument (Defendant) | | | |
| Opinion of Court | | ✗ Other (Specify)<br>entire hearing | 04/27/2018 |

17. Order

| Category | Original (Includes Free Copy For the Court) | First Copy | Quantity of Additional Cps | No. Of Pages Estimate | Price Per Page | Costs |
|---|---|---|---|---|---|---|
| Ordinary | | | | | | |
| 14-Day | | | | | | |
| Expedited | ✗ | | | | | |
| Daily | | | | | | |
| Hourly | | | | | | |

| CERTIFICATION (18. & 19.)<br>By Signing Below, I Certify That I Will Pay All Charges<br>upon completion of the order. | Estimate Total | |
|---|---|---|
| 18. Signature<br>/s/ Nicholas J. Zluticky | Date<br>04/30/2018 | Processed by |
| 19. Contact Email Address<br>nicholas.zluticky@stinson.com | Phone Number | |

| Transcript to Be Prepared by | Court Address |
|---|---|
| | 161 U.S. Courthouse<br>500 State Ave<br>Kansas City KS  66101<br>(913) 735-2110 |

| | Date | By |
|---|---|---|
| Order Received | | |
| Deposit Paid | | |
| Transcript Ordered | | |
| Transcript Received | | |
| Ordering Party Notified To Pick up Transcript | | |
| Party Received Transcript | | |

| | | |
|---|---|---|
| Deposit Paid | | |
| Total Charges | | |
| Less Deposit | | |
| Total Refunded | | |
| Total Due | | |

AO 435KS
(Rev. 01/16)

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order transcript of proceedings. Complete a separate order form for each case number and date(s) for which transcript is ordered.

**Completion.** Complete Items 1-19. Do not complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Electronically File, Mail or Deliver to the Court.** The completed form should typically be electronically filed using CM.ECF. If you are not authorized to file documents electronically then mail or deliver the original and one copy to the Clerk of Court.

**Deposit Fee.** The transcriptionist will notify you of the required deposit fee amount, which m be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Deliver Time.** Delivery time is computed from the date the deposit fee is received or for transcripts ordered by the federal government from the date the signed order form is received.

**Completion of Order.** The court will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the transcriptionist will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.
Item 8.        Only one case number may be listed per order.
Item 15.       Place an "X" in each box that applies.
Item 16.       Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed.
Item. 17.      Categories. There are five (5) categories of transcripts which may be ordered. These are:
   <u>Ordinary</u>. A transcript to be delivered within thirty (30) calendar days after receipt of an order. (Order is considered received upon receipt of the deposit.)
   <u>14-Day</u>. A transcript to be delivered within fourteen (14) calendar days after receipt of an order.
   <u>Expedited</u>. A transcript to be delivered within seven (7) calendar days after receipt of an order.
   <u>Daily</u>. A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
   <u>Hourly</u>. A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within fourteen (14) calendar days, payment would be at the ordinary rate.

   Ordering. Place an "X" in each box that applies. Indicate the number of additional copies ordered.
   <u>Original</u>. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the free copy for the court.
   <u>First Copy</u>. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
   <u>Additional Copies</u>. All other copies of the transcript ordered by the same party.
Item 18.       Sign and date in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)
Item 19.       Enter contact email address.

Shaded Area. Reserved for the court's use.