## Exhibit A

Revised APA and Schedules

(omitted—no change)

## Exhibit B

Additional Financial Disclosures

(omitted—no change)

## Exhibit C

Schedule of Assets to be Contributed to the Charitable Trust

(omitted—no change)

# Exhibit D

## Mechanism for Reconciliation of Valuation of Contributed Assets and Certain Administrative Costs

(omitted—no change)

## Exhibit E

## Schedule of Loans to be Reinstated and Assumed

(omitted—no change)

# Exhibit F

## Schedule of Causes of Action to be Retained and Transferred

(omitted—no change)