# Exhibit C

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOHN Q. HAMMONS FALL 2006, LLC, *et al.*, | ) | Case No. 16-21142-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**J.D. HOLDINGS, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO UBS SECURITIES LLC**

Pursuant to Fed. R. Bankr. P. 9014(c), Fed. R. Bankr. P. 7034, and Fed. R. Civ. P. 34, J.D. Holdings propounds the following requests for production of documents and electronically stored information to UBS Securities, LLC (hereinafter "UBS"). The documents and electronically stored information shall be produced at the office of the undersigned counsel for inspection on June 11, 2018.

## I.  DEFINITIONS AND INSTRUCTIONS

1. As used herein, the term "Agreement" refers to the September 14, 2016 letter agreement entered into by UBS Securities, LLC ("UBS") and the John Q. Hammons Revocable Trust dated December 28, 1989 as Amended and Restated (the "Trust").

2. As used herein, the term "Debtors" means each and every debtor listed in Schedule 1 of the Joint and Consolidated Chapter 11 Plans Of Reorganization For All Debtors File By Creditor J.D. Holdings, LLC, including subsidiaries and affiliates thereof.

3. As used herein, the term "documents" means documents and electronically stored information as described in Fed. R. Civ. P. 34(a)(1).

4. All documents and electronically stored information shall be produced in accordance with Fed. R. Civ. P. 34(b)(2)(E).

## II. REQUESTS FOR PRODUCTION

1. All communications between UBS and Stinson Leonard Street LLP relating to entering the Agreement.

    **RESPONSE:**

2. All communications between UBS and the Debtors relating to entering the Agreement.

    **RESPONSE:**

3. All UBS internal documents reflecting personnel staffing relating to the Agreement.

    **RESPONSE:**

4. All market analyses prepared by UBS in providing services under the Agreement as financial advisor to the Trust or any related entity.

    **RESPONSE:**

5. All market analyses prepared by UBS in providing services under the Agreement as an expert witness for the Trust, counsel for the Trust, or any related entity.

    **RESPONSE:**

6. All documents relating to performing, reviewing, evaluating, revising, or updating any appraisals performed by UBS or any other person or entity acting for or on behalf of the Trust.

**RESPONSE:**


7. All documents reflecting UBS, per paragraph 1(b) of the Agreement, "advising and assisting the Company in reviewing, analyzing, structuring, formulating and negotiating the financial aspects" of the Joint and Consolidated Chapter 11 Plans Of Reorganization For All Debtors File By Creditor J.D. Holdings, LLC.

**RESPONSE:**


8. All documents reflecting UBS, per paragraph 1(c) of the Agreement, "advising the Company as a financial advisor with respect to" the Joint And Consolidated Chapter 11 Plans Of Reorganization For All Debtors File By Creditor J.D. Holdings, LLC.

**RESPONSE:**


9. All documents reflecting UBS, per paragraph 1(c) of the Agreement, "advising the Company in connection with negotiations and aiding in the consummation of" the Joint And Consolidated Chapter 11 Plans Of Reorganization For All Debtors File By Creditor J.D. Holdings, LLC.

**RESPONSE:**

10. All documents reflecting time spent and tasks performed by UBS under the Agreement as a financial advisor to the Trust or any related entity.

**RESPONSE:**


11. All documents reflecting time spent and tasks performed by UBS under the Agreement as an expert witness for the Trust or any related entity.

**RESPONSE:**


12. All documents reflecting discussion between UBS and the Trust, counsel for the Trust, or any related entity.

**RESPONSE:**


13. All documents reflecting discussion, consideration, projection, or calculation by UBS of any fee under the Agreement.

**RESPONSE:**


14. All documents reflecting any discussion or analysis of title insurance by UBS relating to any potential or actual transaction under the Agreement or services under the Agreement.

**RESPONSE:**

4

15. All communications with the Trust, counsel for the Trust, or any related entity concerning title insurance as it relates to any potential or actual transaction under the Agreement.

**RESPONSE:**

16. All communications between UBS and a title insurer relating to any potential or actual transaction under the Agreement or services under the Agreement.

**RESPONSE:**

17. All documents reflecting UBS's review of, input into, or participation in preparing the Debtors' Disclosure Statement that was disapproved by the Court's January 29, 2018 order.

**RESPONSE:**

18. All analyses, data, financial projections, and asset valuations provided by UBS to the Trust or any related entity pursuant to providing services or otherwise under the Agreement.

**RESPONSE:**

19. All documents reflecting a UBS projected profit analysis based on fee paid under the Agreement.

**RESPONSE:**

Dated: May 9, 2018.					Respectfully submitted,

**GERMAN MAY PC**

By: */s/ Kirk T. May*
    Kirk T. May			KS Bar 22356
    1201 Walnut Street, 20th Floor
    Kansas City, Missouri  64106
    Tel:   (816) 471-7700
    Fax:  (816) 471-2221
    Email:  kirkm@germanmay.com

**ATTORNEYS FOR JD HOLDINGS, L.L.C.**