

**BKD** LLP
**CPAs & Advisors**

910 E. St. Louis Street, Suite 200
P.O. Box 1190
Springfield, MO 65801-1190
417.865.8701  Fax 417.865.0682

BKD Tax ID #: 44-0160260

INVOICE

JQH Prepetition Wip
Jacque A Dowdy Trustee
300 S John Q Hammons Prkwy Ste 900
Springfield MO 65806-2550

| AMOUNT ENCLOSED |
|---|
| $ |

Date: 3/23/18
Page: 1 of 2
Client #: 1166751 — Invoice#: BK00858089

*Please return top portion with payment.*

The amounts included on this invoice relate to the work completed by BKD prior to the bankruptcy filing made by The Revocable Trust of John Q Hammons Dated December 28, 1989 on June 26, 2016. The amounts included in this invoice were included in BKD's proof of claim filed with the bankruptcy court, but have not been previously invoiced.

Accounting services rendered in connection with the preparation and review of the December 31, 2015 statement of cash flows for The Revocable Trust of John Q Hammons Dated December 28, 1989.

1,201.20

| Lindsay Dale | 4.00 hours |
| Nathan Fitzgerald | 2.50 hours |
| | |
| Total | 6.50 hours |

Accounting services rendered in connection with the preparation of the June 30, 2016 statement of net assets for The Revocable Trust of John Q Hammons Dated December 28, 1989.

309.40

| Lindsay Dale | 1.75 hours |
| | |
| Total | 1.75 hours |

Accounting services rendered in connection with the preparation and review of adjusting journal entries for approval by the trustees of The Revocable Trust of John Q Hammons Dated December 28, 1989 related to step up adjustments for equity interest in S Corporations, Partnerships, Hotels, and various Schedule C business entities or Schedule E rental entities.

13,204.10

| Lindsay Dale | 40.50 hours |
| Nathan Fitzgerald | 20.50 hours |
| Gary Garwitz | 2.25 hours |
| | |
| Total | 63.25 hours |

*Thank you for your business!*

BKD, LLP • 910 E. St. Louis Street, Suite 200 • P.O. Box 1190 • Springfield, MO 65801-1190
Phone 417.865.8701 • Fax 417.865.0682

Case 16-21142    Doc# 2283-1    Filed 05/29/18    Page 1 of 2

Accounting services rendered in connection with reconciliations of book and taxable income for prior years and support provided to JQH accounting staff members regarding reconciliation spreadsheets.

| | | |
|---|---|---:|
| Lindsay Dale | 24.00 hours | 14,116.70 |
| Nathan Fitzgerald | 15.25 hours | |
| Gary Garwitz | 13.50 hours | |
| Total | 52.75 hours | |

Accounting services rendered in connection with the preparation and review of federal and state fiduciary income tax returns for the year ended December 31, 2015 for The Revocable Trust of John Q Hammons Dated December 28, 1989.

5,695.30

| | |
|---|---|
| Lindsay Dale | 2.50 hours |
| Nathan Fitzgerald | 16.50 hours |
| Kyle Hesemann | 1.25 hours |
| Gary Garwitz | 2.50 hours |
| Total | 22.75 hours |

Invoice Total $ 34,526.70

***Thank you for your business!***

**BKD,** LLP • 910 E. St. Louis Street, Suite 200 • P.O. Box 1190 • Springfield, MO 65801-1190
Phone 417.865.8701 • Fax 417.865.0682