The relief described hereinbelow is SO ORDERED.

SIGNED this 13th day of April, 2020.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 16-21142** |
| **JOHN Q. HAMMONS FALL 2006, LLC, et al.,** | ) | **(Jointly Administered)** |
| | ) | **Chapter 11** |
| Debtors. | ) | |

### STIPULATION AND ORDER REGARDING BRIEFING PAGE LIMITS, DEADLINES AND HEARING DATE REGARDING DEBTORS' MOTION TO DETERMINE EXTENT OF LIABILITY FOR QUARTERLY FEES PAYABLE TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)

NOW COME the above-captioned debtors (the "Debtors"), Ilene J. Lashinsky, United States Trustee (the "US Trustee") and hereby stipulate as follows:

WHEREAS, on June 26, and July 5, 2016 (the "Commencement Date"), the Debtors commenced these bankruptcy cases (the "Bankruptcy Cases"); and

WHEREAS, on March 3, 2020, the Debtors filed their Motion to Determine Extent of Liability for Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum in Support (ECF Doc. 2823) (the "Motion"); and

WHEREAS, the US Trustee and the Debtors have agreed to briefing schedule and hearing date as more fully set forth herein; and

WHEREAS, the Court has approved the proposed briefing schedule and hearing date and finds that good cause exists to enter this Stipulation and Order.

NOW THEREFORE, the parties hereto agree, and the Court hereby orders, as follows:

1. The US Trustee shall file its responsive pleading to the Motion on or before April 27, 2020.

2. The briefing page limits are hereby modified to permit the US Trustee to file a responsive pleading of up to 50 pages.

3. The Debtors shall file any reply brief in support of the Motion on or before May 11, 2020.

4. The briefing page limits are hereby modified to permit the Debtors to file a reply brief of up to 50 pages.

5. The Court will hold a hearing on the Motion and the US Trustee's response thereto on May 18, 2020 at 1:30 p.m.

IT IS SO ORDERED.

# # #

2

SUBMITTED AND AGREED:

STINSON LLP

By:  /s/ Nicholas Zluticky
Nicholas Zluticky KS # 23935
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
nicholas.zluticky@stinson.com

COUNSEL FOR THE DEBTORS

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By:  /s/ Jordan Sickman
Jordan Sickman
Assistant United States Trustee
Admitted in Michigan, P69823
Appearing under 28 U.S.C. § 515(a)
301 North Main Street, Suite 1150
Wichita KS 67202
Telephone: (316) 269-6176
Facsimile: (316) 269-6182
Email: jordan.sickman@usdoj.gov