UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In re: | ) |
| | ) |
| JOHN Q. HAMMONS FALL 2006, LLC, *et al.*, | ) Case No. 16-21142 |
| | ) |
| Debtors. | ) (Jointly Administered |
| | ) |

**NOTICE OF CANCELLATION OF JULY 2020 OMNIBUS HEARING**

PLEASE TAKE NOTICE THAT the July 2020 omnibus hearing previously set by the Court for Monday, July 20, 2020 at 1:30 p.m., has been cancelled. No other hearings or deadlines are modified by entry of this notice.

STINSON LLP

By: ____/s/ Nicholas Zluticky_____
Nicholas Zluticky KS # 23935
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
nicholas.zluticky@stinson.com

COUNSEL FOR THE DEBTORS